**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, | |
| Defendants. / | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff JOEL THOMAS TOLER and Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY, by and through their undersigned counsel, that the time for Defendants herein to respond to the Complaint shall be extended up to and including May 12, 2006.

Dated: May 1, 2006                        DOWNING LAW FIRM


                                          By   /s/ John G. Downing
                                              John Gregory Downing
                                              Attorney for Plaintiff
                                              JOEL THOMAS TOLER

///

///

///

LAW OFFICES OF
**PORTER, SCOTT, WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00429128.WPD   **STIP TO EXTEND TIME TO RESPOND TO PLTF'S COMPLAINT**

| | | |
|---|---|---|
| 1 | Dated: May 1, 2006 | PORTER, SCOTT, WEIBERG & DELEHANT |
| 2 | | A Professional Corporation |
| 3 | | |
| 4 | | By  /s/ Terence J. Cassidy |
| | | Terence J. Cassidy |
| 5 | | Attorneys for Defendants |
| | | DAVID PAULSON, COUNTY OF |
| 6 | | SOLANO, AL GARZA and BROOK BYERLY |

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2

00429128.WPD   **STIP TO EXTEND TIME TO RESPOND TO PLTF'S COMPLAINT**