1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Terence J. Cassidy, SBN 099180
   John R. Whitefleet, SBN 213301
3  350 University Avenue, Suite 200
   Sacramento, CA 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   ATTORNEYS FOR:  Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA
6  and BROOK BYERLY

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  JOEL THOMAS TOLER,                        Case No. CIV 06-0735 LKK DAD

13        Plaintiff,
                                              **Defendants' Request for Judicial Notice in**
14  vs.                                       **Support of Defendants' Motion to Dismiss**
                                              **Pursuant to FRCP Rule 12(b)(6)**
15  DAVID   PAULSON,   COUNTY   OF
    SOLANO,   AL   GARZA,   BROOK             **DATE:**      **June 12, 2006**
16  BYERLY,  and  DOES  1  through  10,       **TIME:**      **10:00 a.m.**
    inclusive                                 **CTRM:**      **4**
17
          Defendants.
18  _____/

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00430806.WPD                **Defs' Request for Judicial Notice**

1   Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK

2   BYERLY, hereby request the Court take judicial notice of the following items filed in the Solano

3   County Superior Court pursuant to Federal Rule of Evidence Rule 201:

4       1.      Declaration of Al Garza filed in Support of Application for Injunctive Relief

5   Against Workplace Violence, ¶s 2-4, attached hereto as Exhibit A.

6       2.      Workplace Violence Petition filed June 15, 2006 attached hereto as Exhibit

7   "B".

8       3.      Temporary restraining order executed by the Solano County Superior Court

9   against Plaintiff on June 15, 2006, attached hereto as Exhibit "C".

10                                          Respectfully Submitted,

11  DATED: May 12, 2006                     PORTER, SCOTT, WEIBERG & DELEHANT
                                            A Professional Corporation
12

13

14                                          By /s/ TERENCE J. CASSIDY

15                                              Terence J. Cassidy
                                                John R. Whitefleet
16                                              Attorneys for Defendants
                                                DAVID PAULSON, COUNTY SOLANO,
                                                AL GARZA and BROOK BYERLY
17

18

19

20

21

22

23

24

25

26

27

LAW OFFICES OF
**PORTER, SCOTT,**   28
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

00430806.WPD                    **Defs' Request for Judicial Notice**

# EXHIBIT "A"
# TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
# IN SUPPORT OF MOTION TO DISMISS

ENDORSED
SOLANO ... OURTS
... 15 ... 06
C ... Y
By R. APLIN DEPUTY CLERK

1    DENNIS BUNTING  SBN #055499
     County Counsel
2    WENDY GOMEZ GETTY  SBN #161311
     Assistant County Counsel
3    Solano County Counsel
     675 Texas Street, Suite 6600
4    Fairfield, California 94533
     Telephone: (707) 784-6140
5    Facsimile: (707) 784-6862

6    Attorneys for  SOLANO COUNTY

7

                 SUPERIOR COURT OF CALIFORNIA
8
                    COUNTY OF SOLANO
9

10    COUNTY OF SOLANO,           No:  FCSD26197

11             Plaintiff

12    v.                        **DECLARATION OF AL GARZA IN
                                    SUPPORT OF APPLICATION FOR
13                                   INJUNCTIVE RELIEF AGAINST
   TOM TOLER,                      WORKPLACE VIOLENCE**
14

15            Defendant

16

17    I, Al Garza, hereby declare as follows:

18

19         1.      I am the Chief of Investigations for the Solano County District Attorney's Office.
20    I have served in that capacity since 2002. Prior to 2002, I served as the Supervising Criminal
21    Investigator for the Solano County District Attorney's Office for 3 years.  I have served as a
22    criminal investigator for the District Attorney's Office since 1990.  I make the following
23    declaration based upon my personal knowledge, except as to those matters alleged on
   information and belief.  If called to testify as to the following, I could do so competently.
24
        2.      On June 13, 2005 at about 2:10 p.m. I received a call from one of the receptionists
25
26    for the District Attorney's Office that Tom Toler was in the lobby asking to see me. I went to
27    the lobby and met with an individual whom I recognized as Tom Toler from previous contacts
28    with him.

3.   Mr. Toler immediately stated to me that he wanted to set up an appointment to talk with District Attorney Dave Paulson. I told him "No problem, give me a phone number where I could reach you after I've talked to Mr. Paulson to arrange this meeting." Mr. Toler tore off a piece of paper from a notebook he was carrying and started writing down a phone number. As Mr. Toler was writing I asked him if he wanted to tell me the reason for the appointment so that I could relay this information to Mr. Paulson.

Mr. Toler immediately stopped writing and stared at me for a couple of seconds and said to me, "So you didn't get a fucking idea from the paper why I wanted to see the elected DA? I didn't vote you into office."

I informed Mr. Toler that I didn't know what he was talking about and advised him that he did not need to use vulgar language with me.   Mr. Toler continued to stare at me in a hostile manner and stated "every time I have come to see you, you send Brook Byerely and he patted me down and treated me like I had an Uzi when I come up here, *which maybe I should do*."

4.   I advised Mr. Toler that I understood him to be making a threat and asked him why he felt the need to resort to vulgar language and threats when I had already offered to establish an appointment for him with Mr. Paulson. At that point Mr. Toler started to walk away from me towards the elevators and said, "Fuck it, you know Al you can blow me." As Mr. Toler got to the elevators he turned around to look at me again and said, "You Al fuck it, I'm just going back to the newspaper and take out another ad." At that point I advised Mr. Toler to "do what he needed to do" and waited for him to leave the lobby area for the District Attorney's Office.

5.   On information and belief, Mr. Toler's reference to a "paper" was his reference to the Fairfield Daily Republic which reported on June 13, 2005, that Mr. Toler had filed a small claims action against District Attorney Paulson seeking $ 26.75 for gas expenses after he had come to the District Attorney's Office and unsuccessfully demanded to see Mr. Paulson. The

newspaper reported that Mr. Toler's supposed reason to meet Mr. Paulson was "to shake his hand."

6.      Mr. Toler's contacts with the District Attorney's Office have grown increasingly disturbing and volatile, culminating in his recent threat to bring an Uzi to the office.  On information and belief, Mr. Toler has raised his voice and acted in a threatening manner to District Attorney Staff on several occasions, including on or about March 28 or 29 and April 7, 2005.  During his contact with the District Attorney staff on April 7, Mr. Toler refused to calm down and aggressively berated several staff members. Out of concern due to Mr. Toler's behavior, two investigators were called by receptionist staff to respond to Mr. Toler who had refused to calm down.  Based upon Mr. Toler's aggressive and threatening behavior in the District Attorney's reception area, staff has expressed concern for their safety.

7.      I am a trained law enforcement peace officer and have qualified as an expert in the Solano County Superior Court on numerous occasions.  My training includes a two week course given by the United States Marshals Service with respect to threat assessment evaluation. Based upon my training and my observations and knowledge of Mr. Toler's escalating behavior, it is my expert opinion that Mr. Toler presents a credible threat of violence to the District Attorney's Office.

8.      I am informed and believe that Mr. Toler is currently subject to a restraining order against workplace harassment in Marin County, Marin County Superior Court Case No. CV024875.

I declare under penalty of perjury under the laws of the State of California that the above information is true and correct.

Executed this 14th day of June, 2005 in Fairfield, California.

_____
Al Garza

**EXHIBIT "B"**
**TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
**IN SUPPORT OF MOTION TO DISMISS**

**ENDORSED**

**WV-100**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>SOLANO COUNTY COUNSEL<br>DENNIS BUNTING, SBN 55499, COUNTY COUNSEL<br>WENDY GETTY,SBN 161311, ASST COUNTY COUNSEL<br>675 TEXAS STREET, SUITE 6600<br>FAIRFIELD, CA 94533<br>TELEPHONE NO.: 707-784-6140    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): wgetty@solanocounty.com<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY<br><br>SOLANO COUNTY COURTS<br><br>By R. APLIN<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Solano
STREET ADDRESS: 600 Union Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Fairfield, CA 94533
BRANCH NAME:

PLAINTIFF: County of Solano

DEFENDANT: Joel Thomas Toler

EMPLOYEE: David Paulson, Al Garza, Brook Byerly

| | |
|---|---|
| **PETITION OF EMPLOYER FOR INJUNCTION PROHIBITING VIOLENCE OR THREATS OF VIOLENCE AGAINST EMPLOYEE (Workplace Violence) AND  [X]  APPLICATION FOR TEMPORARY RESTRAINING ORDER** | CASE NUMBER:<br>FCS026197 |

*Read the Instructions for Petitions to Prohibit Workplace Violence (form WV-150) before completing this form. NOTE: Plaintiff **must be** an employer with standing to bring this action under Code of Civil Procedure section 527.8.*

1. **Plaintiff** (name): County of Solano                         is a  ☐ corporation  ☐ sole proprietorship
   [x] other (specify): Governmental Entity          and is filing this suit on behalf of the employee identified in item 2.

2. **Employee** (name): David Paulson, Al Garza, Brook Byerly

   | | |
   |---|---|
   | Sex: ☐ M   ☐ F  Date of birth: _____ | (Use a separate petition for each employee you are seeking to protect. Identify related actions in item 5.) |

3. **Defendant** (name):  Joel Thomas Toler

   Sex: [x] M ☐ F  Ht: 5'10" Wt: 195 Hair color: BRN Eye color: GRN  Race: CAUC    Age: 46 Date of birth: 7/13/1958

   a. Resides at (address, if known): 4206 Virginia Pine Court, Fairfield, CA 94533

   b. Works at (address, if known): 790 Jefferson Street, Fairfield, CA 94533

   c. ☐ Is  [x] Is not   a current employee of plaintiff (explain if defendant is still an employee):

4. This suit is filed in this county because
   a. [x] defendant resides in this county.
   b. ☐ defendant has caused physical or emotional injury to plaintiff's employee in this county.
   c. [x] other (specify):  Defendant's contact with Plaintiff occurred in this county.

5. **Related Actions**
   a. [X] Plaintiff has asked, or is asking, for restraining orders against the defendant in (specify): Solano          County,
      case no. (specify):
   b. ☐ Employee has asked, or is asking, for restraining orders against defendant in (specify):          County,
      case no. (specify):
   c. [x] Other related actions (describe): Defendant is subject to a Workplace Violence Injunction in ETR, Inc., v. Toler, Marin County Superior Court Case No. CV 0248476 (Attached)

**(This is not a Court Order.)**

Page 1 of 4

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>WV-100 [Rev. January 1, 2005] | **PETITION OF EMPLOYER FOR INJUNCTION PROHIBITING VIOLENCE OR THREATS OF VIOLENCE AGAINST EMPLOYEE (Workplace Violence)** | Legal Solutions Plus<br>Code of Civil Procedure, §§ 527.8<br>and 527.9 |

6. Defendant has [ ] assaulted [ ] battered [ ] stalked [X] made a credible threat of violence against the employee by knowing or willing statements or a course of conduct that would place a reasonable person in fear for his or her safety, or the safety of his or her immediate family.

   a. One or more of these acts can reasonably be construed to be carried out or to have been carried out at the employee's workplace at (address): 675 Texas Street, Fairfield, CA 94533

   b. Describe what happened (including the dates, who did what to whom, and any injuries): See attached Declaration of Al Garza.

      [X] Continued on Attachment 6b.

7. [X] Employee will suffer great and irreparable harm before this petition can be heard in court unless the court makes those orders requested below effective now and until the hearing. (Specify the harm and why it will occur before the hearing): Defendant has made credible threats of violence and injunctive relief is necessary to ensure the safety and general welfare of staff of the District Attorney's Office.

      [ ] Continued on Attachment 7.

8. Defendant's conduct has been directed against employee and is knowing and willful, is not constitutionally protected, and does not constitute lawful acts of self-defense or defense of others.

**PLAINTIFF REQUESTS THE COURT TO MAKE THE ORDERS INDICATED BY THE CHECK MARKS IN THE BOXES BELOW.**

9. [X] **PERSONAL CONDUCT ORDERS** [ ] **To be ordered now and effective until the hearing**

   a. **Defendant shall not engage in unlawful violence or make threats of violence against the employee and the following members of employee's family or household who reside with the employee:**

     (1) (Name):

       Sex: [ ] M [ ] F   Date of birth: _____

     (2) (Name):

       Sex: [ ] M [ ] F   Date of birth: _____

     (3) (Name):

       Sex: [ ] M [ ] F   Date of birth: _____    [ ] Continued on Attachment 9a.

   b. **Specifically, defendant**

     (1) [X] shall not assault, batter, or stalk the employee and other protected persons.

     (2) [X] shall not follow or stalk the employee and other protected persons to or from the place of work.

     (3) [X] shall not follow the employee and other protected persons during hours of employment.

     (4) [X] shall not telephone or send correspondence to the employee and other protected persons by **any** means including, but not limited to, the use of the public or private mails, interoffice mail, fax, or computer e-mail.

     (5) [X] shall not enter the workplace of the employee and other protected persons.

     (6) [ ] other (specify):

**(This is not a Court Order.)**

**PETITION OF EMPLOYER FOR INJUNCTION PROHIBITING
VIOLENCE OR THREATS OF VIOLENCE AGAINST EMPLOYEE
(Workplace Violence)**

10. ☐ **STAY-AWAY ORDERS**    ☒ **To be ordered now and effective until the hearing**

     a. **Defendant** shall stay at least *(specify):* 500     **yards** away from the following places and persons *(the addresses of the places are optional and may be kept confidential):*

       (1) Employee ☒ and other protected person identified in item 9a.

       (2) Employee's residence *(address optional):*

       (3) Employee's place of work *(address optional):* 675 Texas Street, Fairfield, CA 94533

       (4) Employee's children's school or place of child care *(address optional):*

       (5) Employee's vehicle *(specify):*

       (6) ☐ Other *(specify):*

     b. Will granting of any of the stay-away orders in item 10a deprive defendant of access to his or her residence or place of employment?
     ☐ Yes   ☒ No    *(If yes, explain):*

11. **FIREARMS PROHIBITION AND RELINQUISHMENT ORDER**

     Plaintiff requests an order under section 527.9 of the Code of Civil Procedure that the restrained person is prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive a firearm, and must relinquish any firearm that he or she owns or possesses.

12. ☐ **OTHER ORDERS** *(specify other orders you request to help carry out the orders previously requested):*

13. **DELIVERY TO LAW ENFORCEMENT**

     Plaintiff requests that copies of orders be given to the following law enforcement agencies:

| Law enforcement agency | Address |
|---|---|
| Solano County Sheriff | 530 Union Avenue, Fairfield, CA 94533 |
| Fairfield Police Dept. | 1000 Webster Avenue, Fairfield, CA 94533 |

14. ☒ **TIME FOR SERVICE**

     Plaintiff requests that time for service of the *Order to Show Cause and Temporary Restraining Order* (form WV-120) and accompanying papers be no less than *(check one):* ☒ 5 days    ☐ *(specify number):*    days before the date set for the hearing. *(If you need an order shortening the time to fewer than 5 days, explain the reasons):*

**(This is not a Court Order.)**

**PETITION OF EMPLOYER FOR INJUNCTION PROHIBITING
VIOLENCE OR THREATS OF VIOLENCE AGAINST EMPLOYEE
(Workplace Violence)**

15. ☒ **COSTS**

Defendant should be ordered to pay costs as follows *(specify):*

16. Plaintiff requests additional relief as may be proper.

17. ☒ **NO FEE FOR FILING**

Plaintiff is not required to pay a fee for filing this petition because the petition alleges that the defendant has inflicted or threatened violence against an employee of the plaintiff, or stalked the employee, or acted or spoke in any other manner that has placed the employee in reasonable fear of violence, and seeks protective or restraining orders or injunctions restraining stalking or future violence or threats of violence in an action brought under Code of Civil Procedure § 527.8.

18. Plaintiff understands that if the court issues an *Order to Show Cause* (form WV-120), a hearing will be held on the date shown in item 2 of the *Order to Show Cause.* At that hearing, plaintiff will be prepared to present evidence supporting the petition.

19. Number of pages attached: 6

Wendy Gomez Getty, Assistant County Counsel
(TYPE OR PRINT NAME OF ATTORNEY)

(SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that I am aware of the facts stated,

a. ☐ on the basis of my own personal knowledge.

b. ☒ on the basis that I have been informed and believe that the facts stated are true. *(NOTE: If this petition is made solely on the basis of plaintiff's information and belief, plaintiff must attach declarations by one or more persons who have personal knowledge of the facts stated.)*

Date:

County of Solano
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF)

Title of person signing:

**(This is not a Court Order.)**

**EXHIBIT "C"**
**TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
**IN SUPPORT OF MOTION TO DISMISS**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* SOLANO COUNTY COUNSEL DENNIS BUNTING, SBN 55499, COUNTY COUNSEL WENDY GETTY, SBN 161311, ASST COUNTY COUNSEL 675 TEXAS STREET, SUITE 6600 FAIRFIELD, CA 94533 | **ENDORSED** WV-120 *FOR COURT USE ONLY* **R. APLIN** |

TELEPHONE NO.: 707-784-6140   FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*: wgetty@solanocounty.com
ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Solano
STREET ADDRESS: 600 Union Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Fairfield, CA 94533
BRANCH NAME:

PLAINTIFF: County of Solano

DEFENDANT: Joel Thomas Toler

EMPLOYEE: David Paulson, Al Garza, Brook Byerly

| | |
|---|---|
| **ORDER TO SHOW CAUSE (Workplace Violence)** **AND** [x] **TEMPORARY RESTRAINING ORDER (CLETS)** | CASE NUMBER: FCSO26197 |

**THIS ORDER SHALL EXPIRE AT THE DATE AND THE TIME OF THE HEARING SHOWN IN THE BOX BELOW UNLESS EXTENDED BY THE COURT.**

1. **TO DEFENDANT** *(name)*: Joel Thomas Toler

2. **YOU ARE ORDERED** to appear in this court at the date, time, and place shown in the box below to give any legal reason why the order sought and the other relief requested in the petition should not be granted.

## NOTICE OF HEARING

a. Date: 7-5-05   Time: 9:00am   Dept.: 22   Room:

b. The address of the court where the hearing will be held [X] is shown above [ ] is *(specify)*:

3. You have the right to attend the hearing to oppose the petition, with or without an attorney. If you do not attend the hearing, the court may grant the requested orders without any further notice to you. The court may make these orders enforceable for a period not to exceed three years, after which they may be renewed, by the filing of a new petition. You should read the instructions on page two of this form. A complete instruction booklet (form WV-150) is available from the clerk's office located at the court shown above.

4. **IT IS FURTHER ORDERED** that
   a. Plaintiff shall serve this *Order to Show Cause,* the attached *Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employee (Workplace Violence)* (form WV-100), and any other supporting papers by *(specify manner of service):* no later than *(date)*:
   b. Any opposition papers shall be filed and served on plaintiff by *(specify manner of service):* no later than *(date)*:
   c. Any reply papers shall be filed and served by *(specify manner of service):* no later than *(date)*:
   d. Proof of service of plaintiff's papers shall be delivered to the court hearing the *Order to Show Cause* no later than *(date)*:

Date: _____   _____
JUDICIAL OFFICER

[ ] SIGNATURE FOLLOWS LAST ATTACHMENT

**Page 1 of 4**

| | | |
|---|---|---|
| Form Approved for Mandatory Use Judicial Council of California WV-120 [Rev. January 1, 2005] Approved by DOJ | **ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER (CLETS)** **(Workplace Violence)** | Code of Civil Proc., §§ 527.8, 527.9; Penal Code, § 273.6(a) |

Legal Solutions Plus

CASE NUMBER:

## TEMPORARY RESTRAINING ORDER

**THE COURT FINDS**

5. a. The defendant is *(name):* Joel Thomas Toler

Sex: [x] M [ ] F  Ht.: 5'10"  Wt.: 195  Hair color: BRN  Eye color: GRN  Race: CAUC  Age: 46  Date of birth: 7/13/1958

b. The protected employee is *(name):* David Paulson, AL Garza, Brook Byerly

Sex: [ ] M [ ] F  Date of birth: _____

c. Protected family or household members who reside with employee are:

(1) *(Name):*

Sex: [ ] M [ ] F  Date of birth: _____

(2) *(Name):*

Sex: [ ] M [ ] F  Date of birth: _____

(3) *(Name):*

Sex: [ ] M [ ] F  Date of birth: _____   [ ] Continued on Attachment 5c.

**UNTIL THE TIME OF HEARING, IT IS ORDERED**

6. [x] **CONDUCT ORDERS**
   **Defendant** is prohibited from further violence or threats of violence against the protected persons
   **and SPECIFICALLY IT IS ORDERED THAT DEFENDANT**

   a. [x] shall not assault, batter, or stalk the employee and other protected persons

   b. [x] shall not follow or stalk the employee and other protected persons to or from the place of work

   c. [x] shall not follow the employee and other protected persons during hours of employment

   d. [x] shall not telephone or send correspondence to the employee and other protected persons by **any** means including, but not limited to, the use of the public or private mails, interoffice mail, fax, or computer e-mail

   e. [x] shall not enter the workplace of the employee and other protected persons

   f. [ ] other *(specify):*

7. [X] **STAY-AWAY ORDER**
   Defendant is ordered to stay at least *(specify):* 500   yards away from the following persons and places
   *(the addresses of the places are optional and may be kept confidential):*

   a. [x] Employee and other protected persons named in item 5.

   b. [x] Residence of employee and other protected persons *(address optional):*

   c. [x] Place of work of employee and other protected persons *(address optional):*

   d. [x] School or place of child care of children of employee and other protected persons *(address optional):*

   e. [x] The employee's and other protected persons' vehicles

   f. [ ] Other *(specify):*
      *(address optional):*

8. [ ] Contacts relating to pickup and delivery of children under a court order or a court-approved stipulation of the parties arrived at during mediation shall be permitted, unless a criminal protective or other restraining order prohibits such contacts.

| PLAINTIFF (Name): County of Solano | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Joel Thomas Toler | |

**9. MANDATORY FIREARM RELINQUISHMENT ORDER**
The restrained person must surrender to local law enforcement or sell to a licensed gun dealer any firearm in or subject to his or her immediate possession or control within

a. ☐ 24 hours after issuance of this order (if restrained person is present at hearing).

b. ☒ 48 hours after service of this order (if restrained person is not present at hearing).

c. ☐ other (specify):

If the restrained person owns, possesses, or controls any firearms, he or she **must** file a receipt with the court showing compliance with this order within 72 hours of receiving this order. *(Form WV-145 is available for this purpose.)*

**10. ☐ OTHER ORDERS** *(specify):*

☐ Continued on Attachment 10.

**11. SERVICE ON DEFENDANT**
The documents listed below must be personally served on the defendant:

a. *Order to Show Cause and Temporary Restraining Order (CLETS) (Workplace Violence)* (form WV-120)

b. *Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employee (Workplace Violence)* (WV-100)

c. Blank *Response to Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employee (Workplace Violence)* (WV-110)

d. Blank *Proof of Service By Mail of Completed Response (Workplace Violence)* (form WV-131)

e. Blank *Proof of Sale or Turning In of Firearms* (form WV-145)

f. Other *(specify):*

**12. ☐ ORDER SHORTENING TIME**
Application for an order shortening time is granted and the documents listed in item 11 shall be personally served on the defendant by the date specified in item 4a.

**13. DELIVERY TO LAW ENFORCEMENT**
By the close of business on the date of this order, a copy of this order and any proof of service shall be given to the law enforcement agencies listed below as follows:

a. ☐ Plaintiff shall deliver.

b. ☒ Plaintiff's attorney shall deliver.

| Law enforcement agency | Address |
|---|---|
| Solano County Sheriff | 530 Union Avenue, Fairfield, CA 94533 |
| Fairfield Police Department | 1000 Webster, Fairfield, CA 94533 |

Date: 6-15-05

_____
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

This order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). Violations of this restraining order are subject to criminal penalties.

**NOTICE REGARDING FIREARMS**
**Any person subject to a restraining order is prohibited from owning, possessing, purchasing or attempting to purchase, receiving or attempting to receive, or otherwise obtaining a firearm. Such conduct is subject to a $1,000 fine and imprisonment. The person must surrender to local law enforcement or sell to a licensed gun dealer any firearm in or subject to his or her immediate control in accordance with item 9 above.**

| PLAINTIFF (Name): | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Joel Thomas Toler | |

# INSTRUCTIONS FOR THE DEFENDANT

1.  If you are served with an *Order to Show Cause (Workplace Violence)* **[OSC]** (form WV-120) and a *Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employee* **[Petition]** (form WV-100), you should promptly seek legal advice. If you have no attorney, the attorney's reference service of your local bar association may be of assistance.

2.  Read the papers served on you very carefully. The **OSC** tells you when to appear in court and may contain a temporary restraining order forbidding you from doing certain things. **If you disobey the court's orders, criminal charges may be filed against you.**

3.  If you wish to oppose the **Petition**, or make your own request for court orders, you should file a *Response to Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employee* **[Response]** (form WV-110).

    In addition to the **Response,** you may file and serve declarations signed by persons who have personal knowledge of the facts. A declaration form (form MC-031) is available from the clerk's office of the court shown on page one of this form. If you do not know how to prepare a declaration, you should see an attorney. After you have filed the **Response** with the clerk of the court, a copy must be delivered personally or by mail to the plaintiff or the plaintiff's attorney.

    You cannot serve the plaintiff yourself. The person who serves the plaintiff should complete and sign a *Proof of Service by Mail of Completed Response (Workplace Violence)* (form WV-131). You should take the completed form back to the court clerk or bring it with you to the hearing.

4.  If you wish to oppose the petition, in addition to filing a **Response** you should be present at the hearing. If you have any witnesses, they must also be present.

5.  An instruction booklet entitled *Instructions for Petitions to Prohibit Workplace Violence* (form WV-150) is available from the clerk's office at the court shown on page one of this form.

---

### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Order* (form MC-410).  (Civil Code section 54.8.)



---