**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>         Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive<br><br>         Defendants.<br>_____/ | Case No. CIV 06-0735 LKK DAD<br><br>**Defendants' Notice of Motion to Dismiss Pursuant to FRCP Rule 12(b)(6)**<br><br>DATE:    June 12, 2006<br>TIME:    10:00 a.m.<br>CTRM:   4 |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

Notice is hereby given that on the above-noted date at the stated time and in the designated courtroom, Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY, by and through their attorneys of record, will move this court for dismissal of Plaintiff's Complaint on the following grounds:

1.     Plaintiff's claims for relief are barred under the doctrine of abstention pursuant to Younger v. Harris, 401 U.S. 37, 43 (1971) and its progeny;

2.     Plaintiff's claims for relief are barred under by Heck v. Humphrey, 512 U.S. 477 (1994) and its progeny;

3.     Plaintiff fails to state a claim upon which relief may be granted pursuant to 42 U.S.C. Section 1983 for violation of the First Amendment arising out of alleged retaliatory

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00430805.WPD

1

**Notice of Motion to Dismiss**

1  acts made by Defendants in connection with the criminal and Workplace Violence Petition
2  proceedings;
3      4.    Plaintiff fails to state a claim upon which relief may be granted pursuant to 42
4  U.S.C. Section 1983 for violation of the Fourth Amendment arising out of the search
5  warrant;
6      5.    Plaintiff fails to state a claim upon relief may be granted for conspiracy
7  pursuant to 42 U.S.C. Sections 1983 or 1985;
8      6.    Plaintiff fails to state a claim upon relief may be against Defendants
9  PAULSON GARZA or BYERLEY because they are entitled to prosecutorial immunity,
10 Eleventh Amendment immunity, and/or qualified immunity.
11     7.    Plaintiff fails to state a <u>Monell</u>-type claim against the COUNTY OF SOLANO;
12 The Motion to Dismiss is based upon this Notice of Motion and Motion, the
13 accompanying Memorandum of Points and Authorities in support thereof, Request for
14 Judicial Notice in support thereof, the entire court file and any other pleadings or evidence
15 which may be presented at the time of the hearing.

    Respectfully Submitted,

DATED: May 12, 2006    PORTER, SCOTT, WEIBERG & DELEHANT
    A Professional Corporation

By: /s/ TERENCE J. CASSIDY

    Terence J. Cassidy
    John R. Whitefleet
    Attorneys for Defendants
    DAVID PAULSON, COUNTY SOLANO,
    AL GARZA and BROOK BYERLY

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

00430805.WPD

2

**Notice of Motion to Dismiss**