**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive<br><br>    Defendants.<br>_____/ | Case No. CIV 06-0735 LKK DAD<br><br>**Defendants' *Amended* Notice of Motion to Dismiss Pursuant to FRCP Rule 12(b)(6)**<br><br>**DATE:**  June 26, 2006<br>**TIME:**  10:00 a.m.<br>**CTRM:**  4 |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

Notice is hereby given that on the above-noted date at the stated time and in the designated courtroom, Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY, by and through their attorneys of record, will move this court for dismissal of Plaintiff's Complaint on the following grounds:

1.    Plaintiff's claims for relief are barred under the doctrine of abstention pursuant to Younger v. Harris, 401 U.S. 37, 43 (1971) and its progeny;

2.    Plaintiff's claims for relief are barred under by Heck v. Humphrey, 512 U.S. 477 (1994) and its progeny;

3.    Plaintiff fails to state a claim upon which relief may be granted pursuant to 42

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

00432342.WPD

1

*Amended* Notice of Motion to Dismiss

1  U.S.C. Section 1983 for violation of the First Amendment arising out of alleged retaliatory
2  acts made by Defendants in connection with the criminal and Workplace Violence Petition
3  proceedings;

4    4.    Plaintiff fails to state a claim upon which relief may be granted pursuant to 42
5  U.S.C. Section 1983 for violation of the Fourth Amendment arising out of the search
6  warrant;

7    5.    Plaintiff fails to state a claim upon relief may be granted for conspiracy
8  pursuant to 42 U.S.C. Sections 1983 or 1985;

9    6.    Plaintiff fails to state a claim upon relief may be against Defendants
10  PAULSON GARZA or BYERLEY because they are entitled to prosecutorial immunity,
11  Eleventh Amendment immunity, and/or qualified immunity.

12    7.    Plaintiff fails to state a <u>Monell</u>-type claim against the COUNTY OF SOLANO;

13  The Motion to Dismiss is based upon this Notice of Motion and Motion, the
14  accompanying Memorandum of Points and Authorities in support thereof, Request for
15  Judicial Notice in support thereof, the entire court file and any other pleadings or evidence
16  which may be presented at the time of the hearing.

17          Respectfully Submitted,

18  DATED: May 22, 2006    PORTER, SCOTT, WEIBERG & DELEHANT
    A Professional Corporation

 

    By: /s/ TERENCE J. CASSIDY

    Terence J. Cassidy
    John R. Whitefleet
    Attorneys for Defendants
    DAVID PAULSON, COUNTY SOLANO,
    AL GARZA and BROOK BYERLY

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00432342.WPD    2    ***Amended*** Notice of Motion to Dismiss

Case Name: **Toler, Joel Thomas v. David Paulson, et al,**
Case No.: USDC EDCA CIV 06-0735 LKK DAD

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**Defendants'** *AMENDED* **Notice of Motion to Dismiss Pursuant to FRCP Rule 12(b)(6)**

XXX  **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____  **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____  **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____  **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

John Gregory Downing
Jordan A. Sussman
DOWNING LAW FIRM
109 Geary Street, 4th Floor
San Francisco, CA 94108

I declare under penalty of perjury that the foregoing is true and correct and was executed on May 22, 2006, in Sacramento, California.

/s/ Cynthia Romero
Cynthia Romero

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00429379.WPD

3

*Amended* Notice of Motion to Dismiss