John Gregory Downing (State Bar No. 157717)
Jordan A. Sussman (State Bar No. 225220)
DOWNING LAW FIRM
109 Geary Street, 4th Floor
San Francisco, CA 94108
Tel: (415) 986-3644
Fax: (415) 982-5130

Attorneys for Plaintiff
JOEL THOMAS TOLER

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive.<br><br>    Defendants. | **No.: CIV 06-0735 LKK DAD**<br><br>**PLAINTIFF'S RESPONSE TO OSC**<br><br><br><br>Date: 7/24/06<br>Time: 10:00 a.m.<br>Dept: Hon. Lawrence Karlton |

I, JOHN G. DOWNING, declare:

1. I am an attorney licensed to practice law before all the Courts of the State of California and am duly qualified and admitted to practice before the United States District Court for Eastern District of California. I am a principal in the Downing Law Firm, attorneys of record for Plaintiff JOEL THOMAS TOLER.

2. I will pay the $150 sanctions before the hearing on July 24, 2006.

3. For the record, the reason for the late filing was due to flight delays due to bad weather on the East Coast. I gone to the east coast with my wife and two children, ages 5 and 7, for my wife's parents 60th wedding anniversary. We were supposed to return on Sunday, June 25, 2006.

**Downing Declaration in Response to OSC**
*Toler v. Paulson* **(CIV 06-0735 LKK DAD)**

4. Instead, our flight Sunday night was delayed by five (5) hours, resulting in us in arriving in Denver around 11 pm, missing our connection, and having to spend the night there.  We were not able to return home until late Monday afternoon, June 26, 2006.

5. I had planned on completing the Opposition and filing it on Monday, June 26, 2006.  Instead, I completed it on Tuesday, June 27, 2006 and served it by e-mail on that day.

6. I did not file the Opposition until Thursday, June 29, 2006 due to problems with my ECF registration and password.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and of my own personal knowledge and executed on July 10, 2006 in Truckee, California.

*/s/ John G. Downing*
John G. Downing