**DOWNING LAW FIRM**
John Gregory Downing, SBN 157717
Jordan A. Sussman, SBN 225220
109 Geary Street, 4th Floor
San Francisco, CA 94108
(415) 986-3644
(415) 982-5130 (Fax)

ATTORNEYS FOR Plaintiff JOEL THOMAS TOLER

**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties respectfully submit the following Joint Status Report.

**a)   Nature of the Case**

This is an action for retaliation arising out of the initiation of state court proceedings - a WorkPlace Violence Petition and a Temporary Restraining Order ("TRO"), as well as criminal proceedings for violation of the TRO - against Plaintiff JOEL THOMAS TOLER for alleged violations of the First and Fourth Amendments pursuant to 42 U.S.C. Section

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00443015.WPD           JOINT STATUS REPORT

1

1  1983.  Plaintiff seeks compensatory and punitive damages, as well as injunctive and
2  declaratory relief.  Defendants deny the claims and assert various affirmative defenses.
3  **b)    Progress in the Service of Process**
4      All partes have been served.
5  **c)    Possible Joinder of Additional Parties**
6      Not anticipated.
7  **d)    Amendment of Pleadings**
8      Not anticipated, pending ruling on FRCP 12(b)(6) motion.
9  **e)    Jurisdiction and Venue**
10     Plaintiff contends jurisdiction is based on 28 U.S.C. §§ 1331, 1367.  Defendants
11 dispute the exercise of jurisdiction.  Venue is based on 28 U.S.C. § 1391(b)(2).
12 **f)    Anticipated Motions and the Scheduling of Motions**
13     Defendants have filed a Motion to Dismiss.  Assuming the matter is not dismissed,
14 Defendants anticipate filing motions for summary judgment.  The outcome of the Motion
15 to Dismiss may result in a stay of the action pending completion of the state proceedings.
16 **g)    Anticipated Discovery and the Scheduling of Discovery**
17     **1)    Changes in timing, form or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were or**
18     **will be made.**
19     The parties suggest that initial disclosure be within 30 days following an order
20 on the pending 12(b)(6) motion, or following any such subsequent motion in the event an
21 amended complaint is filed.
22     **2)    Subject on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be**
23     **limited to particular issues**
24     Phasing or limitations of discovery other than as set out in FRCP 26 is not
25 necessary.
26     **3)    What changes should be made in limitations on discovery.**
27     None.
28 ///

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00443015.WPD                    2
                        JOINT STATUS REPORT

1  **h)   Future Proceedings, including cut-off dates for discovery, law and motion and scheduling of pretrial and trial**

2

3  The parties suggest the court continue the Status Conference pending outcome of the

4  Defendants' Motion to Dismiss. Alternatively, should the court desire, the parties suggest

5  the following dates for future proceedings in this matter:

6      Expert Disclosure                                      August 1, 2007

7      Disclosure for Rebuttal Experts                August 17, 2007

8      Discovery Cut-off                                   November 9, 2007

9      LDF&S Dispositive Motions                   January 14, 2008

10     Last Day to Hear Dispositive Motions       February 18, 2008

11     Pre-Trial Conference                              May 1, 2008

12     Trial Date                                               June16, 2008

13 **i)   Appropriateness of Special Procedures**

14     None anticipated.

15 **j)   Estimate of Trial Time**

16     5 - 6 court days.

17 **k)   Modification of Standard Pretrial Procedures**

18     None.

19 **l)   Related Cases**

20     None

21 **m)   Settlement Conference**

22     The parties request that any settlement conference be assigned to a judge or magistrate

23 judge not handling the case.

24 **n)   Other Matters**

25     None.

26 ///

27 ///

28 ///

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*


Respectfully submitted,

Dated: July 14, 2006          DOWNING LAW FIRM


By  /s/ John Gregory Dowing
     John Gregory Downing
     Attorney for Plaintiff
     JOEL THOMAS TOLER

Dated: July 14, 2006          PORTER, SCOTT, WEIBERG & DELEHANT
                              A Professional Corporation


By  /s/ John R. Whitefleet
     Terence J. Cassidy
     John R. Whitefleet
     Attorneys for Defendants
     DAVID PAULSON, COUNTY OF
     SOLANO, AL GARZA and BROOK
     BYERLY

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

4

00443015.WPD          **JOINT STATUS REPORT**