UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL THOMAS TOLER,

          Plaintiff,

  v.

DAVID PAULSON; COUNTY OF SOLANO;
AL GARZA; and BROOK BYERLY,

          Defendants.
                                  /

NO. CIV. S-06-735 LKK/DAD

O R D E R

On June 30, 2006, plaintiff's counsel in the above-captioned case was ordered to show cause why sanctions should not be imposed for failure to file an opposition or a statement of non-opposition in accordance with Local Rule 78-230. The court is in receipt of plaintiff's counsel's response.

No good cause being shown, counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date of this order. Counsel shall file an affidavit accompanying the payment of this sanction which states

1

1  that it is paid personally by counsel, out of personal funds, and
2  is not and will not be billed, directly or indirectly, to the
3  client or in any way made the responsibility of the client as
4  attorneys' fees or costs.
5      IT IS SO ORDERED.
6      DATED: July 25, 2006.

                                    /s/ Lawrence K. Karlton
7                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
8                                   UNITED STATES DISTRICT COURT