**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive<br><br>    Defendants.<br>_____/ | Case No. CIV 06-0735 LKK DAD<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective June 11, 2007, our firm name has changed from Porter, Scott, Weiberg & Delehant, A Professional Corporation to Porter Scott, A Professional Corporation. The firm's address, telephone and fax numbers will remain the same.

Dated: June 12, 2007         PORTER SCOTT
                             A PROFESSIONAL CORPORATION


                             By  /s/ Terence J. Cassidy
                                 Terence J. Cassidy
                                 Attorney for Defendants

1
**NOTICE OF CHANGE OF FIRM NAME**

00509472.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com