**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **NOTICE OF CONCLUSION OF STATE COURT PROCEEDINGS** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive | |
| Defendants. | |

Pursuant to the Order of the District Court dated July 26, 2006 ("Order"), Defendants hereby notify the court of the conclusion of the state court proceedings. In accordance with the Order, the District Court indicated that at the conclusion of the state court proceedings, it would set the matter for a Pre-Trial Status Conference.

Respectfully Submitted,

Dated: September 5, 2007            PORTER SCOTT
                                    A PROFESSIONAL CORPORATION


                                    By   /s/ John R. Whitefleet
                                        Terence J. Cassidy
                                        John R. Whitefleet
                                        Attorney for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
NOTICE OF CONCLUSION OF STATE COURT PROCEEDINGS
00526966.WPD