John Gregory Downing
Jordan A. Sussman
DOWNING LAW FIRM
109 Geary Street, 4th Floor
San Francisco, CA 94108

ATTORNEYS FOR Plaintiff JOEL THOMAS TOLER

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR:  Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties respectfully submit the following Joint Status Report.

**a)    Nature of the Case**

This is an action for retaliation arising out of the initiation of state court proceedings - a WorkPlace Violence Petition and a Temporary Restraining Order ("TRO"), as well as criminal proceedings for violation of the TRO - against Plaintiff JOEL THOMAS TOLER for alleged violations of the First and Fourth Amendments pursuant to 42 U.S.C. section

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916. 927.3706
www.porterscott.com

1
00532359.WPD    JOINT STATUS REPORT

1  1983.  Plaintiff seeks compensatory and punitive damages, as well as injunctive and
2  declaratory relief.  Defendants deny the claims and assert various affirmative defenses.

3  **b)  Progress in the Service of Process**

4  All partes have been served.

5  **c)  Possible Joinder of Additional Parties**

6  Not anticipated.

7  **d)  Amendment of Pleadings**

8  Not anticipated.

9  **e)  Jurisdiction and Venue**

10  Jurisdiction is based on 28 U.S.C. §§ 1331, 1367, and 42 U.S.C. § 1983.  Venue is
11  based on 28 U.S.C. § 1391(b)(2).

12  **f)  Anticipated Motions and the Scheduling of Motions**

13  Defendants anticipate filing a motion for summary judgment/adjudication.

14  **g)  Anticipated Discovery and the Scheduling of Discovery**

15  **1)  Changes in timing, form or requirement for disclosures under Rule 26(a),
       including a statement as to when disclosures under Rule 26(a)(1) were or
16     will be made.**

17  The parties suggest that initial disclosure be within 30 days following the
18  issuance of the Pre-Trial Scheduling Order.

19  **2)  Subject on which discovery may be needed, when discovery should be
       completed, and whether discovery should be conducted in phases or be
20     limited to particular issues.**

21  Phasing or limitations of discovery other than as set out in FRCP 26 is not
22  necessary.

23  **3)  What changes should be made in limitations on discovery.**

24  None.

25  ///
26  ///
27  ///
28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
00532359.WPD                    **JOINT STATUS REPORT**

**h)   Future Proceedings, including cut-off dates for discovery, law and motion and scheduling of pretrial and trial**

The parties suggest the following dates for future proceedings in this matter:

| | |
|---|---|
| Expert Disclosure | November 17, 2008 |
| Disclosure for Rebuttal Experts | December 8, 2008 |
| Discovery Cut-off | February 20, 2009 |
| LDF&S Dispositive Motions | April 24, 2009 |
| Last Day to Hear Dispositive Motions | June 15, 2009 |
| Pre-Trial Conference | September 21, 2009 |
| Trial Date | October 19, 2009 |

**i)   Appropriateness of Special Procedures**

None anticipated.

**j)   Estimate of Trial Time**

5 - 6 court days.

**k)   Modification of Standard Pretrial Procedures**

None.

**l)   Related Cases**

None

**m)   Settlement Conference**

The parties request that any settlement conference be assigned to a judge or magistrate judge not handling the case.

**n)   Other Matters**

None.

Respectfully submitted,

Dated: October 5, 2007          DOWNING LAW FIRM

By   /s/ John Gregory Downing
_____
John Gregory Downing
Attorney for Plaintiff
JOEL THOMAS TOLER

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3

00532359.WPD          **JOINT STATUS REPORT**

| | | |
|---|---|---|
| 1 | Dated:  October 5, 2007 | PORTER SCOTT<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By  /s/ John R. Whitefleet<br>     Terence J. Cassidy |
| 5 | | John R. Whitefleet<br>Attorneys for Defendants |
| 6 | | DAVID PAULSON, COUNTY OF<br>SOLANO, AL GARZA and BROOK<br>BYERLY |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00532359.WPD

4

**JOINT STATUS REPORT**