| | |
|---|---|
| 1 | MATT GONZALEZ (SBN 153486) |
| | G. WHITNEY LEIGH (SBN 153457) |
| 2 | BRYAN VERESCHAGIN (SBN 188608) |
| | GONZALEZ & LEIGH LLP |
| 3 | Two Shaw Alley, Third Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 512-2000 |
| | Facsimile: (415) 512-2001 |
| 5 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL THOMAS TOLER

            Plaintiffs,

vs.

DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,

            Defendants.

Case No. CIV 06-0735 LKK DAD

**NOTICE OF SUBSTITUTION OF ATTORNEYS**

      PLEASE TAKE NOTICE that Matt Gonzalez of Gonzalez & Leigh, LLP, Attorney at Law, of Two Shaw Alley, Third Floor, San Francisco, CA 94105, is hereby substituted in place and instead of John Gregory Downing of the Downing Law Firm, Attorney at Law, of 109 Geary Street, Fourth Floor, San Francisco, CA 94108, as attorney for the plaintiff Joel Thomas Toler in this action and that this substitution be entered into effect without further notice.

      It is my understanding that Mr. Toler has notified Mr. Downing of his intent to replace him as counsel. Mr. Toler's new counsel, Matt Gonzalez, contacted Mr. Downing's office several times on October 5, 2005 and notified him of Mr. Toler's decision to replace counsel. However, Mr. Downing has not responded. Mr. Toler hereby submits the Notice of Substitution without Mr. Downing's signature.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 17, 2007 | GONZALEZ & LEIGH, LLP |
| 3 | | |
| 4 | | By:  /s/  _____ MATT GONZALEZ |

DATED: October 17, 2007       GONZALEZ & LEIGH, LLP

By:  /s/
     MATT GONZALEZ

**PLAINTIFF**

By:  /s/
     **JOEL THOMAS TOLER**

IT IS SO ORDERED

DATED: OCTOBER 17, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT