**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

Matt Gonzalez SBN 153486
G. Whitney Leigh SBN 153457
Bryan Vereschagin SBN 188608
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Facsimile: (415) 512-2001

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED AND SUPPLEMENTAL COMPLAINTS FOR DAMAGES AND INJUNCTIVE RELIEF** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff JOEL THOMAS TOLER, by and through their undersigned counsel that Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, and BROOK BYERLY will have an extension of time within which to file a response to Plaintiff's First Amended and Supplemental Complaint for Damages and Injunctive Relief. No other extensions have been sought or obtained.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

00540812.WPD

**Stipulation and Order to Extend Time to Respond to First Amended and Supplemental Complaints for Damages and Injunctive Relief**

The response of Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, and BROOK BYERLY to Plaintiff's First Amended and Supplemental Complaint for Damages and Injunctive Relief is now due on or before November 16, 2007.

The parties further agree that this Stipulation may be executed in counterparts which will then be collectively submitted as a single Stipulation and that a faxed signature shall constitute an original signature for purposes of this Stipulation, with the original signatures retained in the files of counsel for said Defendants.

Dated: November 6, 2007        GONZALEZ & LEIGH LLP

By _____
    Brian Brazier, SBN 245004
    Matt Gonzalez, SBN 153486
    G. Whitney Leigh, SBN 153457
    Bryan Vereschagin, SBN 188608
    Attorneys for Plaintiff

Dated: November 6, 2007        PORTER SCOTT
                               A PROFESSIONAL CORPORATION

By  /s/  John R. Whitefleet
    Terence J. Cassidy, SBN 99180
    John R. Whitefleet, SBN 213301
    Attorney for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

**IT IS HEREBY ORDERED.**

Dated: November 14, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2

00540812.WPD

**Stipulation and Order to Extend Time to Respond to First Amended and Supplemental Complaints for Damages and Injunctive Relief**