**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants COUNTY OF SOLANO, DAVID PAULSON, AL GARZA, and BROOK BYERLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, <br><br> Defendants. <br> _____/ | Case No. CIV 06-0735 LKK DAD <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS "FIRST AMENDED AND SUPPLEMENTAL COMPLAINT" PURSUANT TO FRCP RULE 12(B)(6);** <br><br> DATE:  January 14, 2007 <br> TIME:  10:00 a.m. <br> CTRM:  4 |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

Notice is hereby given that on the above-noted date at the stated time and in the designated courtroom, Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY, by and through their attorneys of record, will move this court for dismissal of Plaintiff's Complaint on the following grounds:

1.  Plaintiff fails to state a claim upon which relief may be against Defendants PAULSON GARZA or BYERLEY pursuant to o 42 U.S.C. section 1983 because they are entitled to prosecutorial immunity, Eleventh Amendment immunity, witness immunity and/or qualified immunity.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00543004.WPD

**DEFENDANTS' NOTICE OF MOTION TO DISMISS "FIRST AMENDED AND SUPPLEMENTAL COMPLAINT" PURSUANT TO FRCP RULE 12(B)(6);**

2. Plaintiff fails to state a claim upon which relief may be granted pursuant to 42 U.S.C. section 1983 for violation of the First Amendment arising out of alleged retaliatory acts made by Defendants in connection with the criminal proceedings because Plaintiff has not and cannot allege the absence of probable cause;

3. Plaintiff fails to state a claim upon which relief may be granted pursuant to 42 U.S.C. section 1983 for violation of the First Amendment arising out of alleged retaliatory acts made by Defendants in connection with the Workplace Violence Petition and Temporary Restraining Order issued by Solano County Commissioner Alberta Chew because he (1) fails to allege how such adversely affected his First Amendment rights, and (2) fails to sufficiently allege a causal connection between the purported speech and alleged retaliatory acts;

4. 8 Plaintiff fails to state a claim upon which relief may be granted pursuant to 42 U.S.C. Section 1983 for violation of the Fourth Amendment arising out of the search warrant;

5. Plaintiff fails to state a claim upon relief may be granted for conspiracy pursuant to 42 U.S.C. sections 1983 or 1985;

6. Plaintiff fails to state a <u>Monell</u>-type claim against the COUNTY OF SOLANO;

The Motion to Dismiss is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, Request for Judicial Notice in support thereof, the entire court file and any other pleadings or evidence which may be presented at the time of the hearing.

Respectfully submitted,

DATED: November 16, 2007      PORTER SCOTT
                              A Professional Corporation


                              By   /s/ John R. Whitefleet
                              _____
                                 Terence J. Cassidy
                                 John R. Whitefleet
                                 Attorneys for Defendants COUNTY OF SOLANO, DAVID PAULSON, AL GARZA, and BROOK BYERLEY

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00543004.WPD

**DEFENDANTS' NOTICE OF MOTION TO DISMISS "FIRST AMENDED AND SUPPLEMENTAL COMPLAINT" PURSUANT-TO FRCP RULE 12(B)(6);**