1 | MATT GONZALEZ (SBN 153486)
  | G. WHITNEY LEIGH (SBN 153457)
2 | BRYAN VERESCHAGIN (SBN 188608)
  | BRIAN BRAZIER (SBN 245004)
3 | GONZALEZ & LEIGH LLP
  | Two Shaw Alley, Third Floor
4 | San Francisco, CA 94105
  | Telephone: (415) 512-2000
5 | Facsimile: (415) 512-2001

6 | Attorney for Plaintiff Joel Thomas Toler

7 |

  | PORTER SCOTT
8 | A Professional Corporation
  | Terence J. Cassidy (SBN 99180)
9 | John R. Whitefleet (SBN 213301)
  | 350 University Ave., Suite 200
10 | Sacramento, California 95825
   | TEL: (916) 929-1481
11 | FAX: (916) 927-3706

12 | Attorneys for Defendants David Paulson, County of Solano, Al Garza, and Brook Byerly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CIV 06-0735 LKK DAD<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS "FIRST AMENDED AND SUPPLEMENTAL COMPLAINT" PURSUANT TO F.R.C.P. 12(B)(6)** |

　　　　IT IS HEREBY STIPULATED and agreed by and between Defendants, by and through their undersigned counsel, that Plaintiff JOEL THOMAS TOLER, will have an extension of time

---

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS PURSUANT TO 12(B)(6)
Case No. 06-0735

1  within which to file an opposition to Defendant's Motion to Dismiss First Amended and
2  Supplemental Complaint for Damages and Injunctive Relief.
3       The opposition of Plaintiff to Defendant's Motion to Dismiss First Amended and
4  Supplemental Complaint for Damages and Injunctive Relief is now due on or before December
5  31, 2007.

DATED: December 27, 2007         GONZALEZ & LEIGH, LLP

                                              By:   /s/ Matt Gonzalez
                                                      MATT GONZALEZ

DATED: December 27, 2007         PORTER SCOTT
                                                      A Professional Corporation

                                              By:   /s/ John R. Whitefleet
                                                      JOHN R. WHITEFLEET

**IT IS SO ORDERED**

DATED:

                                          Lawrence K. Karlton
                                          Senior Judge
                                          United States District Court