MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN VERESCHAGIN (SBN 188608)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorney for Plaintiff Joel Thomas Toler

PORTER SCOTT
A Professional Corporation
Terence J. Cassidy (SBN 99180)
John R. Whitefleet (SBN 213301)
350 University Ave., Suite 200
Sacramento, California 95825
TEL: (916) 929-1481
FAX: (916) 927-3706

Attorneys for Defendants David Paulson, County of Solano, Al Garza, and Brook Byerly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER<br><br>        Plaintiffs,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CIV 06-0735 LKK DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS "FIRST AMENDED AND SUPPLEMENTAL COMPLAINT" PURSUANT TO F.R.C.P. 12(B)(6)** |

IT IS HEREBY STIPULATED and agreed by and between Defendants, by and through their undersigned counsel, that Plaintiff JOEL THOMAS TOLER, will have an extension of time

1  within which to file an opposition to Defendant's Motion to Dismiss First Amended and
2  Supplemental Complaint for Damages and Injunctive Relief.
3      The opposition of Plaintiff to Defendant's Motion to Dismiss First Amended and
4  Supplemental Complaint for Damages and Injunctive Relief is now due on or before December
5  31, 2007.

DATED:  December 27, 2007        GONZALEZ & LEIGH, LLP

DATED: December 27, 2007        By:    /s/ Matt Gonzalez
                                                      MATT GONZALEZ

                                      PORTER SCOTT
                                      A Professional Corporation

**IT IS SO ORDERED**        By:    /s/ John R. Whitefleet
                                                      JOHN R. WHITEFLEET

DATED:  January 2, 2008

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT