MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN VERESCHAGIN (SBN 188608)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Attorney for Plaintiff Joel Thomas Toler


PORTER SCOTT
A Professional Corporation
Terence J. Cassidy (SBN 99180)
John R. Whitefleet (SBN 213301)
350 University Ave., Suite 200
Sacramento, California 95825
TEL: (916) 929-1481
FAX: (916) 927-3706

Attorneys for Defendants David Paulson, County of Solano, Al Garza, and Brook Byerly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER<br><br>             Plaintiffs,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. CIV 06-0735 LKK DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS "FIRST AMENDED AND SUPPLEMENTAL COMPLAINT" PURSUANT TO F.R.C.P. 12(B)(6)** |

    IT IS HEREBY STIPULATED and agreed by and between Defendants, by and through their undersigned counsel, that Plaintiff JOEL THOMAS TOLER, will have an extension of time

1  within which to file an opposition to Defendant's Motion to Dismiss First Amended and
2  Supplemental Complaint for Damages and Injunctive Relief.
3      The opposition of Plaintiff to Defendant's Motion to Dismiss First Amended and
4  Supplemental Complaint for Damages and Injunctive Relief is now due on or before December
5  31, 2007.

8  DATED:  December 27, 2007           GONZALEZ & LEIGH, LLP

10 DATED: December 27, 2007            By:    /s/ Matt Gonzalez
                                              MATT GONZALEZ

12                                      PORTER SCOTT
                                        A Professional Corporation

14     **IT IS SO ORDERED**            By:    /s/ John R. Whitefleet
                                              JOHN R. WHITEFLEET

15 DATED:  January 2, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS PURSUANT TO 12(B)(6)**
Case No. 06-0735