1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  BRYAN VERESCHAGIN (SBN 188608)
   BRIAN BRAZIER (SBN 245004)
3  MATT SPRINGMAN (SBN 252508)
   GONZALEZ & LEIGH, LLP
4  Two Shaw Alley, 3rd Floor
   San Francisco, CA 94105
5  Telephone:  (415) 512-2000
   Facsimile:  (415) 512-2001
6
7  Attorneys for Plaintiff
   JOEL THOMAS TOLER
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOEL THOMAS TOLER,                                                                  | **Case No. CIV 06-0735 LKK DAD**                                     |
|-------------------------------------------------------------------------------------|----------------------------------------------------------------------|
| Plaintiff,                                                                          | **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE**    |
| vs.                                                                                 |                                                                      |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, |                                                               |
| Defendants.                                                                         |                                                                      |

Plaintiff and Defendants, by and through their respective undersigned counsel of record, hereby stipulate and respectfully request that the Court modify the Status (Pretrial Scheduling) Order dated October 17, 2007, to extend the deadline for discovery approximately 60 days.  Trial is not requested to be moved.

Good cause exists to modify the scheduling order under the unique circumstances in this case:

(1) During the early pendency of this action on or about February 28, 2008, Mr. Ralph Nader, who is running for President, announced Mr. Gonzalez, attorney for Plaintiff, as

his running mate for the position of Vice President of the United States.  As a result, and since then, Mr. Gonzalez has been, and is often unavailable due to his extensive campaign schedule, including significant travel outside the Bay Area and the State.

(2) Despite the best efforts of the parties, the scheduling and completion of discovery has been extremely difficult due to the campaign, and because the defendants are the District Attorney and investigators, each with an extremely busy schedule.

(3) Despite his campaign schedule, Mr. Gonzalez has made every effort to make himself available for deposition discovery in this case.  Solano County District Attorney David Paulson has an extremely full litigation schedule of his own and as such his availability for deposition is limited.  Thus, as of yet, no mutually convenient dates that satisfy the schedules of Mr. Paulson, Mr. Gonzalez, and Mr. Whitefleet are confirmed due to the conflicting litigation schedule of defendants' counsel, Mr. Whitefleet and District Attorney David Paulson, as well defendants Al Garza and Brook Byerley, the parties will be unable to complete all necessary depositions before the current discovery deadline.

(4) Recent scheduling matters have been further complicated and limited by counsel for Defendants' calendar, and prepaid vacations during the summer months.  Mr. Cassidy has been on pre-scheduled vacation since July 21, 2008 and Mr. Whitefleet will commence vacation on August 2, 2008.  Both are not expected to return until August 11, 2008.

(5) Nonetheless, both parties have proposed several dates that appear convenient to both parties, including several dates before the current close of discovery. The parties are confident that they can complete all necessary discovery in this matter if the parties' request for a short extension of discovery and other dates is granted.

(6) Given the fact that Mr. Toler's attorney is running for national office requiring significant travel outside the state, that a percipient and essential witness in this case is an elected

**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE**
**Case No. CIV 06-0735 LKK DAD**

District Attorney with all the obligations and time constraints that accompany such a position, the other scheduling complications of counsel, and the extensive good faith meet and confer sessions between both parties in this matter to set mutually convenient dates for deposition, the parties respectfully submit that good cause exists under these unique circumstances to modify the Status (Pretrial Scheduling) Order dated October 17, 2007 as follows:

Discovery Completion Date:                October 15, 2008
Last Date to Hear Dispositive Motions:    December 15, 2008
Pre-Trial and Trial dates are to remain as currently scheduled.

Respectfully submitted,

DATED: July 31, 2008         GONZALEZ & LEIGH, LLP


By: _____
    MATT GONZALEZ
    Attorney for Plaintiff
    JOEL THOMAS TOLER

DATED: July 31, 2008         PORTER SCOTT, PC


By: _____
    JOHN WHITEFLEET
    Attorney for Defendants

**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE**
**Case No. CIV 06-0735 LKK DAD**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Good cause shown, it is hereby ordered that the Status (Pretrial Scheduling) Order dated October 17, 2007 is modified as follows:

    Discovery Completion Date:               October 15, 2008

    Last Date to Hear Dispositive Motions:     December 15, 2008

    PreTrial and Trial dates are to remain as currently scheduled.

DATED:_____                       _____
                                                         The Honorable Lawrence K. Karlton
                                                         United States District Court Judge