**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, and BROOK BYERLY.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | |
| vs. | **DEFENDANTS DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY'S MID-LITIGATION STATEMENT** |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive | |
| Defendants. | Final Pretrial Conference: 01/12/09<br>Trial: 03/10/09 |
| _____/ | |

Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, and BROOK BYERLY, hereby submit the following Mid-Litigation Statement in accordance with the Status (Pretrial Scheduling) Order dated October 17, 2007.

## I.

## STATEMENT OF FACTS

This action arises out of the initiation of a Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employee and Temporary Restraining Order in accordance with California Code of Civil Procedure 527.8 against Plaintiff JOEL THOMAS TOLER (hereinafter "Plaintiff") for purportedly making threats of bringing an "Uzi" into the office of the District Attorney. Plaintiff alleges these proceedings were initiated in retaliation for his criticisms of the office of District Attorney. Defendants deny any and all liability.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00602081.WPD

1

**DEFENDANTS' MID-LITIGATION STATEMENT**

## II.

## LAW AND MOTION

There have been no dispositive motions filed or served by any party in this matter at this time. Defendants anticipate filing a Motion for Summary Judgment, the timing of which may depend on whether the deadline for hearing such motions is moved in accordance with the parties' recently filed stipulation.

## III.

## MISCELLANEOUS

Under the current scheduling order, discovery is to be completed in this matter on or by August 15, 2008. All law and motion are to be completed by October 15, 2008. Given the unusual circumstances of counsel for Plaintiff's running for the Vice President position with Ralph Nader, the parties have requested a short extension, which if granted as requested, will continue dates such that discovery would close on October 15, 2008, and law and motion would need be completed by December 15, 2008.

The Final Pretrial Conference is set for January 12, 2009, at 10:30 a.m. Trial in this matter is set to commence on March 10, 2009, at 10:30 a.m.

DATED: August 1, 2008         PORTER SCOTT
                              A Professional Corporation


                                      /s/ John R. Whitefleet
                              By_____
                              Terence J. Cassidy
                              John R. Whitefleet
                              Attorneys for Defendants
                              DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
00602081.WPD    **DEFENDANTS' MID-LITIGATION STATEMENT**