UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL THOMAS TOLER,

          Plaintiff,

   v.

DAVID PAULSON; COUNTY OF SOLANO;
AL GARZA; and BROOK BYERLEY,

          Defendants.
_____/

NO. CIV. S-06-735 LKK/DAD

O R D E R

Pending before the court is the parties' stipulation to extend the deadline to complete discovery. The parties appeared for a telephonic conference on August 11, 2008. Pursuant to the representations made therein, the court AMENDS the Pretrial Scheduling Order (Doc. No. 25) as follows:

1. All discovery must be conducted so as to be completed not later than October 15, 2008.

2. All dispositive motions must be noticed and served so as to be heard not later than November 14, 2008.

3. If the resolution of dispositive motions requires the

1

1  court to continue the Pretrial Conference and/or Trial
2  date, all parties will be sanctioned in the amount of
3  $150.
4  IT IS SO ORDERED.
5  DATED: August 13, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT