**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive | |
| Defendants. | Date:  November 3, 2008<br>Time:  10:00 a.m.<br>Ctrm:  4 |
| _____ / | Judge: **Lawrence K. Karlton** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on November 3, 2008, at 10:00 a.m. or as soon thereafter as the matter can be heard, in the above-enumerated courtroom of the United States District Court for the Eastern District of California, 501 "I" Street, Sacramento, California, Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLEY, by and through its attorneys of record, will move this Court for summary judgment or, in the alternative, summary adjudication, on the following grounds:

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00617860.WPD   NOTICE OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION   - 1 -

1. Plaintiff cannot establish that Workplace Violence Petition or temporary restraining order were filed or sought without probable cause and therefore Plaintiff's claims for First Amendment retaliation pursuant to 42 U.S.C. Section 1983 in his first and second claims for relief fail;

2. Plaintiff cannot establish that Defendants, and each of them, pursued the Workplace Violence Petition or temporary restraining order with the intent to interfere with Plaintiff's First Amendment rights, and therefore Plaintiff's claims for First Amendment retaliation pursuant to 42 U.S.C. Section 1983 in his first and second claims for relief fail;

3. Assuming arguendo plaintiff establishes the elements of a retaliation claim, Defendants are not liable because they would have taken the same action even in the absence of the protected conduct;

4. Defendants PAULSON and BYERLEY are entitled to qualified immunity for the alleged constitutional violations of the First Amendment arising from alleged retaliation pursuant to 42 U.S.C. section 1983;

5. Plaintiff's claim for violation of Due Process Clause of the Fourteenth Amendment pursuant to 42 U.S.C. section 1983 fails because he has more explicit constitutional protection under the First Amendment, and/or because Plaintiff cannot establish the conduct of Defendants, and each of them, shocks the conscience;

6. Plaintiff cannot establish the elements of a conspiracy and therefore Plaintiff's claims pursuant to 42 U.S.C. Section 1983 in his second claim for relief fail;

7. Plaintiff cannot establish the elements of <u>Monell</u>-type liability pursuant to 42 U.S.C. Section 1983 as against Defendant COUNTY OF SOLANO

///
///
///
///
///
///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00617860.WPD   **NOTICE OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION**   - 2 -

1  The Motion is based on this Notice of Motion, the Motion and Memorandum of Points and
2  Authorities in support thereof, the Separate Statement of Undisputed Material Facts, the supporting
3  declarations and exhibits, Request for Judicial Notice and exhibits, the entire Court file and any other
4  pleadings and/or evidence that may be presented before or at the hearing on this Motion.

Respectfully Submitted,

Dated: October 1, 2008
PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ John R. Whitefleet

Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendants
DAVID PAULSON,
COUNTY OF SOLANO, AL GARZA
and BROOK BYERLEY

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com