**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>　　Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive<br><br>　　Defendants.<br>_____/ | Case No. CIV 06-0735 LKK DAD<br><br>**CERTIFICATION OF PRODUCTION OF EVIDENCE** |

In accordance with the Order dated November 6, 2008, Section I. C, pp. 12:1-3,23:9-12, Defendants COUNTY OF SOLANO, DAVID PAULSON, AL GARZA and BROOK BYERLEY respectfully certify that the evidence at issue has been provided to Plaintiff. Specifically, the written discovery identified as outstanding by Plaintiff in Plaintiff's Opposition to Defendants' Motion for Summary Judgment, p. 17:6-10, was provided to Plaintiff as follows:

Responses to Request for Production of Documents to Al Garza, Set One, and Responses to Request for Production of Documents to the County of Solano, Set One, were both produced on October 31, 2008; Responses to Request for Production of Documents to Brook Byerley, Set One, and Responses to Request for Production of Documents to David Paulson, Set One were both produced on October 30, 2008. Responsive documents, if any, relative to each, were provided.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00627370.WPD     CERTIFICATION OF PRODUCTION OF EVIDENCE     - 1 -

1  Responses to Interrogatories to Al Garza, Set One, were produced on October 31, 2008.
2  Responses to Interrogatories to Brook Byerley, were produced on October 29, 2008.
3  Responses to Request for Admissions to Al Garza, were produced on October 30, 2008.
4  Responses to Request for Admissions to Brook Byerley, were produced on October 29, 2008.

Respectfully Submitted,

Dated: November 12, 2008        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By   /s/ John R. Whitefleet

                                    Terence J. Cassidy
                                    John R. Whitefleet
                                    Attorneys for Defendants

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00627370.WPD        **CERTIFICATION OF PRODUCTION OF EVIDENCE**        - 2 -