**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive<br><br>        Defendants._____/ | Case No. CIV 06-0735 LKK DAD<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

PLEASE TAKE NOTICE that TERENCE J. CASSIDY will not be available for all purposes, including but not limited to receiving notices of any kind, responding to ex parte applications, appearing in court or appearing at depositions for the periods commencing Monday, March 30, 2009 through Monday, May 4, 2009, as he will be out of the country.

As of the date of execution hereof, the undersigned is aware of nothing calendared, such as, but not limited to, any hearings, depositions, trial or other matter pertaining to this case for said time period, and hereby asserts that there appears to be no prejudice to any party as a result of this Notice of Unavailability.

/ / / /

/ / / /

/ / / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

NOTICE OF UNAVAILABILITY OF COUNSEL

00646009.WPD

1 | Dated: January 13, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By     /s/Terence J. Cassidy
         Terence J. Cassidy
         Attorney for Defendants
         DAVID PAULSON, COUNTY SOLANO,
         AL GARZA and BROOK BYERLY

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

NOTICE OF UNAVAILABILITY OF COUNSEL

00646009.WPD