MATT GONZALEZ (SBN 188608)
WHITNEY LEIGH (SBN
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
JOEL THOMAS TOLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOEL THOMAS TOLER,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CIV 06-0735 LKK DAD<br><br>**PLAINTIFF'S STATEMENT OF MATTERS HE INTENDS TO INTRODUCE IN HIS CASE-IN-CHIEF**<br><br>**Trial Date:** March 10, 2009<br>**Time:** 10:00<br>**Judge:** Hon. Lawrence K. Karlton |
|---|---|

**PLAINTIFF'S STATEMENT OF MATTERS HE INTENDS TO INTRODUCE IN HIS CASE-IN-CHIEF**
**Case No. CIV 06-0735 LKK DAD**

Pursuant to the Court's Pre-Trial Conference Order [Tentative] issued on January 15, 2009, Plaintiff offers the following matters and discovery documents that he intends to introduce in his case-in-chief:

**DISCOVERY DOCUMENTS**

Plaintiff expects to offer the following discovery documents and responses at trial:

1. Defendant Garza's Responses to Plaintiff's Request for Admissions
2. Defendant Garza's Responses to Plaintiff's Interrogatories
3. Defendant Byerley's Responses to Plaintiff's Request for Admissions
4. Defendant Paulson's Responses to Plaintiff's Request for Admissions
5. Defendant Paulson's Responses to Plaintiff's Interrogatories

**LEGAL AND FACTUAL MATTERS**

Plaintiff expects to raise the following legal and factual matters at trial:

1. Did Mr. Toler present a credible threat of violence under CA Code Civ. Proc. § 527.8.?
2. Did Defendant Garza fabricate evidence or mislead the Court in his declaration attached to Defendants petition for a temporary restraining order under CA Code Civ. Proc. § 527.8?
3. Is Defendant Garza an expert in workplace violence or threat assessment?
4. Did Defendants violate the First Amended by attempting to "chill" Mr. Toler's First Amendment Rights?
5. Did Defendants, in fact, violate the First Amendment by "chilling" Mr. Toler's First Amendment Rights?
6. Did Defendants retaliate against Mr. Toler by petitioning the court for a temporary restraining against him based on the articles he published in local newspapers?

1
**PLAINTIFF'S STATEMENT OF MATTERS HE INTENDS TO INTRODUCE IN HIS CASE-IN-CHIEF**
**Case No. CIV 06-0735 LKK DAD**

Plaintiff reserves the right to amend this statement pursuant to a more definite statement on its required contents or further instructions from the Court.

DATED:  January 26, 2009                    GONZALEZ & LEIGH, LLP


By: */s/ Matt Springman*_____
    MATT SPRINGMAN
    Attorney for Plaintiff
    JOEL THOMAS TOLER