MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN VERESCHAGIN (SBN 188608)
BRIAN BRAZIER (SBN 245004)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Attorneys for Plaintiff
JOEL THOMAS TOLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>                              Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>                              Defendants. | **Case No. CIV 06-0735 LKK DAD**<br><br>**PLAINTIFF'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>**Date:        February 6, 2009**<br>**Time:        10:00 a.m.**<br>**Courtroom:  6**<br>**Judge:       Hon. John Mendez** |

TO ALL PARITES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that plaintiff has submitted his confidential settlement

conference statement to the Honorable John Mendez pursuant to Eastern District Local Rule 16-

270(d).

DATED:  January 30, 2009            GONZALEZ & LEIGH, LLP


By: */s/ Matt Springman*
    MATT SPRINGMAN
    Attorney for Plaintiff
    JOEL THOMAS TOLER

1