**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR:   Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLEY, and DOES 1 through 10, inclusive<br><br>　　　Defendants.<br>_____/ | Case No. CIV 06-0735 LKK DAD<br><br>**DEFENDANTS' AMENDED WITNESS LIST**<br><br>Trial: May 12, 2009 |

　　　Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY hereby submit their Amended Witness List as follows:

　　　1.　　David Paulson;

　　　2.　　Al Garza;

　　　3.　　Brook Byerley;

　　　4.　　Linda Jones;

　　　5.　　Marsha Johnson;

　　　6.　　Warren Butler;

　　　7.　　William Godwin;

　　　8.　　Ira Rosenthal;

　　　9.　　John Daugherty;

1   10.   Det. Brad DeWall;

2   11.   Robin Keeney;

3   12.   Tom Toler;

4   13.   Terry J. Compton-Gordon; and

5   14.   Donald Gordon, Sr.

David Paulson, Al Garza, Brook Byerley, Linda Jones, Marsha Johnson, Warren Butler, William Godwin, Robin Keeney and Tom Toler are percipient witnesses to the incident. Ira Rosenthal will testify, if necessary, regarding the search for computerized documents at the County. Deputy District Attorney John Daugherty will testify regarding the handling of Plaintiff's complaint. Det. DeWall will testify regarding the search warrant executed. The Gordon's will testify regarding threats by Plaintiff, if necessary.

Expert witnesses:

1.   Jared Zwickey.

Mr. Zwickey will testify regarding peace officer practices, including but not limited to, threat assessment, causation, training practices, procedures and tactics for assessing threats, and the probable cause to seek a WorkPlace Violence Petition and/or TRO.

Respectfully submitted,

DATED:  April 20, 2009            PORTER SCOTT
                                  A Professional Corporation


                                  By: /s/ John R. Whitefleet
                                       Terence J. Cassidy
                                       John R. Whitefleet
                                       Attorneys for Defendants
                                       DAVID PAULSON, AL GARZA, and
                                       BROOK BYERLEY