**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR:   Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | |
| vs. | **DEFENDANTS' AMENDED EXHIBIT LIST** |
| DAVID   PAULSON,   COUNTY   OF SOLANO,   AL   GARZA,   BROOK BYERLEY,  and  DOES  1  through  10, inclusive | Trial: May 12, 2009 |
| Defendants. | |
| _____/ | |

### Amended Exhibit List

Defendants expect to offer the following exhibits:

A.     Email from  Brook Byerley dated April 7, 2005;

B.     Memorandum by Brook Byerley dated April 12, 2005;

C.     Email from Marsha Johnson dated April 14, 2005;

D.     Memorandum by Warren Butler;

E.     Daily Republic Advertisement dated April 12, 2005;

F.     Memorandum by William Godwin dated June 14, 2005;

G.     Memorandum by William Godwin dated June 16, 2005;

H.     Memorandum by William Godwin dated June 20, 2005;

I.     Garza's POST Training Profile Report;

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00650144.WPD          **DEFENDANTS' AMENDED EXHIBIT LIST**

1   J.     County of Solano's Workplace Protection Handbook;

2   K.    Small claims action filed June 8, 2005, by Plaintiff against Defendant PAULSON,

3         Toler v. Paulson,  Solano County Superior Court Case No. FSC051416;

4   L.     "Help Wanted" Advertisement;

5   M.    "Elect Tom Toler for District Attorney" Advertisement;

6   N.    Petition of Employer for Injunction Prohibiting Violence or Threats of Violence

7         Against Employee and Temporary Restraining Order, County of Solano v. Toler,

8         Solano County Superior Court Case No. FCS026197, and order modifying same;

9   O.    Declaration of Al Garza filed in Support of Application for Injunctive Relief Against

10       Workplace Violence;

11  P.     Temporary Restraining Order dated June 15, 2006, Solano County Superior Court by

12       Commissioner Alberta Chew;

13  Q.    Deposition of Tom Toler, taken on August 25, 2008;

14  R.    Deposition of Linda Jones dated May 9, 2006, taken in connection with County of

15       Solano v. Toler, Solano County Superior Court Case No. FCS026197;

16  S.     Deposition of Marsha Johnson dated May 9, 2006, taken in connection with County

17       of Solano v. Toler, Solano County Superior Court Case No. FCS026197;

18  T.     Deposition of Warren Butler dated May 9, 2006, taken in connection with County of

19       Solano v. Toler, Solano County Superior Court Case No. FCS026197;

20  U.    Deposition of Deposition of William Godwin dated January 19, 2006, taken in

21       connection with County of Solano v. Toler, Solano County Superior Court Case No.

22       FCS026197;

23  V.     Expert Report of Jared Zwickey;

24  W.    Memorandum by Garza dated June 13, 2005;

25  X.     Felony complaint, People v. Toler, Case No. FCR 246748;

26  Y.     Search warrant, dated March 3, 2005; and

27  Z.     Settlement Agreement, Solano County Superior Court Case No. FCS 026197.

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00650144.WPD         **DEFENDANTS' AMENDED EXHIBIT LIST**

1

Respectfully submitted,

2    DATED:   April 20, 2009

PORTER SCOTT
A Professional Corporation

3

4

By:    /s/ John R. Whitefleet

5

Terence J. Cassidy

6

John R. Whitefleet
Attorneys for Defendants
DAVID  PAULSON,  AL  GARZA,  and

7

BROOK BYERLEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT

ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

00650144.WPD          **DEFENDANTS' AMENDED EXHIBIT LIST**