MATT GONZALEZ (SBN 188608)
WHITNEY LEIGH (SBN
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
JOEL THOMAS TOLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
|---|---|
| Plaintiff, | **PLAINTIFF'S EXHIBIT LIST** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

| NO. | EXHIBIT |
|---|---|
| 1 | Email exchange between Brook Byerley, Al Garza and staff dated April 7, 2005 |
| 2 | Memorandum by Brook Byerley dated April 12, 2005 |
| 3. | Email from Marsha Johnson dated April 14, 2005 |
| 4. | Memorandum by Warren Butler |
| 5. | Daily Republic Advertisement dated April 12, 2005 |
| 6. | Memorandum of Brook Byerley dated April 12, 2005 |
| 7. | Memorandum of William Godwin dated April 12, 2005 |
| 8. | Memorandum by William Godwin dated June 14, 2005 |
| 9. | Memorandum by Willam Godwin dated June 16, 2005 |
| 10. | February 9, 2007 Order Continuing terms of restraining order against Plaintiff, signed by Commisioner Chew. |
| 11. | "Help Wanted" Advertisement |
| 12. | "Elect Tom Toler for District Attorney" Advertisement |
| 13. | Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employee and Temporary Restraining Order, County of Solano v. Toler, Solano County Superior Court Case No. FCS026197 filed on June 15, 2005. |
| 14. | Declaration of Al Garza filed in Support of Application for Injunctive Relief Against Workplace Violence. |
| 15. | Temporary Restraining Order dated June 15, 2006, Solano County Superior Court by Commissioner Alberta Chew. |
| 16. | April 12, 2005 Letter from Plaintiff to Defendant Paulson |
| 17. | Deposition of Linda Jones dated May 9, 2006, taken in connection with County of Solano v. Toler, Solano County Superior Court Case No. FCS026197. |

| | | |
|---|---|---|
| | 18. | Deposition of Al Garza dated January 19, 2006, taken in connection with County of Solano v. Toler, Solano County Superior Court Case No. FCS026197. |
| | 19. | Deposition of Brook Byerley taken in connection with County of Solano v. Toler, Solano County Superior Court Case No. FCS026197. |
| | 20. | Deposition of William Godwin dated January 19, 2006 taken in connection with County of Solano v. Toler, Solano County Superior Court Case No. FCS026197. |
| | 21. | Deposition of Marsha Johnson dated May 9, 2006 taken in connection with County of Solano v. Toler, Solano County Superior Court Case No. FCS026197. |
| | 22. | Deposition of William Warren Butler dated May 9, 2006 taken in connection with County of Solano v. Toler, Solano County Superior Court Case No. FCS026197. |
| | 23. | Deposition of David Paulson dated September 19, 2008. |
| | 24. | Deposition of Tom Toler, taken on August 25, 2008 and continued on February 13, 2009 |
| | 25. | April 12, 2005 Video taken at the Solano County District Attorney's Office. |
| | 26. | Toler Bail Bonds 2005 bail logs by month (TLR 143-159) |
| | 27. | Letter from Doug Rappaport re Toler's legal fees for People v. Toler, Solano County Superior Court, Case No. FCR227937 |
| | 28. | Letter from John Downing re Toler's legal fees related to the defense of the TRO |
| | 29. | March 27 Police Report |
| | 30. | Garza's POST training profile report |
| | 31. | June 13, 2006 Memo by Al Garza |
| | 32. | Checks made out to attorneys Dennis Honeychurch, Charles Gravett, Matthew Bishop, and Doug Rappaport by plaintiff for legal fees related to the underlying case |

1  DATED: April 20, 2009                    GONZALEZ & LEIGH, LLP

2

3                                            By: */s/ Matt Springman*
                                                 MATT SPRINGMAN
                                                 Attorney for Plaintiff
4                                                JOEL THOMAS TOLER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
**PLAINTIFF'S EXHIBIT LIST**
**Case No. CIV 06-0735 LKK DAD**