```
MATT GONZALEZ (SBN 188608)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Attorneys for Plaintiffs
JOEL THOMAS TOLER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CIV 06-0735 LKK DAD<br><br>**PLAINTIFF'S AMENDED WITNESS LIST** |

   Plaintiff Tom Toler hereby submits his witness list as follows:

   1.  Tom Toler

   2.  Al Garza

   3.  David Paulson

   4.  Brook Byerley

   5.  William Godwin

   6.  Warren Butler

   7.  Linda Jones

   8.  Marsha Johnson

9. Doug Rappaport, or custodian of records handling documents related to Mr. Rappaport's legal fees

10. Matthew Bishop, or custodian of records handling documents related to Mr. Bishop's legal fees

11. Charles Gravett, or custodian of records handling documents related to Mr. Bishop's legal fees

12. Dennis Honeychurch, or custodian of records handling documents related to Mr. Honeychurch's legal fees

13. Dan Russo, or custodian of records handling documents related to Mr. Russo's legal fees

14. Custodian of records at Toler Bail Bonds

15. Dan Makowski

Mr. Toler, Mr. Paulson, Mr. Byerley, Mr. Godwin, Mr. Butler, Ms. Jones, and Ms. Johnson are all percipient witnesses to the events that form the basis of this lawsuit. Mr. Rappaport, Mr. Bishop, Mr. Gravett, Mr. Honeychurch, and Mr. Russo, or their respective custodians of records, will testify to the legal fees incurred and paid by Mr. Toler and the documents memorializing those fees related to the events that form the basis of this lawsuit. The custodian of records of Toler Bail Bonds will testify to the monetary amount of bail bonds issued by Toler Bail Bonds and the records recording those amounts issued in and around the time of the events that form the basis of this lawsuit. Mr. Makowski will testify to the plaintiff's character.

DATED: April 20, 2009                    GONZALEZ & LEIGH, LLP

                                         By: */s/ Matt Springman*
                                             MATT SPRINGMAN
                                             Attorney for Plaintiff
                                             JOEL THOMAS TOLER