**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | |
| vs. | **DEFENDANTS' RESPONSE/OBJECTIONS TO PLAINTIFF'S SECOND CORRECTED EXHIBIT LIST** |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLEY, and DOES 1 through 10, inclusive | Trial: May 12, 2009 |
| Defendants. | |

Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY hereby respond to Plaintiff's Second Corrected Amended Exhibit List:

Defendants assume the exhibits consist of those documents informally provided by Plaintiff [1].

1. No objection;
2. To the extent the document is the complete three page memorandum: no objection;
3. No objection;

---

[1] Counsel for Defendants were provided a courtesy copy of the original exhibits 1-24 only via email.

| | | |
|---|---|---|
| 1 | 4. | No objection; |
| 2 | 5. | No objection; |
| 3 | 6. | No objection; |
| 4 | 7. | No objection; |
| 5 | 8. | No objection; |
| 6 | 9. | No objection; |
| 7 | 10. | No objection; |
| 8 | 11. | No objection; |
| 9 | 12. | No objection; |
| 10 | 13. | No objection; |
| 11 | 14. | No objection; |
| 12 | 15. | No objection; |
| 13 | 16. | Objection: hearsay (FRE , prejudicial (FRE 403)) |
| 14-15 | 17. | To the extent offered as substantive testimony, Defendants object absent a showing the witness is unavailable, and hearsay; |
| 16-17 | 18. | To the extent offered as substantive testimony, Defendants object absent a showing the witness is unavailable, and hearsay; |
| 18-19 | 19. | To the extent offered as substantive testimony, Defendants object absent a showing the witness is unavailable, and hearsay; |
| 20-21 | 20. | To the extent offered as substantive testimony, Defendants object absent a showing the witness is unavailable, and hearsay; |
| 22-23 | 21. | To the extent offered as substantive testimony, Defendants object absent a showing the witness is unavailable, and hearsay; |
| 24-25 | 22. | To the extent offered as substantive testimony, Defendants object absent a showing the witness is unavailable, and hearsay; |
| 26-27 | 23. | To the extent offered as substantive testimony, Defendants object absent a showing the witness is unavailable, and hearsay; |
| 28 | /// | |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00678201.WPD

2

**DEFENDANTS' RESPONSE/OBJECTIONS TO PLAINTIFF'S SECOND CORRECTED EXHIBIT LIST**

24. To the extent offered as substantive testimony, Defendants object absent a showing the witness is unavailable, and hearsay;

25. No objection;

26. Objection: these documents were not timely provided in response to request for production of documents.  To the extent the documents are proffered for business loss, they are the subject of Defendants' motion in limine. Also, Plaintiff is not a qualified expert, nor has Plaintiff identified any expert in the field of accounting or business-related matters, including causation (that the issuance of the TRO caused the purported losses).  Accordingly, any such evidence Plaintiff may offer regarding his alleged loss of income, personal or business, would constitute inadmissible opinion testimony and/or would be based on inadmissible hearsay.  FRE 701, 702, 801, 802. In addition, such losses are speculative and/or lack foundation.  Plaintiff has produced no profit and loss statements, no tax returns, no statements of income (such as bank statements), no statement of expenditures, which could have shown whether or not there were any profits or losses at all.  In that regard, Defendants contend absent additional substantiating evidence such as profit and loss statements, expenditures and so forth, the proffered documents are insufficient/incomplete and therefore misleading or prejudicial, FRE 403.

27. Objection: these documents were not timely provided in response to request for production of documents.  In addition, Plaintiff is precluded from seeking recovery of attorney fees under the Settlement Agreement, and counsel for Defendants were precluded from asking questions of Plaintiff regarding the scope of the Settlement Agreement during the further deposition of Plaintiff. In addition, the documents lack foundation, authentication, and/or is inadmissible hearsay.

28. Objection: these documents were not timely provided in response to request for production of documents. In addition, Plaintiff is precluded from seeking

PORTER | SCOTT

ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00678201.WPD

**DEFENDANTS' RESPONSE/OBJECTIONS TO PLAINTIFF'S SECOND CORRECTED EXHIBIT LIST**

1  recovery of attorney fees under the Settlement Agreement, and counsel for
2  Defendants were precluded from asking questions of Plaintiff regarding the
3  scope of the Settlement Agreement during the further deposition of Plaintiff.
4  In addition, the documents lack foundation, authentication, and/or is
5  inadmissible hearsay.

6  29.  Objection: Hearsay, lacks foundation, irrelevant;

7  30.  No objection;

8  31.  No objection;

9  32.  Objection: these documents were not timely provided in response to request
10  for production of documents.  In addition, Plaintiff is precluded from seeking
11  recovery of attorney fees under the Settlement Agreement, and counsel for
12  Defendants were precluded from asking questions of Plaintiff regarding the
13  scope of the Settlement Agreement during the further deposition of Plaintiff.
14  In addition, the documents lacks foundation, authentication, and/or is
15  inadmissible hearsay.

16  33.  To the extent offered as substantive testimony, Defendants object absent a
17  showing the witness is unavailable, and hearsay;

18  34.  To the extent offered as substantive testimony, Defendants object absent a
19  showing the witness is unavailable, and hearsay.

Respectfully submitted,

DATED:  April 28, 2009          PORTER SCOTT
                                A Professional Corporation


                                By: /s/ John R. Whitefleet
                                    Terence J. Cassidy
                                    John R. Whitefleet
                                    Attorneys for Defendants
                                    DAVID PAULSON, AL GARZA, and
                                    BROOK BYERLEY

4

**DEFENDANTS' RESPONSE/OBJECTIONS TO PLAINTIFF'S SECOND CORRECTED EXHIBIT LIST**

00678201.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com