MATT GONZALEZ (SBN 188608)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
JOEL THOMAS TOLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>             Plaintiff,<br><br>    vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. CIV 06-0735 LKK DAD<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM** |

I.   **RETALIATION FOR PLAINTIFF'S EXERCISE OF HIS FIRST AMENDMENT RIGHTS UNDER 42 U.S.C § 1983**

**Question Number 1:**

Do you find unanimously by a preponderance of the evidence that one or more of the following defendants, David Paulson, Al Garza, or Brook Byerley, retaliated against Mr. Toler by seeking a temporary restraining order against him after Mr. Toler published an article critical of the District Attorney's Office's handling of the threats against his children?

    a.   David Paulson

        Yes   _____

        No    _____

    b.   Al Garza

        Yes   _____

        No    _____

    c.   Brook Byerley

        Yes   _____

        No    _____

If you answered yes to question 1(a), 1(b) or 1(c), please proceed to question 2.  If you answered no, please proceed to part II.

**Question Number 2:**

Do you find by a preponderance of the evidence that the retaliation by one or more of the defendants was intended to "chill" Mr. Toler's First Amendment right to freedom of speech?

                                      Yes   _____

                                      No    _____

Whether you answered yes or no answer to question 2, please proceed to Part II.

Signed: _____
               Presiding Juror

Dated: _____

## II. CONSPIRACY TO RETALIATE AGAINST PLAINTIFF FOR THE EXERCISE OF HIS FIRST AMENDMENT RIGHTS UNDER 42 U.S.C. §1983

**Question Number 1:**

Do you find unanimously by a preponderance of the evidence that either defendant David Paulson, Al Garza, or Brook Byerley conspired with any other defendant, either by agreement or concerted action, to retaliate against Mr. Toler by seeking a temporary restraining order against him after Mr. Toler published an article critical of the District Attorney's Office's handling of the threats against his children?

    a. David Paulson

        Yes _____

        No  _____

    b. Al Garza

        Yes _____

        No  _____

    c. Brook Byerley

        Yes _____

        No  _____

If your answer to question II(1)(a), (b), or (c) is yes please proceed to question 2. If you answered no, stop here, answer no further questions in this section, have the jury foreperson sign and date this form, and proceed to part III only if you answered yes to part I, question 2.

**Question Number 2:**

Do you find by a preponderance of the evidence that the object of the conspiracy was to "chill" Mr. Toler's First Amendment right to freedom of speech?

If you answered no, stop here, answer no further questions in this section, have the jury foreperson sign and date this form, and complete Part III only if you answered yes to part I, question 2.. If your answer to question number 2 is yes, please identify below the defendants who participated in the conspiracy to retaliate against Mr. Toler.

David Paulson    _____

Al Garza         _____

Brook Byerley    _____

Please proceed to section III: DAMAGES

Signed: _____
             Presiding Juror

Dated: _____

**III.    DAMAGES**

**Question Number 1:**

What do you find to be the total amount of damages caused by defendants' retaliation and/or conspiracy against Mr. Toler for the exercise of his First Amendment rights?

         (a) compensatory $_____

         (b) nominal $ 1

**Question Number 2:**

What do you find to be the total amount of economic damages caused by one or more of the defendants?

         (a)  legal fees $_____

         (b) lost business $_____

Please add parts (a), (b), and (c):

         Total Damages $_____

PLEASE SIGN AND DATE THE VERDICT FORM.  AFTER YOU HAVE COMPLETED AND SIGNED ALL VERDICT FORMS AS INSTRUCTED, PLEASE INFORM THE MARSHAL.

Signed: _____
    Presiding Juror

Dated:  _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**PLAINTIFF'S PROPOSED VERDICT FORM**
**Case No. CIV 06-0735 LKK DAD**