UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL THOMAS TOLER,

        Plaintiff,

   v.

DAVID PAULSON; COUNTY OF SOLANO; AL GARZA; and BROOK BYERLEY,

        Defendants.

                                  /

NO. CIV. S-06-735 LKK/DAD

O R D E R

    This is a civil rights action currently set for trial on May 12, 2009. On January 12, 2009, the court held a Pretrial Conference at which counsel for the parties were present and based on that conference and the parties' pretrial statements, the court issued a Tentative Pretrial Order on January 16, 2009. The Tentative Pretrial Order provided that any objections thereto must be filed within fifteen days of the date of the order, with responses to be filed five days thereafter. At the Pretrial Conference, the court explained that this included any amendments the parties wished to make to anything offered in their pretrial statements. Defendants

1

submitted amendments or supplements to the Tentative Pretrial Order. See Doc. No. 73. The Final Pretrial Order was issued on February 19, 2009.

On April 20, 2009, each party filed amended exhibit and witness lists, each of which includes exhibits and witnesses that were not included in the Final Pretrial Order. The court admonished the parties at the Pretrial Conference that the Final Pretrial Order would only be amended in extraordinary circumstances. The Final Pretrial Order contains a similar admonition. Pretrial Order [Final], Feb. 19, 2009 at 17 ("The parties are reminded that pursuant to Federal Rule of Civil Procedure 16(e), this order shall control the subsequent course of this action and shall be modified only to prevent manifest injustice."). To the extent that the parties relied on language in both orders that provided for the filing of amended exhibit and witness lists sixty days after the issuance of "this order," that deadline expressly referred to the issuance of the Tentative Pretrial Order. See Pretrial Order [Tentative], Jan. 16, 2009 at 17, Section XXVI.

Accordingly, the parties' amended witness and exhibit lists are disregarded.

IT IS SO ORDERED.

DATED: April 29, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT