MATT GONZALEZ (SBN 188608)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone:  (415) 512-2000
Facsimile:  (415) 512-2001

Attorneys for Plaintiffs
JOEL THOMAS TOLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>                Plaintiff,<br><br>   vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. CIV 06-0735 LKK DAD<br><br>**DECLARATION OF JOEL THOMAS TOLER IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE**<br><br>Date:   August 11, 2009<br>Time:   10:00 a.m.<br>Dept:   4<br>Judge:  Honorable Lawrence K. Karlton |

1    I, JOEL THOMAS TOLER, declare and state as follows:

2    1.    I am the Plaintiff in this matter. I know the following of my own personal accord,

3    and, if called as a witness, I could and would competently testify as follows.

4    2.    I am the bookkeeper and record-keeper for Toler Bail Bonds, a sole

5    proprietorship.

6    3.    Attached as Exhibit A are "agent execution reports" from March to December

7    2005, which reflect the number of bonds issued by Toler Bail Bonds each month, as well as the

8    total monetary amount of bonds issued by month.

9    I declare under penalty of perjury, under the laws of the State of California, that the

10   foregoing is true and correct.  Executed on August 3, 2009 at San Francisco, California

11

12                              _/s/ Joel Thomas Toler_
                                JOEL THOMAS TOLER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**DECLARATION OF THOMAS TOLER**
**Case No. CIV-06-0735 LKK DAD**

# EXHIBIT A

# Agent Execution Report

## ɔtroobant
## Insurance
## Services, Inc.

Mailing Address: P.O. Box 1251 • Fulle   n, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 9:  :2
(714) 871-6082 • Fax (714) 879-26 :

AGENT NO. _____       AGENT N IE: TOLBR

REPORT NO. _____   REPORT DATE  12/  /    .RATE _____   PAGE: __ OF __

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION RATE x PENAL BOND COST | B.U.F. |
|---|---|---|---|---|---|---|
| EB 004246 | 12/26/05 | | 5999 | 2,599ᵒᵒ | 338 | 2599⁹⁹ |
| BB 28471 | 12/30/05 | | 500 | 250 | 33 | 25 |
| CC 01632b | 12/31/05 | | 500 | 2500 | 325 | 250 |
| BB 26150 | 12/31/05 | | 1,00 | 1,200 | 1.30 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | 31764 | 381764 | 496.⁸⁰ |
| **SUB-TOTAL THIS PAGE** | | | | | | |
| ADD: Per Bond Fee (if applicable) | BOND FEE (EACH) | $5.00 | X NO. OF BOND(S) ABOVE 21 | = 105ᵒᵒ | | 3817.⁸¹ |
| | | GRAND TOTAL (FINAL PAGE) | | 5068 | | |

B.U.F. AMOUNT PAID: _____       BOND COST PAID: payed online 01/0

# Stroobant Insurance Services, Inc.

**Agent Execution Report**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____   AGENT NAME: _TOLER_

REPORT NO. _____   REPORT DATE _Nov_   B.C. RATE _____   PAGE: _1_ OF ____

_.13_

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION (RATE x PENAL = BOND COST) | B.U.F. |
|---|---|---|---|---|---|---|
| BB 24024 | 10/29/05 | | 5,000 | 550 | 65 | 50 |
| BB 18305 | 11/6/05 | | 10,000 | 1,000 | 130 | 100 |
| BB 18306 | VC | | | | | |
| ZZ 002532 | 10/29/05 | | 14,000 | 5000 | 650 | 500 |
| BB 18402 | 11/13/05 | | 10,000 | 1,000 | 130 | 100 |
| BB 18302 | 11/13/05 | | 10,000 | 1,000 | 130 | 100 |
| BB 18303 | 11/13/05 | | 5,000 | 500 | 65 | 50 |
| BB 18304 | 11/13/05 | | 10,000 | 1,000 | 130 | 100 |
| DD06393 | 11/22/05 | | 5,000 | 500 | 65 | 50 |
| DC 10883 | 11/22/05 | | 10,000 | 1000 | 130 | 100 |
| DD06394 | 12 | | 7,000 200 | 200 | 91 | 70 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | ✱ rewrite for # 2005 EE 1109 90,000 | | | | |
| | | | | | | |
| SUB-TOTAL THIS PAGE | | | 107,00 | 10,700 | | |
| ADD: Per Bond Fee (if applicable) | | BOND FEE (EACH) $5.00 X NO. OF BOND(S) ABOVE 8 = | 40. | | | |
| GRAND TOTAL (FINAL PAGE) | | | 1431 | 1070. | | |

B.U.F. AMOUNT PAID: _____          BOND COST PAID: _____

TLR 0146

# Agent Execution Report

**Aroobant**
**Insurance**
**Services**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____     AGENT NAME: __TOER__

REPORT NO. _____   REPORT DATE _OCT._   B.C. RATE _____   PAGE: _1_ OF _____

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION (RATE x PENAL = BOND COST) | B.U.F. | |
|---|---|---|---|---|---|---|---|
| CC 12396 | 10/7/05 | | 30,000 | 1500 300 | * 195 | 300 | G |
| BB 18486 | 10/3/05 | | 5,000 | 500 | X 65 | 50 | G |
| BB 24027 | 9/26/05 | | 10,000 | 1,000 | 130 | 100 | pd |
| BB 18485 | 10/4/05 | | 10,000 | 1,000 | 130 | 100 | G |
| BB 24026 | 10/6/05 | | 10,000 | 1,000 | 130 | 100 | pc |
| BB 18484 | VOID | | | | | | |
| CC 12394 | 10/8/05 | | 25,000 | 2500 | 325 | 250 | G |
| BB 24025 | 10/14/05 | | 7,575 | 757 50 | 98 48 | 75 75 | A |
| CC 10763 | 10/15/05 | | 20,000 | 2,000 | 260 | 200 | G |
| CC 10762 | 10/22/05 | | 30,000 | 3,000 | 390 | 300 | G |
| CC 12395 | 10/23/05 | | 15,000 | 1,500 | 195 | 150 | G |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| * Bond CC 12396 was a | | | 15,000 rewrite. | | | | |
| | | | | 1475 50 | | | |
| SUB-TOTAL THIS PAGE | | | 162,575 | 16,257 50 | 1918.48 | | |
| ADD: Per Bond Fee (if applicable) | BOND FEE (EACH) $5.00 X | NO. OF BOND(S) ABOVE 10 | = 50 | | | | |
| GRAND TOTAL (FINAL PAGE) | | | 16,257 | 1968 48 | 1475 50 | | |

B.U.F. AMOUNT PAID: _____     BOND COST PAID: _____

TLR 0147

# Stroobant Insurance Services, Inc.

**Agent Execution Report**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____   AGENT NAME: _Joel T. Toler_

REPORT NO. _____   REPORT DATE _Sept_   B.C. RATE ___13___   PAGE: _1_ OF _____

| | | | | | | |
|---|---|---|---|---|---|---|
| BB 12446 | 9/4/05 | | 2,500 | 250 | 33 | 25 |
| BB 18268 | 9/3/05 | | 10,000 | 1,000 | 130 | 100 |
| DD 05524 | 9/6/05 | | 30,000 | 3,000 | 390 | 300 |
| CC 09075 | 9/6/05 | | 20,000 | 2,000 | 260 | 200 |
| DD 05525 | 9/6/05 | | 55,000 | 5,500 | 715 | 550 |
| CC 09078 | 9/6/05 | | 20,000 | 2,000 | 260 | 200 |
| EE 1083 | 9/7/05 | | 30,430 | 3,043 | 3,955 | 304.30 |
| CC 09074 | 9/8/05 | | 13,333 | 1,333.30 | 173 | 133.30 |
| BB 18407 | 9/9/05 | | 5,000 | 500 | 65 | 50 |
| CC 09076 | 9/9/05 | | 25,000 | 2,500 | 325 | 250 |
| EE 1109 | 9/11/05 | | 90,000 | 9,000 | 1170 | 900 |
| CC 09077 | 9/17 | | 30,000 | 3,000 | 390 | 300 |
| EE 3300 | 9/21 | | 100,000 | 10,000 | 1,300 | 1000 |
| CC 10764 | 9/18/05 | | 25,000 | 2,500 | 325 | 250 |
| BB 24023 | 9/21/05 | | 3000 | 300 | 39 | 30 |
| CC 10761 | 9/20/05 | | 20,000 | 2,000 | 260 | 2,000 |
| CC 12313 | 9/25/05 | | 15,000 | 1,500 | 195 | 150 |
| | | | | | 6426 | |
| | | | $5.00 | 86 = | | 7793 |
| | | | | | 1051 | |

B.U.F. AMOUNT PAID: _____    BOND COST PAID: _____

TLR 0148

# Agent Execution Report

**Jobant**
**Insurance**
**Services, Inc.**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____  AGENT NAME: _Joel T. Toler_

REPORT NO. _____  REPORT DATE _Aug_  B.C. RATE _13_  PAGE: _1_ OF _1_
(.13)

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION | DEPOSIT |
|---|---|---|---|---|---|---|
| BB 18282 | 8/11/05 | | 5,000 | 500 | 65 | 50 |
| EE 2938 | 8/11/05 | | 80,000 | 8,000 | 1040 | 800 |
| DD 05523 | 8/10/05 | | 25,000 | 2500 | 325 | 250 |
| BB 18307 | 08/13/05 | | 10,000 | 1,000 | 130 | 100 |
| BB 18308 | 08/12/05 | | 500 | 50 | 6.50 | 5 |
| BB 18334 | VOI | | | | | |
| BB 18533 | VO | | | | | |
| DD 05522 | 08/16/05 | | 35,000 | 3,500 | 455 | 350 |
| CC 09080 | 8/20/05 | | 30,000 | 3,000 | 390 | 300 |
| DD 06095 | 08/22/05 | | 40,000 | 4,000 | 520 | 400 |
| CC 09071 | 8/26/05 | | 30,000 | 3,000 | 390 | 300 |
| EE 3268 | 8/23/05 | | 25,000 | 2,500 | 325 | 250 |
| CC 09072 | 8/28/05 | | 18,333 | 1,830 | 238 | 1,83 |
| DD 05526 | 8-27 | | 55,000 | 5500 | 715 | 5500 |
| EE 3269 | 8-30 | | 100,000 | 10,000 | 1300 | 1800 |
| CC 09073 | 8-31 | | 20,000 | 2,000 | 260 | 200 |
| **SUBTOTAL THIS PAGE** | | | 473,833 | 47,380 | 6159⁵⁰ | 4738 |
| ADD: Fed Bond Fee/Tape Fee | | | $5.00 X | 14 | = 70 | |
| **GRAND TOTAL THIS PAGE** | | | | | 6229⁵⁰ | |

B.U.F. AMOUNT PAID: _____

BOND COST PAID 6229⁵⁰  ✓2200

TLR 0149

# Agent Execution Report

## roobant
## Insurance
## Services, Inc.

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____  AGENT NAME: _____ Tom Toler

REPORT NO. _____  REPORT DATE _____  C.C. RATE _____  PAGE: __ OF __

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION RATE x PENAL=BOND COST | B.U.F. |
|---|---|---|---|---|---|---|
| ZZ 002334 | 7/12 | | 250,000 | 25,000 | 3250 | 2,500 |
| 2005-DB-18281 | 7/26/05 | | 10,000 | 1,000 | 130 | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB-TOTAL THIS PAGE | | | | | | |
| ADD: Per Bond Fee (if applicable) | | | BOND FEE (EACH) $5.00  X  NO. OF BOND(S) ABOVE  2  = | | | |
| | | GRAND TOTAL (FINAL PAGE) | | | 3390 | 2600 |

B.U.F. AMOUNT PAID: _____        BOND COST PAID: _____

# Stroobant Insurance Services, Inc.

**Agent Execution Report**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____  AGENT NAME: Joel Thomas Tale

REPORT NO. _____  REPORT DATE _____  B.C. RATE _____  PAGE: 1 OF 2

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION RATE x PENAL÷BOND COST | B.U.F. |
|---|---|---|---|---|---|---|
| 2005 DD 0256 | 7/2/05 | | 35,000 | 350 | | 350 |
| 2005-BB-3594 | 6/24/05 | | ca 10,000 | 1,000 | Send ✓ | |
| 2005-EE-1082 | 7/8/05 | | 100,000 | 10,000 | 1,300 | 1,000 |
| 2005 EE 1092 | 7/6/05 | | 40,000 | 4,000 | | 400 |
| 2005-CC-0909 | 7/6/05 | | 15,000 | 1,500 | | 150 |
| BB 15299 | | | | | | |
| BB 15297 | 7/10 | | a 5,000 | 500 | | 50 |
| BB 15319 | 7/10 | | 10,000 | 1,000 | | 100 |
| BB 15318 | 7/10 | | 10,000 | 1,000 | | 100 |
| BB 15296 | 7/10 | | 2,000 | 200 | | 20 |
| | | | | | | |
| | | | | | | |
| | | | 217/5 | | | |
| | | | 40 Bnd Cost | | | |
| | | | 3176 buf | | | |
| | | | 2521 | ca | | |
| SUB-TOTAL THIS PAGE | | | | | 2521 | |
| ADD: Per Bond Fee (if applicable) | | BOND FEE (EACH) $5.00 | X  NO. OF BOND(S) ABOVE 8 | = 40 | 2170 | |
| | | GRAND TOTAL (FINAL PAGE) | | | 2861 | |

B.U.F. AMOUNT PAID: _____    BOND COST PAID: _____

TLR 0151

**...obant Insurance Services, Inc.**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

# Agent Execution Report

AGENT NO. _____   AGENT NAME: _Joel T Toler_

REPORT NO. _____   REPORT DATE _June_   B.C. RATE _13_   PAGE: _1_ OF _____

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION (RATE x PENAL=BOND COST) | B.U.F. |
|---|---|---|---|---|---|---|
| 2005-BB-13440 | | (1011) | | | | |
| DD 02557 | 6/2/05 | | 15,000 | 1,500 | 195 | 150 |
| BB 13442 | 5/31/05 | | 5000 | 500 | 65 | 50 |
| DD 1249 | 5/31/05 | | 20,000 | 2,000 | 260 | 200 |
| CC 03908 | 6/10/05 | | 20,000 | 2,000 | 260 | 200 |
| BB 05756 | 6/12/05 | | 10,000 | 1,000 | 130 | 100 |
| BB 13449 | 6/18/05 | | 10,000 | 1,000 | 130 | 100 |
| CC 02328 | 6/18/05 | | 15,000 | 1,500 | 195 | 150 |
| DD 01250 | 06/17/05 | | 20,000 | 2,000 | 260 | 200 |
| CC 02330 | 6/23/05 | | 25,000 | 2,500 | 325 | 250 |
| CC 08240 | 6/23/05 | | 20,000 | 2,000 | 260 | 200 |
| BB 13443 | | | | | | |
| BB 13444 | | | | | | |
| BB 13445 | | | | | | |
| DD 02555 | 6/24/05 | | 5000 | 500 | 65 | 50 |
| BB 13447 | | | | | | |
| EE 1084 | 6/26/05 | | 65,000 | 6,500 | 845 | 650 |
| SUB-TOTAL THIS PAGE | | | 2300 | 30000 | | |
| ADD: Per Bond Fee (if applicable) | | BOND FEE (EACH) $5.00 X NO. OF BOND(S) ABOVE 12 = 60 | | | | |
| GRAND TOTAL (FINAL PAGE) | | | 2300 | 3050 | | 2300 |

3.U.F. AMOUNT PAID: _____   BOND COST PAID: _____

274,533

# oobant
# Insurance
# Services, Inc.

**Agent Execution Report**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____   AGENT NAME: Joel T Toler

REPORT NO. _____   REPORT DATE _____   B.C. RATE .13   PAGE: 2 OF 2

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION RATE x PENAL=BOND COST | B. U. F. |
|---|---|---|---|---|---|---|
| 2005 13B 15298 | 6-25-05 | | 2500 | 250 | 33 | 25 |
| BB 15317 | 6-25-05 | | 2033 | 203 | 26 | 20 |
| 15320 | VO | | | | | |
| 15300 | 6-25-05 | | 10,000 | 1,000 | 130 | 100 |
| 15316 | 6-25-05 | | 10,000 | 1,000 | 130 | 100 |
| 2005-111-0246 | 6-25-05 | | 20,000 | 2,000 | 260 | 200 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB-TOTAL THIS PAGE | | | 44533 | 4453 | 579 | 445 |
| ADD: Per Bond Fee (if applicable) | BOND FEE (EACH) $5.00 X NO. OF BONDS ABOVE 25 = | | 25 | | | |
| GRAND TOTAL (FINAL PAGE) | | | 27453 | 604 | 445 | |

B.U.F. AMOUNT PAID: 2745.00

BOND COST PAID: 3654.00

# Agent Execution Report

**obant**
**nsurance**
**Services, Inc.**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____        AGENT NAME: Joel T. Toler

REPORT NO. _____   REPORT DATE _Monthly_   B.C. RATE _3%_   PAGE: 1 OF 2
_May_

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION RATE x PENAL=BOND COST | B.U.F. |
|---|---|---|---|---|---|---|
| 2005 CC 03804 | 5/3/05 | | 25,000 | 2,500 | | 250 |
| DD 01243 | 5/7/05 | | 15,000 | 1,500 | | 150 |
| BB 05090 | 5/7/05 | | 10,000 | 1,000 | | 100 |
| BB 05092 | | | | | | |
| CC 02325 | 5/18/05 | | 5,000 | 500 | | 50 |
| BB 05094 | 05/11/05 | | 10,000 | 1,000 | | 100 |
| BB 05093 | 05/11/05 | | 2,000 | 200 | | 20 |
| DD 01247 | 5/15/05 | | 40,000 | 4,000 | | 400 |
| 2005 DD 02341 | | | | | | |
| CC 02327 | 5/14/05 | | 10,000 | 1,000 | | 100 |
| DD 02556 | 5/24/05 | | 25,000 | 2,500 | | 250 |
| DD 02340 | 5/24/05 | | 20,000 | 2,000 | | 200 |
| CC 03909 | 5/23/05 | | 5,000 | 500 | | 50 |
| CC 03908 | 5/23/05 | | 10,000 | 1,000 | | 100 |
| CC 02326 | 5/18/05 | | 5,000 | 500 | | 50 |
| CC 03910 | 5/26/05 | | 1600 | 160 | | 16 |
| CC 03911 | 5/26/05 | | 10,000 | 1,000 | | 100 |
| SUB-TOTAL THIS PAGE | | | 193,600 | 19,360 | 25,016 | 1,936 |
| ADD: Per Bond Fee (if applicable) | | BOND FEE (EACH) $5.00 X NO. OF BOND(S) ABOVE 15 = 25,243 | | | | |
| GRAND TOTAL (FINAL PAGE) | | | | | | |

B.U.F. AMOUNT PAID: _____        BOND COST PAID: _____

# Agent Execution Report

**...oobant insurance Services, inc.**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____    AGENT NAME: Joel T. Toler

REPORT NO. _____ REPORT DATE May    B.C. RATE _____ PAGE: 2 OF ____

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION RATE x PENAL = BOND COST | B.U.F. |
|---|---|---|---|---|---|---|
| CC 03912 | 5/26/05 | | 25,000 | 2,500 | | 250 |
| DD 02559 | 5/26/05 | | 25,000 | 2,500 | | 250 |
| BB 05759 | 5/26/05 | | 10,000 | 1,000 | | 100 |
| DD 02558 | 5/26/05 | | 13,333 | 1,330 | | 133 |
| BB 05156 | 5/31/05 | | 10,000 | 1,000 | | 100 |
| BB 05155 | 5/28/05 | | 10,000 | 1,000 | | 100 |
| BB 05157 | | VOID | | | | |
| CC 02329 | | VOID | | | | |
| BB 13441 | 5/30/05 | | 7500 | 750 | | 75 |
| BB 05160 | 5/27/05 | | 10,000 | 1,000 | | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB-TOTAL THIS PAGE | | | 11,633 | | | 1,106 |
| ADD: Per Bond Fee (if applicable) | | BOND FEE (EACH) $5.00 X | NO. OF BOND(S) ABOVE | 10 = | | +30.44 |
| | GRAND TOTAL (FINAL PAGE) | | 1,15 | | | 3084 |

B.U.F. AMOUNT PAID: _____    BOND COST PAID: _____

# Agent Execution Report

**Stroobant Insurance Services, Inc.**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NAME: Joel T. Toler

AGENT NO. _____

REPORT NO. _____    REPORT DATE April    B.C. RATE _____ (13)(378)    PAGE: 1 OF 2

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION (RATE x PENAL = BOND COST) | B.U.F. |
|---|---|---|---|---|---|---|
| 2005 DD 01240 | 4/2/05 | | 1,600 | 160 | 21 | 16.00 |
| BB 04450 | 4/1/05 | | 5,000 | 500 | 65.00 | 50 |
| BB 05096 | 4/12/05 | | 10,000 | 1,000 | 130 | 100 |
| BB 04452 | 4/13/05 | | 10,000 | 1,000 | 130 | 100 |
| CC-03800 | 4/15/05 | | 30,000 | 3,000 | 390 | 300 |
| DD-01245 | | VOID | | | | |
| DD-01450 | | VOID | | | | |
| BB 04451 | | VOID | | | | |
| BB 04444 | 4/23/05 | | 10,000 | 1,000 | 130 | 100 |
| CC 03702 | 4/24/05 | | 15,000 | 1,500 | 195 | 150 |
| CC-09794 | 4/23/05 | | 25,000 | 2,500 | 325 | 250 |
| BB-04454 | 4/20/05 | | 10,000 | 1,000 | 130 | PAID 100 |
| CC 03795 | | VOID | | | | |
| BB 04453 | | VOID | | | | |
| CC 03743 | | VOID | | | | |
| | | | 100,500 | 10,500 | 1,365.00 1,050.00 | 1,050.00 |
| ZZ 002066 | 4-23-05 | | 3,500 | 350 | 455 | 350.00 |
| DD 01237 | 4/17/05 | | 252,100 | 25,000 | 3336 | 2566.00 |

SUB-TOTAL THIS PAGE

| | | |
|---|---|---|
| ADD: Per Bond Fee (if applicable) | BOND FEE (EACH) $5.00 X NO. OF BOND(S) ABOVE [1] = 55 | |

GRAND TOTAL (FINAL PAGE)    25,20    90.5

B.U.F. AMOUNT PAID: _____    BOND COST PAID: _____

TLR 0156

# Agent Execution Report

**roobant
Insurance
Services, Inc.**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NAME: _Joel T. Toler_

AGENT NO. _____

REPORT NO. _____   REPORT DATE _____   B.C. RATE _____   PAGE: _1_ OF _2_

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION (RATE x PENAL=BOND COST) | B.U.F. |
|---|---|---|---|---|---|---|
| 2005CC 03797 | 04/29/05 | | 30,000 | 3,000 | 390ᵒᵒ | 300ᵒᵒ |
| CC 03908 | | VOID | | | | |
| EE 1090 | | VOID | | | | |
| BB 05097 | | VOID | | | | |
| CC-03901 | 4/26/05 | | 30,000 | 3,000 | 390ᵒᵒ ✓ | 300ᵒᵒ |
| EE 1089 | 4/26/05 | | 85,000 | 8,500 | 1,105 ✓ | 850ᵒᵒ |
| BB 05700 | 4-26-05 | | 5,000 | 500 | 65ᵒᵒ ✓ | 50ᵒᵒ |
| BB 05059 | 4/26/05 | | 5,000 | 500 | 65ᵒᵒ ✓ | 50ᵒᵒ |
| BB 05098 | 4/26/05 | | 5,000 | 500 | 65ᵒᵒ ✓ | 50ᵒᵒ |
| BB 05089 | 4-28-05 | | 5,000 | 500ᵒᵒ | 65ᵒᵒ Paid | 50ᵒᵒ |
| | | | | | | |
| | | | | | | |
| | | | | 417,000 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB-TOTAL THIS PAGE | | | 165,000 | 165,000 | 2,145 | 1,650 |

ADD: Per Bond Fee (if applicable)    BOND FEE (EACH) $5.00 X (NO. OF BOND(S) ABOVE) 7 = 35ᵒᵒ

GRAND-TOTAL (FINAL PAGE)

B.U.F. AMOUNT PAID: _____   BOND COST PAID: _____

TLR 015

# ~oobant Insurance Services, Inc.

**Agent Execution Report**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____    AGENT NAME: _Joel T. Toler_

REPORT NO. _____    REPORT DATE _3/05_    B.C. RATE _____    PAGE: _1_ OF _2_

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION RATE x PENAL=BOND COST | B.U.F. |
|---|---|---|---|---|---|---|
| 2005-BB-04445 | 3/1/05 | | 10,000 | 1,000 | 130°° | 100°° |
| 2005-CC-03796 | 2/27/05 | | 30,000 | 3,000 | 390°° | 300°° |
| 2005-BB-04446 | 3/5/05 | | 5,000°° | 500 | 65 | 50°° |
| 2005-BB-04447 | 3/8/05 | | 10,000 | 1,000 | 130°° | 100°° |
| CC-03798 | 3/6/05 | | 15,000 | 1,500 | 195°° | 150°° |
| CC-03799 | 3/6/05 | | 30,000 | 3,000 | 390°° | 300°° |
| 2005-EE-1010 | 3/11/05 | | 100,000 | 10,000 | | 1,000°° |
| DD-02501 | 3/12/05 | VOID | | | | |
| DD-02502 | 3/2/05 | | 50,000 | 5,000 | | 500°° |
| BB-04443 | 3/11/05 | | 10,000 | 1,000 | 130°° | 100°° |
| CC-02323 | 3/21/05 | | 30,000 | 3,000 | 390°° | 300°° |
| CC-02324 | 3/22/05 | | 10,000 | 1,000 | 130°° | 100°° |
| | | | 10,000 | 1,000 | 130°° | 100°° |
| BB-04455 | | VOID | | | | |
| DD-01244 | 3/25/05 | | 50,000 | 5,000 | 657°° | 500°° |
| DD-01238 | 3/25/05 | | 10,000 | 1,000 | 130°° | 100°° |
| DD-01239 | 3/25/05 | | 10,000 | 1,000 | 130°° | 100°° |
| SUB-TOTAL THIS PAGE | | | 300,000 | 30,000 | 2,990 | 3,800 |

ADD: Per Bond Fee (if applicable)   BOND FEE (EACH) $5.00 X NO. OF BOND(S) ABOVE 15 = 75°°

GRAND TOTAL (FINAL PAGE)

B.U.F. AMOUNT PAID: _____

BOND COST PAID: _____

TLR 0158

# ...oobant
# insurance
# Services, Inc.

**Agent Execution Report**

Mailing Address: P.O. Box 1251 • Fullerton, CA 92832
825 N. Harbor Blvd. • Fullerton, CA 92832
(714) 871-6082 • Fax (714) 879-2670

AGENT NO. _____   AGENT NAME: _Joel T. Toler_

REPORT NO. _____   REPORT DATE _____   B.C. RATE _____   PAGE: _2_ OF _2_

X .13 = 10%

| BOND NO. | EXECUTION DATE | DEFENDANT | PENAL AMOUNT | PREMIUM AMOUNT | BOND COST CALCULATION RATE X PENAL=BOND COST | B.U.F. |
|---|---|---|---|---|---|---|
| BB-04449 | 3/24/05 | | 10,000 | 1,000 | 130⁰⁰ | 100⁰⁰ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SUB-TOTAL THIS PAGE | | | | | | |
| ADD: Per Bond Fee (if applicable) | | BOND FEE (EACH) $5.00 X | NO. OF BOND(S) ABOVE | = | | |
| | GRAND TOTAL (FINAL PAGE) | | | | | |

B.U.F. AMOUNT PAID: _____   BOND COST PAID: _____

TLR 0159

LAW OFFICES OF
DOUGLAS L. RAPPAPORT
260 CALIFORNIA STREET, SUITE 1002
SAN FRANCISCO, CA 94111
(415) 989-7900
FAX (415) 989-7950

January 16, 2009

**Via Facsimile Only**
(415) 512-2001

Attn: Matthew Springman
Gonzalez & Leigh LLP
2 Shaw Alley, Third Floor
San Francisco, CA

**Re: *Tom Toler- Case # FCR227937*
*Payment of Legal Fees***

Dear Mr. Springman,

At your request and with Mr. Toler's approval, please be advised that Mr. Toler has paid a total of thirty thousand dollars in legal fees for representation in the case of *People v. Toler*, Solano County Superior Court Case # FCR227937.

Very truly yours,

**DOUGLAS L. RAPPAPORT**

TLR 0160