1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  MATT SPRINGMAN (SBN 252508)
   GONZALEZ & LEIGH, LLP
3  Two Shaw Alley, 3rd Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-2000
   Facsimile: (415) 512-2001
5
   Attorneys for Plaintiff
6  JOEL THOMAS TOLER

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | JOEL THOMAS TOLER,                        | Case No. CIV 06-0735 LKK DAD
12 |                    Plaintiff,              | **PLAINTIFF'S STATEMENT DESIGNATING PORTIONS OF DEPOSITIONS HE INTENDS TO OFFER AT TRIAL**
13 |      vs.                                   |
14 | DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, |
15 |                                            | Date:       August 11, 2009
   |                                            | Time:       10:00
16 |                    Defendants.             | Courtroom:  4
   |                                            | Judge:      Hon. Lawrence K. Karlton
17

18

19

20

21

22

23

24

25

26

27

28

---

Plaintiff respectfully submits the following portions of deposition transcripts that he may offer at trial:

| DEPONENT | PORTIONS OF TRANSCRIPT |
|---|---|
| David Paulson (Deposition taken in connection with County of Solano v. Toler, Case No. FCS026197) | 4:16-5:12; 8:25-49:3; 50:7-68:25 |
| David Paulson (Deposition taken in connection with the present case) | 5:8-61:20; 62:2-78:19; 79:15-82:18; 83:15-105:22; 108:24-151:15 |
| Al Garza (Deposition taken in connection with County of Solano v. Toler, Case No. FCS026197) | 7:22-9:9; 10:6-71:20 |
| Linda Jones (Deposition taken in connection with County of Solano v. Toler, Case No. FCS026197) | 5:22-14:3 |
| William Godwin (Deposition taken in connection with County of Solano v. Toler, Case No. FCS026197) | 6:4-53:21 |
| Brook Byerley (Deposition taken in connection with County of Solano v. Toler, Case No. FCS026197) | 5:20-10:2; 16:24-90:16 |
| Marsha Johnson (Deposition taken in connection with County of Solano v. Toler, Case No. FCS026197) | 6:3-28:21 |
| William Warren Butler (Deposition taken in connection with County of Solano v. Toler, Case No. FCS026197) | 5:15-19:3 |

DATED: August 4, 2009　　　　　　　　　GONZALEZ & LEIGH, LLP


By: /s/ Matt Springman
MATT SPRINGMAN
Attorney for Plaintiff
JOEL THOMAS TOLER