1  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
2  MATT SPRINGMAN (SBN 252508)
   GONZALEZ & LEIGH, LLP
3  Two Shaw Alley, 3rd Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-2000
   Facsimile: (415) 512-2001
5
   Attorneys for Plaintiff
6  JOEL THOMAS TOLER

7

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11 JOEL THOMAS TOLER,                    Case No. CIV 06-0735 LKK DAD

12                    Plaintiff,         **PLAINTIFF'S STATEMENT
                                         DESIGNATING PORTIONS OF
13         vs.                           ANSWERS TO INTERROGATORIES
                                         AND REQUESTS FOR ADMISSIONS
14 DAVID PAULSON, COUNTY OF SOLANO,      HE INTENDS TO INTRODUCE AT
   AL GARZA, BROOK BYERLEY, and DOES 1   TRIAL**
15 through 10, inclusive,

16                    Defendants.        Date:       August 11, 2009
                                         Time:       10:00 a.m.
17                                       Courtroom:  4
                                         Judge:      Hon. Lawrence K. Karlton
18

19

20

21

22

23

24

25

26

27

28

Plaintiff respectfully submits the following responses to his requests for admissions and interrogatories which he intends to introduce at trial.  The responses are attached hereto as exhibits A-F.

## I.     Responses to Requests For Admission (Exhibits A-C in order)

| Responding Party | Response Numbers |
|---|---|
| David Paulson | 1, 2, 3 |
| Al Garza | 1,2,3,4 |
| Brook Byerley | 1,2,3 |

## II.     Responses to Interrogatories (Exhibits D-F in order)

| Responding Party | Response Numbers |
|---|---|
| David Paulson | 2 |
| Al Garza | 2, 3,4,5 |
| Brook Byerley | 2, 3,4,5 |

DATED:  August 4, 2009                    GONZALEZ & LEIGH, LLP


By: /s/ Matt Springman
      MATT SPRINGMAN
      Attorney for Plaintiff
      JOEL THOMAS TOLER

# EXHIBIT A

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOEL THOMAS TOLER,

    Plaintiff,

vs.

DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive

    Defendants.

_____/

Case No. CIV 06-0735 LKK DAD

**DEFENDANT DAVID PAULSON'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

**PROPOUNDING PARTY:**    Plaintiff JOEL TOLER

**RESPONDING PARTY:**    Defendant DAVID PAULSON

**SET NUMBER:**    ONE

    Defendant, DAVID PAULSON, hereby responds to Plaintiff's Request for Admissions, Set One, pursuant to Rule 36 of the Federal Rules of Civil Procedure, as follows:

### PRELIMINARY STATEMENT

    The following responses are based on discovery and investigation to date and do not preclude Defendant from any further discovery, independent investigation, legal research, or analysis respecting any subject matter covered by these interrogatories. These responses

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**DEFENDANT DAVID PAULSON'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

00601787.WPD

1  are based on information presently known to Defendant after reasonable investigation.

2  Further investigation or discovery may reveal additional information not included hereunder

3  and presently unavailable.  Accordingly, these responses are provided without prejudice to

4  the right of Defendant to produce additional and/or amended responses hereafter obtained

5  as a result of such investigation or discovery.

6  **REQUEST FOR ADMISSION NO. 1:**

7        Admit that are aware [sic] of the paid article published by Plaintiff Tom Toler in the

8  Daily Republic, Vacaville Reporter, and Vallejo Herald on April 12, 2005 (TLR 0013) that

9  was critical of the District Attorney David Paul Anderson and the Office of the Solano

10  County District Attorney.

11  **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

12        Objection.  Vague and ambiguous and argumentative, particularly to the phrase

13  "aware of the paid article" and calls for speculation and/or is vague and overbroad and fails

14  to include any time frame and/or is unintelligible as written, as well as compound insofar as

15  it seeks an admission that Defendant was aware that the article was published in three

16  newspapers, Daily Republic, Vacaville Reporter and Vallejo Herald on April 12, 2005.  The

17  defects in this request preclude Defendant from responding.  Insofar as a response is required

18  Defendant responds as follows: Deny.

19  **REQUEST FOR ADMISSION NO. 2:**

20        Admit that were aware [sic] of the paid article published by Plaintiff Tom Toler

21  referred to in the above request *before* Solano County filed a Petition for Injunction Against

22  Workplace Violence and Application for Temporary Restraining Order against Plaintiff on

23  June 15, 2005.

24  ///

25  ///

26  ///

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2

00601787.WPD

**DEFENDANT DAVID PAULSON'S RESPONSES TO PLAINTIFF'S REQUEST
FOR ADMISSIONS, SET ONE**

1 | **RESPONSE TO REQUEST FOR ADMISSION NO. 2**

2      Objection. Vague, ambiguous and argumentative, particularly to the phrase "aware

3 of the paid article." Calls for speculation particularly as to "the paid article" particularly in

4 light of Plaintiff's Request for Admission No. 1 referencing three different newspapers. The

5 defects in this request preclude Defendant from responding. Insofar as a response is required

6 Defendant responds as follows: Unable to admit or deny.

7 | **REQUEST FOR ADMISSION NO. 3**

8      Admit that you read, either all or part, of the paid article published by Plaintiff Tom

9 Toler (referred to Request No. 1 above) *before* Solano County filed a Petition for Injunction

10 Against Workplace Violence and Application for Temporary Restraining Order against

11 Plaintiff on June 15, 2005.

12 | **RESPONSE TO REQUEST FOR ADMISSION NO. 3**

13      Objection. Vague, ambiguous and argumentative, particularly to the phrase "aware

14 of the paid article." Calls for speculation particularly as to "the paid article" particularly in

15 light of Plaintiff's Request for Admission No. 1 referencing three different newspapers. The

16 defects in this request preclude Defendant from responding. Insofar as a response is required

17 Defendant responds as follows: Deny.

18

19 | Dated:  August 28, 2008                    PORTER SCOTT
20                                             A PROFESSIONAL CORPORATION

21

22                                             By _____
                                                  Terence J. Cassidy
23                                                John R. Whitefleet
                                                  Attorney for Defendants

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com
00601787.WPD

**DEFENDANT DAVID PAULSON'S RESPONSES TO PLAINTIFF'S REQUEST
FOR ADMISSIONS, SET ONE**

**Case Name:** <u>Toler, Joel Thomas v. David Paulson, et al,</u>
**Case No.:** USDC EDCA CIV 06-0735 LKK DAD

---

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**DEFENDANT DAVID PAULSON'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

<u>XXX</u>          **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____          **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____          **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____          **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN VERESCHAGIN (SBN 188608)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct and was executed on August 29, 2008, in Sacramento, California.

Ramina Nurullina

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00601787.WPD

**DEFENDANT DAVID PAULSON'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

EXHIBIT B

GONZALEZ & LEIGH LLP

OCT 3 1 2008

RECEIVED

1  **P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
3  350 University Ave., Suite 200
Sacramento, California 95825
4  TEL: 916.929.1481
FAX: 916.927.3706
5
Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and
6  BROOK BYERLY

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11
JOEL THOMAS TOLER,                         Case No. CIV 06-0735 LKK DAD
12
        Plaintiff,
13                                         **DEFENDANT AL GARZA'S**
vs.                                        **RESPONSES TO PLAINTIFF'S**
14                                         **REQUEST FOR ADMISSIONS, SET**
DAVID  PAULSON,  COUNTY  OF                **ONE**
15  SOLANO,  AL  GARZA,  BROOK
BYERLY,  and  DOES  1  through  10,
16  inclusive

17        Defendants.

18  _____/

19  **PROPOUNDING PARTY:**      Plaintiff JOEL TOLER

20  **RESPONDING PARTY:**       Defendant AL GARZA

21  **SET NUMBER:**             ONE

22        Defendant, AL GARZA, hereby responds to Plaintiff's Request for Admissions, Set

23  One, pursuant to Rule 36 of the Federal Rules of Civil Procedure, as follows:

24                    **PRELIMINARY STATEMENT**

25        The following responses are based on discovery and investigation to date and do not

26  preclude Defendant from any further discovery, independent investigation, legal research,

27  or analysis respecting any subject matter covered by these interrogatories. These responses

28  are based on information presently known to Defendant after reasonable investigation.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

1

DEFENDANT AL GARZA'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS,

1   Further investigation or discovery may reveal additional information not included hereunder
2   and presently unavailable.  Accordingly, these responses are provided without prejudice to
3   the right of Defendant to produce additional and/or amended responses hereafter obtained
4   as a result of such investigation or discovery.

5   **REQUEST FOR ADMISSION NO. 1:**

6       Admit that are (sic) aware of the paid article published by Plaintiff Tom Toler in the
7   Daily Republic, Vacaville Reporter, and Vallejo Herald on April 12, 2005 (TLR 0013) that
8   was critical of YOU and the Office of the Solano County District Attorney.

9   **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

10      Admit as to the Daily Republic.

11  **REQUEST FOR ADMISSION NO. 2:**

12      Admit that were (sic) aware of the paid article published by Plaintiff Tom Toler
13  referred
14  to in the above request *before* Solano County filed a Petition for Injunction Against
15  Workplace Violence and Application for Temporary Restraining Order against Plaintiff on
16  June 15, 2005

17  **RESPONSE TO REQUEST FOR ADMISSION NO. 2**

18      Admit.

19  **REQUEST FOR ADMISSION NO. 3**

20      Admit that you read, either all or part, of the paid article published by Plaintiff Tom
21  Toler (referred to Request No. 1 above) *before* Solano County filed a Petition for Injunction
22  Against Workplace Violence and Application for Temporary Restraining Order against
23  Plaintiff on June 15, 2005.

24  **RESPONSE TO REQUEST FOR ADMISSION NO. 3**

25      Admit.

26  **REQUEST FOR ADMISSION NO. 4**

27      Admit that you are not an expert in workplace violence.

28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

00601784.WPD

**DEFENDANT AL GARZA'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

1    **RESPONSE TO REQUEST FOR ADMISSION NO. 4**

2          Admit.

3    Dated:  October 30, 2008                    PORTER SCOTT
                                                 A PROFESSIONAL CORPORATION
4

5                                                By _____
6                                                     Terence J. Cassidy
                                                      John R. Whitefleet
7                                                     Attorney for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916 929 1481
FAX: 916 927 3706
www.porterscott.com

**DEFENDANT AL GARZA'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS,**
**SET ONE**

00601784.WPD

1  **Case Name:** <u>Toler, Joel Thomas v. David Paulson, et al,</u>
   **Case No.:**   **USDC EDCA CIV 06-0735 LKK DAD**

2

3  ## <u>DECLARATION OF SERVICE</u>

4       I am a citizen of the United States and employed in Sacramento County, California;
   I am over the age of 18 years and not a party to the within action; my business address is 350
5  University Avenue, Suite 200, Sacramento, California 95825.

6       On the date below I served the attached:

7  **DEFENDANT DAVID PAULSON'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

8

9  <u>XXX</u>                    **BY MAIL:** I caused such envelope with postage thereon fully prepaid
                                 to be placed in the United States mail at Sacramento, California.
10

                                 **BY PERSONAL SERVICE:** I caused such document to be delivered
11 _____                         by hand to the office of the person(s) listed below.

12                               **BY OVERNIGHT DELIVERY:** I caused such document to be
   _____                         delivered by overnight delivery to the office of the person(s) listed
13                               below.

14                               **BY FACSIMILE:** I caused such document to be transmitted by
   _____                         facsimile machine to the office of the person(s) listed below.
15
   addressed as follows:
16

17 MATT GONZALEZ
   G. WHITNEY LEIGH
18 BRYAN VERESCHAGIN
   GONZALEZ & LEIGH LLP
19 Two Shaw Alley, Third Floor
   San Francisco, CA 94105
20

21
        I declare under penalty of perjury that the foregoing is true and correct and was
22 executed on October 30, 2008, in Sacramento, California.

23                                             _____
24                                                  Ramina Nurullina

25

26

27

28

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL 916.929.1481
FAX 916.927.3706
www.porterscott.com

**DEFENDANT AL GARZA'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS,**
00601784.WPD                              **SET ONE**

EXHIBIT C

GONZALEZ & LEIGH LLP

NOV _ 4 2008

**RECEIVED**

1 **P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
2 Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
3 350 University Ave., Suite 200
Sacramento, California 95825
4 TEL: 916.929.1481
FAX: 916.927.3706
5
Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and
6 BROOK BYERLEY

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11
JOEL THOMAS TOLER,                      Case No. CIV 06-0735 LKK DAD
12
        Plaintiff,
13                                       **DEFENDANT   BROOK   BYERLEY'S**
vs.                                      **RESPONSES   TO   PLAINTIFF'S**
14                                       **REQUEST FOR ADMISSIONS, SET**
DAVID  PAULSON,  COUNTY  OF             **ONE**
15 SOLANO,  AL  GARZA,  BROOK
BYERLY,  and  DOES  1  through  10,
16 inclusive

17      Defendants.

18 _____/

19 **PROPOUNDING PARTY:**      Plaintiff JOEL TOLER

20 **RESPONDING PARTY:**       Defendant BROOK BYERLEY

21 **SET NUMBER:**             ONE

22      Defendant, BROOK BYERLEY, hereby responds to Plaintiff's Request for

23 Admissions, Set One, pursuant to Rule 36 of the Federal Rules of Civil Procedure, as

24 follows:

25                      **PRELIMINARY STATEMENT**

26      The following responses are based on discovery and investigation to date and do not

27 preclude Defendant from any further discovery, independent investigation, legal research,

28 or analysis respecting any subject matter covered by these interrogatories.  These responses

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**DEFENDANT BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S REQUEST FOR**
00601577.WPD                    **ADMISSIONS, SET ONE**

1   are based on information presently known to Defendant after reasonable investigation.

2   Further investigation or discovery may reveal additional information not included hereunder

3   and presently unavailable.  Accordingly, these responses are provided without prejudice to

4   the right of Defendant to produce additional and/or amended responses hereafter obtained

5   as a result of such investigation or discovery.

6   **REQUEST FOR ADMISSION NO. 1:**

7   Admit that are aware [sic] of the paid article published by Plaintiff Tom Toler in the

8   Daily Republic, Vacaville Reporter, and Vallejo Herald on April 12, 2005 (TLR 0013) that

9   was critical of District Attorney David Paulson and the Office of the Solano County District

10  Attorney.

11  **RESPONSE TO REQUEST FOR ADMISSION NO.1:**

12  Admit to seeing a paid advertisement in the Daily Republic.  Responding to the

13  remainder, defendant is unable to admit or deny.

14  **REQUEST FOR ADMISSION NO. 2:**

15  Admit that were aware of the paid article published by Plaintiff Tom Toler referred

16  to in the above request *before* Solano County filed a Petition for Injunction Against

17  Workplace Violence and Application for Temporary Restraining Order against Plaintiff on

18  June 15, 2005

19  **RESPONSE TO REQUEST FOR ADMISSION NO. 2**

20  Defendant admits seeing a paid advertisement in the Daily Republic before June 15,

21  2005.

22  **REQUEST FOR ADMISSION NO. 3**

23  Admit that you read, either all or part, of the paid article published by Plaintiff Tom

24  Toler (referred to Request No. 1 above) *before* Solano County filed a Petition for Injunction

25  Against Workplace Violence and Application for Temporary Restraining Order against

26  Plaintiff on June 15, 2005.

27  ///

28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

**DEFENDANT BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

00601577.WPD

1   **RESPONSE TO REQUEST FOR ADMISSION NO. 3**

2       Defendant admits reading in part a paid advertisement in the Daily Republic before

3   June 15, 2005.

4

5   Dated: October 29, 2008          PORTER SCOTT

6                       A PROFESSIONAL CORPORATION

7

8              By _____

8                    Terence J. Cassidy

9                    John R. Whitefleet

9                    Attorney for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**DEFENDANT BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

00601577.WPD

1  **Case Name:** **Toler, Joel Thomas v. David Paulson, et al,**
   **Case No.:**   **USDC EDCA CIV 06-0735 LKK DAD**

2

3                        **DECLARATION OF SERVICE**

4       I am a citizen of the United States and employed in Sacramento County, California;
   I am over the age of 18 years and not a party to the within action; my business address is 350
5  University Avenue, Suite 200, Sacramento, California 95825.

6       On the date below I served the attached:

7  **DEFENDANT BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S REQUEST**
   **FOR ADMISSIONS, SET ONE**

8

9  <u>XXX</u>           **BY MAIL:** I caused such envelope with postage thereon fully prepaid
                    to be placed in the United States mail at Sacramento, California.
10
                  **BY PERSONAL SERVICE:** I caused such document to be delivered
11                by hand to the office of the person(s) listed below.

12  _____         **BY OVERNIGHT DELIVERY:** I caused such document to be
                  delivered by overnight delivery to the office of the person(s) listed
13                below.

14  _____         **BY FACSIMILE:** I caused such document to be transmitted by
                  facsimile machine to the office of the person(s) listed below.
15
   addressed as follows:
16

17  MATT GONZALEZ (SBN 153486)
   G. WHITNEY LEIGH (SBN 153457)
18  BRYAN VERESCHAGIN (SBN 188608)
   GONZALEZ & LEIGH LLP
19  Two Shaw Alley, Third Floor
   San Francisco, CA 94105
20

21
        I declare under penalty of perjury that the foregoing is true and correct and was
22  executed on October 29, 2008, in Sacramento, California.

23

24                                          Ramina Nurullina

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916 929 1481
FAX: 916 927 3706
www.porterscott.com

4

DEFENDANT BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S REQUEST FOR
00601577.WPD                    ADMISSIONS, SET ONE

# EXHIBIT D

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. CIV 06-0735 LKK DAD<br><br>**DAVID PAULSON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE** |

_____/

**PROPOUNDING PARTY:**     Plaintiff JOEL TOLER

**RESPONDING PARTY:**      Defendant DAVID PAULSON

**SET NUMBER:**            ONE

The following responses are based on discovery, analysis, and investigation to date and do not preclude Defendant from any further discovery, independent investigation, legal research, or analysis respecting any subject matter covered by these interrogatories. These responses are based on information presently known to Defendant after reasonable investigation. Further investigation or discovery may reveal additional information not included hereunder and presently unavailable. Accordingly, these responses are provided without prejudice to the right of defendant to produce additional and/or amended responses

00604915.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1    hereafter obtained as a result of such investigation or discovery.

2    **INTERROGATORY NO. 1:**

3        (1)    IDENTIFY the name of YOUR present employer, the date you were hired, and

4    current job title, as well as:

5            (a)    the name of each employer;

6            (b)    dates of employment

7            (c)    job title

8            (d)    nature of the work, including ALL duties and responsibilities,

9            (e)    any disciplinary action taken against YOU by each employer,

10           (f)    any complaints filed against YOU, including but not limited to citizen

11               complaints, and the nature of each complaint, and

12           (g)    any promotions YOU may have received from each employer

13       For each job YOU have held in the last 15 years.

14   **RESPONSE TO INTERROGATORY NO. 1:**

15       Objection. Unintelligible, overbroad, irrelevant and not reasonably calculated to lead

16   to the discovery of admissible evidence and contains improper indiscrete subparts in violation

17   of Federal Rules of Civil Procedure, Rule 33. Without waiver of said objections Defendant

18   responds as follows: the County of Solano as a district attorney, first elected in 1993 to

19   present. Duties include, prosecuting crimes on behalf of the State of California.

20   **INTERROGATORY NO. 2**

21       (1)    IDENTIFY ALL instances in YOUR response to Interrogatory No. 1 where

22   YOU and Al Garza were employed concurrently by the same employer, and ALL instances

23   so IDENTIFIED.,

24           (a)    Whether YOU served, either directly or indirectly, as Mr. Garza's

25               supervisor,

26           (b)    Whether YOU were responsible either exclusively or in conjunction

27               with others, for Mr. Garza's hiring,

28           (c)    Whether YOU were responsible, either exclusively or in

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2

**DAVID PAULSON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

00604915.WPD

1   conjunction with others, for promoting Mr. Garza to a superior

2   position.

3   (d)   Whether YOU were responsible, either exclusively or in conjunction

4   with others, for granting Mr. Garza a higher salary or wage.

5   **RESPONSE TO INTERROGATORY NO. 2:**

6   Objection. Calls for speculation as to when Defendant Garza was employed at Solano

7   County. Compound and/or vague and ambiguous particularly to the phrases "either directly

8   or indirectly," "either exclusively or in conjunction with other." Irrelevant and not

9   reasonably calculated to the discovery of admissible evidence. Without waiver of said

10  objections, Defendant responds as follows: Yes, I generally supervise personnel, and was

11  ultimately responsible for promoting Mr. Garza to Chief Investigator.

12  **INTERROGATORY NO. 3:**

13  State ALL facts which support your First Affirmative defense that "[t]he Complaint,

14  in its entirety and through each separately stated claim, fails to state facts sufficient to

15  constitute a viable claim upon which relief can be granted."

16  **RESPONSE TO INTERROGATORY NO. 3:**

17  Objection. Improper contention interrogatory, calls for legal and/or expert conclusion,

18  overbroad and seeks to invade the attorney-client and/or work-product privileges, and is

19  compound and not self contained insofar as would require responding to each and every

20  claim as stated in the complaint. The defects in this request preclude Defendant from

21  responding.

22  **INTERROGATORY NO. 4:**

23  State ALL facts which support your Second Affirmative Defense that "[p]laintiff's

24  claims, and each of them, are barred by the Eleventh Amendment doctrine."

25  **RESPONSE TO INTERROGATORY NO. 4:**

26  Objection. Improper contention interrogatory, calls for legal and/or expert conclusion,

27  overbroad and seeks to invade the attorney-client and/or work-product privileges, and is

28  compound and not self contained insofar as would require responding to each and every

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 300
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

**DAVID PAULSON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

00604915.WPD

1    claim as stated in the complaint. The defects in this request preclude Defendant from

2    responding.

3    **INTERROGATORY NO. 5:**

4        State ALL facts which support your Third Affirmative Defense that "[a]t all times

5    mentioned in the Second Amended Complaint, Defendants were acting in good faith and

6    entitled to the good faith qualified immunity."

7    **RESPONSE TO INTERROGATORY NO. 5:**

8        Objection. Calls for legal and/or expert conclusion and/or seeks to the invade the

9    attorney-client and/or work-product privileges. Defendant is entitled to assert qualified

10    immunity.

11    **INTERROGATORY NO. 6:**

12        State ALL facts which support your Fourth Affirmative Defense that "Plaintiff's

13    claims, and each of them, are barred by the doctrines of waiver and estoppel."

14    **RESPONSE TO INTERROGATORY NO. 6:**

15        Objection. Improper contention interrogatory, calls for legal and/or expert conclusion,

16    overbroad and seeks to invade the attorney-client and/or work-product privileges, and is

17    compound and not self contained insofar as would require responding to each and every

18    claim as stated in the complaint. The defects in this request preclude Defendant from

19    responding.

20    **INTERROGATORY NO. 7:**

21        State ALL facts which support your Fifth Affirmative Defense that "Plaintiff's claims,

22    and each of them, are barred by the doctrine of unclean hands."

23    **RESPONSE TO INTERROGATORY NO. 7:**

24        Objection. Improper contention interrogatory, calls for legal and/or expert conclusion,

25    overbroad and seeks to invade the attorney-client and/or work-product privileges, and is

26    compound and not self contained insofar as would require responding to each and every

27    claim as stated in the complaint. The defects in this request preclude Defendant from

28    responding.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4

DAVID PAULSON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604915.WPD

1  **INTERROGATORY NO. 8:**

2      State ALL facts which support your Sixth Affirmative Defense that "Plaintiff is barred

3  from recovery by his own willful and wanton conduct, all of which proximately caused any

4  damage claimed in this action."

5  **RESPONSE TO INTERROGATORY NO. 8:**

6      Objection. Overbroad, vague and ambiguous as it fails to refer to any particular claim

7  within the complaint, and/or is equally available to Plaintiff. The defects in this request

8  preclude Defendant from responding.

9  **INTERROGATORY NO. 9:**

10      State ALL facts which support your Seventh Affirmative Defense that "Plaintiff

11  expressly or impliedly consented to the conduct of Defendants in total and utter disregard for

12  the likelihood or probability that they might be injured thereby."

13  **RESPONSE TO INTERROGATORY NO. 9:**

14      Objection. Overbroad, vague and ambiguous as it fails to refer to any particular claim

15  within the complaint, and/or is equally available to Plaintiff. The defects in this request

16  preclude Defendant from responding.

17  **INTERROGATORY NO. 10:**

18      State ALL facts which support your Eighth Affirmative Defense that "Plaintiff failed

19  to exercise reasonable diligence so as to mitigate the damages, if any, alleged in the Second

20  Amended Complaint, and said conduct was the sole and proximate cause of said injuries."

21  **RESPONSE TO INTERROGATORY NO. 10:**

22      Objection. Overbroad, vague and ambiguous as it fails to refer to any particular claim

23  within the complaint, and/or is equally available to Plaintiff. The defects in this request

24  preclude Defendant from responding.

25  **INTERROGATORY NO. 11:**

26      State ALL facts which support your Ninth Affirmative Defense that "Plaintiffs' claims

27  for exemplary/punitive damages are barred by provisions of Government Code § 818."

28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE. SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

5

DAVID PAULSON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604915.WPD

1  **RESPONSE TO INTERROGATORY NO. 11:**

2      The County of Solano may not be subject to punitive damages for any state law claims

3  pursuant to Government Code section 818. The defects in this request preclude Defendant

4  from responding.

5  **INTERROGATORY NO. 12:**

6      State ALL facts RELATED TO, YOUR involvement, YOUR participation, or any

7  assistance YOU provided in the writing, issuance, or execution of the October 28, 2005

8  search warrant for 3645 Spurs Trail, Vallejo, California.

9  **RESPONSE TO INTERROGATORY NO. 12 :**

10      Objection. Compound, overbroad, particularly to "writing, issuance, or execution,"

11  irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

12  Without waiver of said objections, Defendant responds as follows: None.

13  **INTERROGATORY NO. 13:**

14      State ALL facts RELATED TO, YOUR involvement, YOUR participation, or any

15  assistance YOU provided in the writing, issuance, or execution of the August 10, 2007 search

16  warrant for 3645 Spurs Trail, Vallejo, California.

17  **RESPONSE TO INTERROGATORY NO. 13:**

18      Objection. Compound, overbroad, particularly to "writing, issuance, or execution,"

19  irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

20  Without waiver of said objections, Defendant responds as follows: None.

21

22  Dated: August 28, 2008          PORTER SCOTT
                                     A PROFESSIONAL CORPORATION
23

24
                                     By
25                                       Terrence J. Cassidy
                                         John R. Whitefleet
26                                       Attorney for Defendants

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

6

DAVID PAULSON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604915.WPD

Case Name: **Toler, Joel Thomas v. David Paulson, et al,**
Case No.:  **USDC EDCA CIV 06-0735 LKK DAD**

### DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**DAVID PAULSON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

XXX\_\_\_      **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

\_\_\_\_      **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

\_\_\_\_      **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

\_\_\_\_      **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN VERESCHAGIN (SBN 188608)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct and was executed on August 29, 2008, in Sacramento, California.

_____
Ramina Nurullina

**DAVID PAULSON'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

00604915.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

# EXHIBIT E

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

GONZALEZ & LEIGH LLP
NOV _ 3 2008
RECEIVED

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and
BROOK BYERLY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive<br><br>    Defendants.<br>_____/ | Case No. CIV 06-0735 LKK DAD<br><br>**AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE** |

**PROPOUNDING PARTY:**     Plaintiff JOEL TOLER

**RESPONDING PARTY:**     Defendant AL GARZA

**SET NUMBER:**     ONE

The following responses are based on discovery, analysis, and investigation to date and do not preclude Defendant from any further discovery, independent investigation, legal research, or analysis respecting any subject matter covered by these interrogatories. These responses are based on information presently known to Defendant after reasonable investigation. Further investigation or discovery may reveal additional information not included hereunder and presently unavailable. Accordingly, these responses are provided without prejudice to the right of defendant to produce additional and/or amended responses

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604905.WPD

1  hereafter obtained as a result of such investigation or discovery.

2  **INTERROGATORY NO. 1:**

3   (1)    State the name of your present employer, the date you were hired, and current

4  job title, as well as:

5   (a)    the name of each employer;

6   (b)    dates of employment

7   (c)    job title

8   (d)    nature of the work, including ALL duties and responsibilities,

9   (e)    any disciplinary action taken against you by each employer,

10   (f)    any complaints filed against you, including but not limited to citizen

11  complaints, and the nature of each complaint, and

12   (g)    any promotions you may have received from each employer

13  **RESPONSE TO INTERROGATORY NO. 1:**

14   County of Solano as District Attorney investigator since approximately 1990 to

15  investigate crimes. Promoted to Chief Investigator in approximately 2000 to supervise other

16  investigators. There have been no complaints filed against me in relation to dealing with the

17  public, and no disciplinary actions.

18  **INTERROGATORY NO. 2:**

19   ( 1)   Provide the dates for which you participated, either officially or unofficially,

20  in any campaign by Defendant David Paulson for public office, as well as:

21   (a)    ALL positions or titles you held in any campaign.

22   (b)    The nature of your participation, including all duties and responsibilities,

23  and

24   (c)    Whether you received compensation, either monetary or otherwise, for

25  work performed.

26  **RESPONSE TO INTERROGATORY NO. 2:**

27   Treasurer for campaign years 2002 and 2006, duties included reviewing and

28  submitting campaign funding documents. The position was voluntary.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 100
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604905.WPD

**INTERROGATORY NO. 3**

      (1)    State all training you have received related to workplace violence, including

                (a)    The name of the organization, or individuals who conducted the training

                (b)    The curriculum, syllabus, course of study, or general issues addressed at each training session, and

                (c)    The title of each training session or course

**RESPONSE TO INTERROGATORY NO. 3:**

      Pursuant to Rule 33(d) of the Federal Rules of Civil Procedure, please see documents produced bates stamped 45-48.

**INTERROGATORY NO. 4:**

      (1)    Provide a list of all instances where you have served as an expert on workplace violence in any capacity, including:

                (a)    The dates when you served as such expert

                (b)    The facts of each case on which you served as such an expert

                (c)    Whether you provided testimony under oath

                (d)    Whether you received compensation for your services.

**RESPONSE TO INTERROGATORY NO. 4:**

      There are no specific instances as having served as an expert on "workplace violence" on any particular case, except this one.

**INTERROGATORY NO. 5:**

      (1)    Provide a list of all monetary contributions you have made to David Paulson related to any of Mr. Paulson's campaigns for public office, including:

                (a)    The date each contribution was made

                (b)    The amount of each contribution,

                (c)    The organization each contribution was tendered to, and

                (d)    The campaign each contribution was related to.

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604905.WPD

1  **RESPONSE TO INTERROGATORY NO. 5:**

2      In 2002 and 2006, $100.00, to campaign to re-elect David Paulson; purchased tickets,

3  $25, to annual fundraising event.

4  **INTERROGATORY NO. 6:**

5      State ALL facts which support your First Affirmative defense that "[t]he Complaint,

6  in its entirety and through each separately stated claim, fails to state facts sufficient to

7  constitute a viable claim upon which relief can be granted."

8  **RESPONSE TO INTERROGATORY NO. 6:**

9      Plaintiff's conduct in harassing the staff of the District Attorney up to an including

10  the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005

11  and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

12  According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

13  aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

14  GARZA. Defendants deny the paid advertisement or any subsequent article provided

15  motivation to file the Workplace Violence Petition or Temporary Restraining Order.

16  **INTERROGATORY NO. 7:**

17      State ALL facts which support your Second Affirmative Defense that "[p]laintiff's

18  claims, and each of them, are barred by the Eleventh Amendment doctrine."

19  **RESPONSE TO INTERROGATORY NO. 7:**

20      This was raised as to Defendants in their official capacity as district attorney and

21  district attorney investigators with respect to the underlying criminal charges filed.

22  **INTERROGATORY NO. 8:**

23      State ALL facts which support your Third Affirmative Defense that "[a]t all times

24  mentioned in the Second Amended Complaint, Defendants were acting in good faith and

25  entitled to the good faith qualified immunity."

26  **RESPONSE TO INTERROGATORY NO. 8:**

27      Plaintiff's conduct in harassing the staff of the District Attorney up to an including

28  the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005

1    and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

2    According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

3    aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

4    GARZA.   Defendants deny the paid advertisement or any subsequent article provided

5    motivation to file the Workplace Violence Petition or Temporary Restraining Order.

6    **INTERROGATORY NO. 9:**

7         State ALL facts which support your Fourth Affirmative Defense that "Plaintiff's

8    claims, and each of them, are barred by the doctrines of waiver and estoppel."

9    **RESPONSE TO INTERROGATORY NO. 9:**

10        Plaintiff's conduct in harassing the staff of the District Attorney up to an including

11   the alleged threat made to Defendant GARZA.  Plaintiff is aware that between April 7, 2005

12   and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

13   According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

14   aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

15   GARZA.   Defendants deny the paid advertisement or any subsequent article provided

16   motivation to file the Workplace Violence Petition or Temporary Restraining Order.

17   **INTERROGATORY NO. 10:**

18        State ALL facts which support your Fifth Affirmative Defense that "Plaintiff's claims,

19   and each of them, are barred by the doctrine of unclean hands."

20   **RESPONSE TO INTERROGATORY NO. 10:**

21        Plaintiff's conduct in harassing the staff of the District Attorney up to an including

22   the alleged threat made to Defendant GARZA.  Plaintiff is aware that between April 7, 2005

23   and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

24   According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

25   aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

26   GARZA.   Defendants deny the paid advertisement or any subsequent article provided

27   motivation to file the Workplace Violence Petition or Temporary Restraining Order.

28   ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

5

AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604905.WPD

1  **INTERROGATORY NO. 11:**

2     State ALL facts which support your Sixth Affirmative Defense that "Plaintiff is barred

3  from recovery by his own willful and wanton conduct, all of which proximately caused any

4  damage claimed in this action."

5  **RESPONSE TO INTERROGATORY NO. 11:**

6     Plaintiff's conduct in harassing the staff of the District Attorney up to an including

7  the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005

8  and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

9  According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

10  aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

11  GARZA.  Defendants deny the paid advertisement or any subsequent article provided

12  motivation to file the Workplace Violence Petition or Temporary Restraining Order.

13  **INTERROGATORY NO. 12:**

14     State ALL facts which support your Seventh Affirmative Defense that "Plaintiff

15  expressly or impliedly consented to the conduct of Defendants in total and utter disregard for

16  the likelihood or probability that they might be injured thereby."

17  **RESPONSE TO INTERROGATORY NO. 12:**

18     Plaintiff's conduct in harassing the staff of the District Attorney up to an including

19  the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005

20  and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

21  According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

22  aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

23  GARZA.  Defendants deny the paid advertisement or any subsequent article provided

24  motivation to file the Workplace Violence Petition or Temporary Restraining Order.

25  **INTERROGATORY NO. 13:**

26     State ALL facts which support your Eighth Affirmative Defense that "Plaintiff failed

27  to exercise reasonable diligence so as to mitigate the damages, if any, alleged in the Second

28  Amended Complaint, and said conduct was the sole and proximate cause of said injuries."

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 200
SACRAMENTO, CA 95825
TEL: 916 929 1481
FAX: 916 927 3706
www.porterscott.com

6

AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604905.WPD

**RESPONSE TO INTERROGATORY NO. 13:**

Plaintiff's conduct in harassing the staff of the District Attorney up to an including the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005 and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times. According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud, aggressive, using "threatening body language" and referenced an Uzi in front of Defendant GARZA. Defendants deny the paid advertisement or any subsequent article provided motivation to file the Workplace Violence Petition or Temporary Restraining Order.

**INTERROGATORY NO. 14:**

State ALL facts which support your Ninth Affirmative Defense that "Plaintiffs' claims for exemplary/punitive damages are barred by provisions of Government Code § 818."

**RESPONSE TO INTERROGATORY NO. 14:**

The County of Solano may not be subject to punitive damages for any state law claims pursuant to Government Code 818.

**INTERROGATORY NO. 15:**

State ALL facts RELATED TO, YOUR involvement, YOUR participation, or any assistance YOU provided in the writing, issuance, or execution of the October 28, 2005 search warrant for 3645 Spurs Trail, Vallejo, California.

**RESPONSE TO INTERROGATORY NO. 15:**

None.

**INTERROGATORY NO. 16:**

State ALL facts RELATED TO, YOUR involvement, YOUR participation, or any assistance YOU provided in the writing, issuance, or execution of the August 10, 2007 search warrant for 3645 Spurs Trail, Vallejo, California

**RESPONSE TO INTERROGATORY NO. 16**

None.

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE, SUITE 100
SACRAMENTO, CA 95815
TEL: 916. 929 1481
FAX: 916. 927 3706
www.porterscott.com

AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604905.WPD

1    Dated:  October 31, 2008        PORTER SCOTT
                                       A PROFESSIONAL CORPORATION

2

3

4                                        By _____
                                                   Terence J. Cassidy

5                                                    John R. Whitefleet
                                                   Attorney for Defendants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916.929.1481
FAX: 916.927.3706
www.porterscott.com

8

AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604905.WPD

1 | Case Name: **Toler, Joel Thomas v. David Paulson, et al,**
2 | Case No.:   **USDC EDCA CIV 06-0735 LKK DAD**

3 | <u>DECLARATION OF SERVICE</u>

4 |   I am a citizen of the United States and employed in Sacramento County, California;
I am over the age of 18 years and not a party to the within action; my business address is 350
5 | University Avenue, Suite 200, Sacramento, California 95825.

6 |   On the date below I served the attached:

7 |
**AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**
8 |

9 | \_\_\_\_\_      **BY MAIL:** I caused such envelope with postage thereon fully prepaid
to be placed in the United States mail at Sacramento, California.
10 |

11 | \_\_\_\_      **BY PERSONAL SERVICE:** I caused such document to be delivered
by hand to the office of the person(s) listed below.

12 | **XXXX**     **BY OVERNIGHT DELIVERY:** I caused such document to be
delivered by overnight delivery to the office of the person(s) listed
13 | below.

14 | \_\_\_\_\_      **BY FACSIMILE:** I caused such document to be transmitted by
facsimile machine to the office of the person(s) listed below.
15 |

16 | addressed as follows:

17 | MATT GONZALEZ
G. WHITNEY LEIGH
18 | BRYAN VERESCHAGIN
GONZALEZ & LEIGH LLP
19 | Two Shaw Alley, Third Floor
San Francisco, CA 94105
20 |

21 |

22 |   I declare under penalty of perjury that the foregoing is true and correct and was
executed on October 31, 2008, in Sacramento, California.

23 |

24 |            Ramina Nurullina

25 |

26 |

27 |

28 |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916.929.1481
FAX: 916.921.5985
www.porterscott.com

AL GARZA'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604905.WPD

EXHIBIT F

GONZALEZ & LEIGH LLP

NOV _ 4 2008

RECEIVED

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and
BROOK BYERLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive | |
| Defendants. | |
| _____/ | |

| | |
|---|---|
| **PROPOUNDING PARTY:** | Plaintiff JOEL TOLER |
| **RESPONDING PARTY:** | Defendant BROOK BYERLEY |
| **SET NUMBER:** | ONE |

///
///
///
///
///
///
///

BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604911.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1    The following responses are based on discovery, analysis, and investigation to date

2  and do not preclude Defendant from any further discovery, independent investigation, legal

3  research, or analysis respecting any subject matter covered by these interrogatories.  These

4  responses are based on information presently known to Defendant after reasonable

5  investigation.  Further investigation or discovery may reveal additional information not

6  included hereunder and presently unavailable.  Accordingly, these responses are provided

7  without prejudice to the right of defendant to produce additional and/or amended responses

8  hereafter obtained as a result of such investigation or discovery.

9  **INTERROGATORY NO. 1:**

10    (1)    State the name of your present employer, the date you were hired, and current

11  job title, as well as:

12    (a)    the name of each employer;

13    (b)    dates of employment

14    (c)    job title

15    (d)    nature of the work, including ALL duties and responsibilities,

16    (e)    any disciplinary action taken against you by each employer,

17    (f)    any complaints filed against you, including but not limited to citizen

18  complaints, and the nature of each complaint, and

19    (g)    any promotions you may have received from each employer

20  **RESPONSE TO INTERROGATORY NO. 1:**

21    County of Solano as District Attorney investigator since approximately May 1987 to

22  investigate crimes.  There have been no complaints filed against me in relation to dealing

23  with the public, and no disciplinary actions.

24  ///

25  ///

26  ///

27  ///

28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 300
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

00604911.WPD

**INTERROGATORY NO. 2:**

(1)      Provide the dates for which you participated, either officially or unofficially, in any campaign by Defendant David Paulson for public office, as well as:

(a)      ALL positions or titles you held in any campaign.

(b)      The nature of your participation, including all duties and responsibilities, and

(c)      Whether you received compensation, either monetary or otherwise, for work performed.

**RESPONSE TO INTERROGATORY NO. 2:**

Assisted in displaying signs at various locations during elections in 2002 and 2006; and assisted in selling tickets to Mr. Paulson's annual fundraisers approximately three or four times.

**INTERROGATORY NO. 3**

(1)      State all training you have received related to workplace violence, including

(a)      The name of the organization, or individuals who conducted the training

(b)      The curriculum, syllabus, course of study, or general issues addressed at each training session, and

(c)      The title of each training session or course

**RESPONSE TO INTERROGATORY NO. 3:**

Each of following including a component of threat assessment:   Basic Police Academy 1979, Firearms Instructor 1984, Firearms Instructor- Survival shooting Instructor 1985, Investigation and Trial Preparation 1987, Informant Development and Maintenance 1992, Dignitary Security 1994, Criminal Investigations core course 1995, Death Investigations 1995, Homicide Investigation 1996, Child Abuse Investigation 1999, various updates, and experience.  The curriculum, syllabus, course of study, the general issues addressed are indicated by the title.

///

///

**BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

00604911.WPD

1   aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

2   GARZA.  Defendants deny the paid advertisement or any subsequent article provided

3   motivation to file the Workplace Violence Petition or Temporary Restraining Order.

4   **INTERROGATORY NO. 7:**

5   State ALL facts which support your Second Affirmative Defense that "[p]laintiff's

6   claims, and each of them, are barred by the Eleventh Amendment doctrine."

7   **RESPONSE TO INTERROGATORY NO. 7:**

8   This was raised as to Defendants in their official capacity as district attorney and

9   district attorney investigators with respect to the underlying criminal charges filed.

10   **INTERROGATORY NO. 8:**

11   State ALL facts which support your Third Affirmative Defense that "[a]t all times

12   mentioned in the Second Amended Complaint, Defendants were acting in good faith and

13   entitled to the good faith qualified immunity."

14   **RESPONSE TO INTERROGATORY NO. 8:**

15   Plaintiff's conduct in harassing the staff of the District Attorney up to an including

16   the alleged threat made to Defendant GARZA.  Plaintiff is aware that between April 7, 2005

17   and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

18   According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

19   aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

20   GARZA.  Defendants deny the paid advertisement or any subsequent article provided

21   motivation to file the Workplace Violence Petition or Temporary Restraining Order.

22   **INTERROGATORY NO. 9:**

23   State ALL facts which support your Fourth Affirmative Defense that "Plaintiff's

24   claims, and each of them, are barred by the doctrines of waiver and estoppel."

25   ///

26   ///

27   ///

28   ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929 1481
FAX: 916. 927 3706
www.porterscott.com

5

**BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

00604911.WPD

**RESPONSE TO INTERROGATORY NO. 9:**

Plaintiff's conduct in harassing the staff of the District Attorney up to an including the alleged threat made to Defendant Garza. Plaintiff is aware that between April 7, 2005 and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times. According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud, aggressive, using "threatening body language" and referenced an Uzi in front of Defendant GARZA Defendants deny the paid advertisement or any subsequent article provided motivation to file the Workplace Violence Petition or Temporary Restraining Order.

**INTERROGATORY NO. 10:**

State ALL facts which support your Fifth Affirmative Defense that "Plaintiff's claims, and each of them, are barred by the doctrine of unclean hands."

**RESPONSE TO INTERROGATORY NO. 10:**

Plaintiff's conduct in harassing the staff of the District Attorney up to an including the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005 and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times. According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud, aggressive, using "threatening body language" and referenced an Uzi in front of Defendant GARZA. Defendants deny the paid advertisement or any subsequent article provided motivation to file the Workplace Violence Petition or Temporary Restraining Order.

**INTERROGATORY NO. 11:**

State ALL facts which support your Sixth Affirmative Defense that "Plaintiff is barred from recovery by his own willful and wanton conduct, all of which proximately caused any damage claimed in this action."

**RESPONSE TO INTERROGATORY NO. 11:**

Plaintiff's conduct in harassing the staff of the District Attorney up to an including the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005 and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times. According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 300
SACRAMENTO, CA 95811
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604911.WPD

1 aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

2 GARZA. Defendants deny the paid advertisement or any subsequent article provided

3 motivation to file the Workplace Violence Petition or Temporary Restraining Order.

4 **INTERROGATORY NO. 12:**

5 State ALL facts which support your Seventh Affirmative Defense that "Plaintiff

6 expressly or impliedly consented to the conduct of Defendants in total and utter disregard for

7 the likelihood or probability that they might be injured thereby."

8 **RESPONSE TO INTERROGATORY NO. 12:**

9 Plaintiff's conduct in harassing the staff of the District Attorney up to an including

10 the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005

11 and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

12 According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

13 aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

14 GARZA. Defendants deny the paid advertisement or any subsequent article provided

15 motivation to file the Workplace Violence Petition or Temporary Restraining Order.

16 **INTERROGATORY NO. 13:**

17 State ALL facts which support your Eighth Affirmative Defense that "Plaintiff failed

18 to exercise reasonable diligence so as to mitigate the damages, if any, alleged in the Second

19 Amended Complaint, and said conduct was the sole and proximate cause of said injuries."

20 **RESPONSE TO INTERROGATORY NO. 13:**

21 Plaintiff's conduct in harassing the staff of the District Attorney up to an including

22 the alleged threat made to Defendant GARZA. Plaintiff is aware that between April 7, 2005

23 and June 13, 2005, he purposefully went to the office of the District Attorney eighteen times.

24 According to numerous witnesses, Plaintiff created disturbances by, inter alia, being loud,

25 aggressive, using "threatening body language" and referenced an Uzi in front of Defendant

26 GARZA. Defendants deny the paid advertisement or any subsequent article provided

27 motivation to file the Workplace Violence Petition or Temporary Restraining Order.

28 ///

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

7

**BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**
00604911.WPD

1 **INTERROGATORY NO. 14:**

2       State ALL facts which support your Ninth Affirmative Defense that "Plaintiffs' claims

3 for exemplary/punitive damages are barred by provisions of Government Code § 818."

4 **RESPONSE TO INTERROGATORY NO. 14:**

5       The County of Solano may not be subject to punitive damages for any state law claims

6 pursuant to Government Code 818.

7 **INTERROGATORY NO. 15:**

8       State ALL facts RELATED TO, YOUR involvement, YOUR participation, or any

9 assistance YOU provided in the writing, issuance, or execution of the October 28, 2005

10 search warrant for 3645 Spurs Trail, Vallejo, California.

11 **RESPONSE TO INTERROGATORY NO. 15**:

12       None.

13 **INTERROGATORY NO. 16:**

14       State ALL facts RELATED TO, YOUR involvement, YOUR participation, or any

15 assistance YOU provided in the writing, issuance, or execution of the August 10, 2007 search

16 warrant for 3645 Spurs Trail, Vallejo, California

17 **RESPONSE TO INTERROGATORY NO. 16**

18       None.

19

20 Dated:  October 29, 2008           PORTER SCOTT
                               A PROFESSIONAL CORPORATION

21

22

23                            By _____
                               Terence J. Cassidy

24                                John R. Whitefleet
                               Attorney for Defendants

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916 929.1481
FAX: 916 927.3706
www.porterscott.com

8

BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE
00604911.WPD

Case Name: <u>Toler, Joel Thomas v. David Paulson, et al,</u>
Case No.:   **USDC EDCA CIV 06-0735 LKK DAD**

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**BROOK BYERLY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE**

<u>XXX</u>    **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____    **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____    **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____    **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRYAN VERESCHAGIN (SBN 188608)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct and was executed on October 29, 2008, in Sacramento, California.

_____
Ramina Nurullina

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916 929 1481
FAX: 916 927 3706
www.porterscott.com

BROOK BYERLEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE

00604911.WPD