1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   JOEL THOMAS TOLER,
                                           NO. CIV. S-06-735 LKK/DAD
12            Plaintiff,

13        v.                                    O R D E R

14   DAVID PAULSON; COUNTY OF SOLANO;
     AL GARZA; and BROOK BYERLEY,
15
              Defendants.
16   _____/

17        Trial in this case is set to commence on August 11, 2009.

18   Pursuant to the Final Pretrial Order and Local Rules, counsel were

19   required to file trial briefs not later than ten court days before

20   trial. See Final Pretrial Order at 13; Local Rule 16-285. Counsel

21   for plaintiffs have not filed a trial brief.

22        Accordingly, the court ORDERS as follows:

23        1.   Plaintiffs' counsel are SANCTIONED in the amount of one

24             hundred and fifty dollars ($150). This sum shall be paid

25             to the Clerk of the Court no later than thirty (30) days

26             from the date of this order. Counsel shall file an

                                   1

1          affidavit accompanying the payment of this sanction

2          which states that it is paid personally by counsel, out

3          of personal funds, and is not and will not be billed,

4          directly or indirectly, to the client or in any way made

5          the responsibility of the client as attorneys' fees or

6          costs.

7     2.   Plaintiffs SHALL file a trial brief not later than

8          August 10, 2009 at 9:00 AM.

9     IT IS SO ORDERED.

10    DATED: August 5, 2009.

11

12

13    _____
      LAWRENCE K. KARLTON
      SENIOR JUDGE

14    UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26