UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL THOMAS TOLER,

        NO. CIV. S-06-735 LKK/DAD

    Plaintiff,

  v.                       O R D E R

DAVID PAULSON; COUNTY OF SOLANO;
AL GARZA; and BROOK BYERLEY,

    Defendants.
                           /

    Trial in this case is set to commence on August 11, 2009. Pursuant to the Final Pretrial Order and Local Rules, counsel were required to file trial briefs not later than ten court days before trial. See Final Pretrial Order at 13; Local Rule 16-285. Counsel for plaintiffs have not filed a trial brief.

    Accordingly, the court ORDERS as follows:

    1.    Plaintiffs' counsel are SANCTIONED in the amount of one hundred and fifty dollars ($150). This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order. Counsel shall file an

1

```
 1            affidavit accompanying the payment of this sanction
 2            which states that it is paid personally by counsel, out
 3            of personal funds, and is not and will not be billed,
 4            directly or indirectly, to the client or in any way made
 5            the responsibility of the client as attorneys' fees or
 6            costs.
 7       2.   Plaintiffs SHALL file a trial brief not later than
 8            August 10, 2009 at 9:00 AM.
 9  IT IS SO ORDERED.
10  DATED: August 5, 2009.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2