**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | |
| vs. | **DEFENDANTS' PROPOSED VOIR DIRE** |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLEY, and DOES 1 through 10, inclusive | Trial:  8/11/09 |
| Defendants. | |

Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY hereby submits the following proposed *voir dire* questions.

### I.

### PRELIMINARY QUESTIONS

1.  Plaintiff will present his case first.  Only after the Plaintiff has presented his or her case will Defendant have an opportunity to present his side of the case.  Please raise your hand if you can not agree to keep an open mind and make no decisions about the evidence until after all the evidence has been presented by both sides and I have instructed you regarding the law in this case.

2.  Each of you will have to determine who is telling the truth.  Please raise your hand if you are unwilling or not comfortable judging a witness' credibility and making this kind of decision.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00705857.WPD

1

DEFENDANTS' PROPOSED VOIR DIRE

3. It is important that you will, without reservation, follow the court's instructions and rulings on the law. To put it somewhat differently, whether you approve or disapprove of the court's rulings or instructions, it is your solemn duty to accept as correct these statements of the law. You may not substitute your own idea of what you think the law ought to be. Please indicate by raising your hand if you will not be able to follow the law as given to you in this case.

4. Is there any reason why you could not be fair to both sides in this case?

5. Do you know any of the parties or witnesses in this case? (Counsel to read respective witness lists.)

## II.

## JUROR BACKGROUND QUESTIONS

6. Background questions:
    a. Name
    b. Age
    c. Educational background, from high school forward
    d. Your marital status
    e. Present and former occupations (including military service) for you and your spouse and/or the most significant person in your life
    f. Part of the state in which you live
    g. Ages and occupations of children

7. Have you served on a jury before? Was it a criminal or a civil case? Did the jury reach a verdict? Was there anything about the jury process or jury deliberations which left you uncomfortable about serving as a juror in the future? If so, what was it that troubled you about the jury process or deliberations?

8. Have you ever testified in court? If so, in what type of case and on what subject?

9. Have you ever been a witness in a lawsuit or a criminal case? If so, what did you witness or testify about?

///
///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00705857.WPD

2

DEFENDANTS' PROPOSED VOIR DIRE

10. Have you, or any close relative or friend, ever been involved in civil litigation either as a plaintiff or a defendant? If so, was that as a plaintiff or a defendant? How long ago? Was the lawsuit in federal court or state court? What county of the State of California or what state was that in? If you, or any close relative or friend, were ever involved in litigation, please briefly describe the nature of that litigation. Was the litigation resolved to your satisfaction?

11. Have you ever served in the military? If so, what branch and what was your assignment?

12. Have you ever been employed by a law enforcement agency?

13. Have you ever worked as a correctional officer, or been employed by a correctional facility?

14. Have you ever taken a class or had any training in law enforcement? Have you or any member of your family ever worked with law enforcement personnel in any capacity? If so, in which agency and what capacity? Have you or any member of your family ever sought employment with a law enforcement agency? If so, for what position?

15. Do you have any special training in any area of law or in law enforcement?

16. Do you watch any police or law based television shows on a regular basis? If so, which one?

17. Do you, or any close relative or friend, have any legal experience? If your response is in the affirmative, please identify the person, your relationship, and the nature and extent of their involvement. Is there anything about that prior experience which you believe would affect your ability to serve as an impartial and unbiased juror in this case?

### III.

### CASE-SPECIFIC ISSUES

18. The Court will instruct you on the legal issues in the case, including the applicable burden of proof. Since this is a civil case and not a criminal case, the applicable burden of proof is that of a preponderance of the evidence. Do you have any disagreement with the concept that the Plaintiff must prove his case by a preponderance of the evidence? Is there anything about the nature of the claims raised by Plaintiff that would cause you to require him to produce more, or less,

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3

00705857.WPD    **DEFENDANTS' PROPOSED VOIR DIRE**

evidence than the law requires him to do? If so, why?

19. Have you, or any close relative or friend, ever been employed by Solano County?

20. Have you had any contact or communication with anyone from the Solano County District Attorneys Office?

21. Have you read anything about this case in a newspaper or heard anything about it on the television or radio?

22. Have you, a close relative or friend, had any experience with firearms? What is the nature of that experience? Have you had any negative experiences with firearms? Would any of those experiences with firearms affect your ability to act as a fair and impartial juror?

23. Do you know any of the lawyers in this case, or are you familiar with their law firms?

24. Have you ever been arrested or detained by a peace officer? Was there anything negative about that experience that may affect your ability to act as an impartial juror?

25. Have you had any interaction with law enforcement that you considered positive? What are the specific details of that interaction?

26. Have you, or any close relative or friend, had any interaction with law enforcement officials which you believe left you with a negative feeling? What are the specific details of that interaction?

27. Have you, a close relative or friend, ever accused a law enforcement officer of any inappropriate conduct? If yes, what became of the accusation?

28. Have you, a close relative or a friend, had any experience with Bail Bondsman? Please state generally the nature of that experience. Did you consider that a positive or negative experience? Was there anything about that experience that may affect your ability to act as a fair and impartial juror in this case?

29. Have you, close relative or friend, had any experience with private investigators? Please state generally the nature of that experience. Do you believe that it was a positive or negative experience? Do you believe that experience with the private investigator would affect your ability to act as a fair and impartial juror?

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4

00705857.WPD      **DEFENDANTS' PROPOSED VOIR DIRE**

30. Have you, a close relative or friend, had any experience with a domestic relations dispute where there was a threat of violence or violence? Please state generally the nature of that experience. Do you consider that a negative experience? Is there anything about that experience which would affect your ability to act as a fair and impartial juror in this case?

31. Have you, a close relative or friend, had any experience with Temporary Restraining Orders? Have you, a close relative or friend, had any experience with Temporary Restraining Orders which restrict one person from seeing or being close to another person? Please state generally the nature of that experience. Do you believe that it was a positive or negative experience? Do you believe that experience with the Temporary Restraining Order would affect your ability to act as a fair and impartial juror in this case?

32. Expert witnesses may testify in this matter. If that occurs, you will be asked to analyze and determine the credibility of the experts' testimony and the weight to be given to that testimony. Do you feel you will be able to analyze the testimony of any expert witnesses, as you would any other witness in this case? You may hear conflicting opinions by expert witnesses, and will be asked to determine who is correct, would you be uncomfortable if you were put in that position?

## IV.

## DAMAGES

33. Do you think that people should be allowed to file lawsuits to recover non-monetary damages, such as damages for excessive force? Why or why not?

34. Do you understand that Plaintiff's burden to prove his case relates both to establishing liability and that Defendant's conduct caused the damages, if any? Is there anything about the concept that Plaintiff must prove his case by a preponderance of the evidence which would affect your ability to serve as an impartial and unbiased juror in this case?

35. Do you know of any reason, or has anything occurred during this period of questioning that causes you to doubt that you could be completely fair and impartial in this case? If there is, it is your duty to disclose the reason at this time by raising your hand so that you can be recognized.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

5

00705857.WPD    **DEFENDANTS' PROPOSED VOIR DIRE**

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: August 6, 2009 | PORTER SCOTT<br>A Professional Corporation |
| 3 |   |   |
| 4 |   | By  /s/ Terence J. Cassidy |
| 5 |   |     Terence J. Cassidy<br>    John R. Whitefleet |
| 6 |   |     Attorney for Defendants DAVID PAULSON,<br>    AL GARZA, and BROOK BYERLEY |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com