**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS for Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLEY, and DOES 1 through 10, inclusive<br><br>  Defendants.<br>_____/ | Case No. CIV 06-0735 LKK DAD<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS**<br><br>**TRIAL DATE**<br>Date:     **August 11, 2009**<br>Time:     **10:30 a.m.**<br>Ctrm:     **4**<br><br>**Hon. Lawrence Karlton** |

  Pursuant to Fed. R. Civ. P. 30(f) and Eastern District Local Rule 5-133(j), 56-260(e) Defendant hereby submits a copy of the deposition of:

  1.   Joel Thomas Toler - Volume I taken August 25, 2008;

  2.   Joel Thomas Toler - volume II taken February 13, 2009.

Dated: August 10, 2009             PORTER SCOTT
                                   A Professional Corporation

                                         /s/ John R. Whitefleet
                                   By _____
                                   Terence J. Cassidy
                                   John R. Whitefleet
                                   Defendants DAVID PAULSON,
                                   AL GARZA, and BROOK BYERLEY

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1
**NOTICE OF LODGING DEPOSITION TRANSCRIPTS**

00496044.WPD