1  MATT GONZALEZ (SBN 188608)
   MATT SPRINGMAN (SBN 252508)
2  GONZALEZ & LEIGH, LLP
   Two Shaw Alley, 3rd Floor
3  San Francisco, CA 94105
   Telephone: (415) 512-2000
4  Facsimile: (415) 512-2001

5  Attorneys for Plaintiffs
   JOEL THOMAS TOLER
6

7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11 | JOEL THOMAS TOLER,                | Case No. CIV 06-0735 LKK DAD
12 |                    Plaintiff,     | **NOTICE OF LODGING DEPOSITION TRANSCRIPTS**
13 |         vs.                       |
14 | DAVID PAULSON, COUNTY OF SOLANO,  | **TRIAL DATE**
   | AL GARZA, BROOK BYERLY, and DOES 1| Date: August 11, 2009
15 | through 10, inclusive,            | Time: 10:30 a.m.
   |                                   | Dept: 4
16 |                    Defendants.    | Judge: Honorable Lawrence K. Karlton

17

...

28

**NOTICE OF LODGING DEPOSITION TRANSCRIPTS**
Case No. CIV 06-0735 LKK DAD

1  Pursuant to Fed. R. Civ. P. 30(f) and Eastern District Local Rule 5-133(j), 56-260(e)
2  Plaintiff hereby submits a copy of the deposition of:

| | | | |
|---|---|---|---|
| 3 | 1. | Brook Byerley | March 2, 2006 |
| 4 | 2. | Warren William Butler | May 9, 2006 |
| 5 | 3. | Al Garza | January 19, 2006 |
| 6 | 4. | William D. Godwin | January 19, 2006 |
| 7 | 5. | Marsha Johnson | May 9, 2006 |
| 8 | 6. | Linda Jones | May 9, 2006 |
| 9 | 7. | David Paulson (Vol. I) | April 5, 2006 |
| 10 | 8. | David Paulson (Vol. II) | September 19, 2008 |
| 11 | 9. | Joel Thomas Toler (Vol. I) | August 25, 2008 |
| 12 | 10. | Joel Thomas Toler (Vol. II) | February 13, 2009 |

Dated: August 11, 2009

GONZALEZ & LEIGH, LLP

By: /s/ Matt Springman
MATT SPRINGMAN
Attorney for Plaintiff
JOEL THOMAS TOLER