United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>v.<br><br>DAVID PAULSON, et al, | Civil Jury Trial Minutes<br>CASE #:   CIV-S-06-0735 LKK<br>DATE:   8/11/2009<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiff                                           For the Defendant
Matt Gonzalez, Matthew Springman              Terence Cassidy


Proceedings: Day 1 - Jury Selection/Voir Dire/Jury Sworn/Motions in Limine.

| | |
|---|---|
| 10:30 | Court in session with all counsel without jury re miscellaneous items. |
| 10:45 | Jury panel present. Begin Jury selection. |
| 10:46 | Panel sworn. |
| 10:47 | Begin Voir Dire. |
| 11:22 | Jury sworn. |
| 11:25 | Jurors are excused. Court and counsel remain regarding witness. |
| 11:45 | Court in session. Stipulation to release the witness. The parties stipulate to portion of the transcript to be read to the jury. Witness will be excused. |
| 11:47 | Jury present. Jury is admonished. Jury is excused for the day. |
| 12:00 | Court in recess. |
| 1:30 | Court in session with all counsel without jury regarding motions in limine and exhibits. With the exception of the expert report, all the exhibits are not objected to and are received into evidence.  Plaintiff has marked deposition transcripts as exhibits: 17, 18, 19, 20, 21, 22, 23, 24 , they are not received into evidence. Other than that, everything is received into evidence.<br>Motions in limine are denied/granted as stated on the record in open court. |
| 2:15 | Court in recess until 9:15AM 08/12/2009. |

**EXHIBITS ADMITTED:**
Plaintiff's exhibits:    1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 ,13, 14, 15, 16, 25.
Defense exhibits:      A, B, C, D, E, F, G, H, I, J, K, N, O, P.