**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>v.<br><br>DAVID PAULSON, et al, | Civil Jury Trial Minutes<br>CASE #:   CIV-S-06-0735 LKK<br><br>DATE:    8/12/2009<br><br>Deputy Clerk:  C. Schultz/K. Jones<br><br>Court Reporter: C. Bodene |

For the Plaintiff                             For the Defendant

Matt Gonzalez, Matthew Springman          Terence Cassidy

Proceedings: Day 2 - Opening Statements/Evidence.

9:22   Court in session. Jury and all parties present. Plaintiff's counsel presented opening statements.
10:00  The Court excused jurors and all parties for the morning recess.

10:15  Court in session. Jury and all parties present. Defense counsel presented opening statements.
11:00  The Court gave the jury preliminary instructions.
11:10  Plaintiff/Witness, **Joel Toler**, sworn and testified on direct by Mr. Gonzalez.
11:55  The Court admonished and excused jurors for the lunch recess. All parties excused for the lunch recess.

1:30   Court in session. Jury and all parties present. Continued direct testimony of Joel Toler.
2:35   The Court excused the jurors for the afternoon recess. Outside the presence of the jury, the Court and
       counsel discussed the restraining order.

3:00   Court in session. Jury and all parties present. Began cross-examination of plaintiff Joel Toler by Mr.
       Cassidy.
4:00   Jury admonished and excused for the day. All parties excused for the day.  Jury trial (Day 3) set for 8/13/09
       at 9:15 AM.