## United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER, | Civil Jury Trial Minutes |
| | CASE #:   CIV-S-06-0735 LKK |
| v. | |
| | DATE:   8/13/2009 |
| DAVID PAULSON, et al, | Deputy Clerk:  A. Rivas |
| | Court Reporter: C. Bodene |

For the Plaintiff                                              For the Defendant

Matt Gonzalez, Matthew Springman                Terence Cassidy


Proceedings: Day 3 - Evidence.

9:22   Court in session. Jury and all parties present. Continue cross-examination of witness **Joel Toler** by Mr. Cassidy. (Exhibit 5).
9:47   Re-direct of witness Joel Toler by Mr. Gonzalez.
10:11  Re-cross of witness Joel Toler by Mr. Cassidy.
10:14  Nothing further, witness is excused.
10:14  Plaintiff calls witness **David Paulson**, sworn/testified on direct by Mr. Gonzalez. (Exhibit 3, 6,)
10:35  Court in recess.

10:50  Court in session with all counsel and jury present.  Begin cross-examination of witness David Paulson by Mr. Cassidy.
11:56  Jury excused. Court and counsel remain regarding testimony of what happened with TRO hearing.  Plaintiff to put on something during rebuttal.
12:00  Court in recess.

1:30   Court in session with all counsel and jury present.  Continue cross-examination of witness David Paulson by Mr. Cassidy.
1:44   Re-direct of witness David Paulson by Mr. Gonzalez. (Exhibits B, 8, B).
2:30   Jury excused. Court and counsel remain regarding misc. items.
2:35   Court in recess.

2:45   Court in session with all counsel and jury present. (Exhibits N, B).
3:05   Re-cross of witness Paulson by Mr. Cassidy.
3:07   Nothing further, witness is excused.
3:08   Portions of **Linda Jones'** deposition transcript, taken on 05/09/2006, are read to the jury by Mr. Springman.
3:18   Plaintiff calls witness **Brook Byerly** sworn/testified on direct by Mr. Gonzalez. (Exhibit B).
3:59   Cross-examination of witness Brook Byerly by Mr. Cassidy.

4:16   Jury is excused. Court and counsel remain regarding order of witnesses.
4:25   Court in recess until 9:15AM 08/14/2009.