**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR Defendants DAVID PAULSON, AL GARZA, and BROOK BYERLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **DEFENDANTS' SUPPLEMENTAL JURY INSTRUCTION** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLEY, and DOES 1 through 10, inclusive | TRIAL DATE:          8/11/2009 |
| Defendants. | |
| _____/ | |

Dated: August 17, 2009          Respectfully submitted,

PORTER SCOTT
A Professional Corporation


By____/s/ Terence J. Cassidy____
Terence J. Cassidy
John R. Whitefleet
Attorneys for DAVID PAULSON, AL
GARZA, and BROOK BYERLEY

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

00678610.WPD          **SUPPLEMENTAL JURY INSTRUCTIONS**

**JURY INSTRUCTION NO. 16**

You have heard evidence that Plaintiff was prosecuted and acquitted for violation of the Temporary Restraining Order.  This evidence is only to be considered by you for the limited purpose of Plaintiff's claim for damages and not whether there was a credible threat of violence or probable cause for issuance of the Temporary Restraining Order.

\_\_\_\_\_   Given
\_\_\_\_\_   Given as Modified
\_\_\_\_\_   Refused
\_\_\_\_\_   Withdrawn

_____
United States District Judge

00710812.WPD