## United States District Court
### Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER, | Civil Jury Trial Minutes |
| | CASE #:  CIV-S-06-0735 LKK |
| v. | DATE:   8/14/2009 |
| DAVID PAULSON, et al, | Deputy Clerk:  A. Rivas |
| | Court Reporter: C. Bodene |

For the Plaintiff                                                          For the Defendant

Matt Gonzalez, Matthew Springman                     Terence Cassidy

Proceedings: Day 4 - Evidence.

9:15   Court in session with all counsel without jury present re Mr. Paulson's testimony related to communications he had with County Counsel. Plaintiff believes the witness in effect opened up communication with counsel. Plaintiff indicated he requested all communications between counsel and Mr. Paulson. Plaintiff would like the court to order communications turned over by Monday.

9:18   Court inquires of Mr. Paulson. Mr. Paulson indicates he searched for emails and did not find any. Court inquires of Mr. Byerly and Mr. Garza.

9:20   Plaintiff continues request for documents. Defense to make a diligent effort to obtain anything, will contact County Counsel to see if they have any communication.

9:25   Jury present. Continue cross-examination of **Brook Byerly** by Mr. Cassidy. (Exhibits A, B, 6, 7).

10:25   Court in recess.

10:40   Court in session with all counsel without jury present regarding identity theft of Mr. Toler. Plaintiff indicates there is a previous motion in limine re offer of proof. Plaintiff would like to ask Mr. Byerly about allegations. Plaintiff would agree to an instructions by the court. After further consideration, the parties stipulate to language. During the course of the testimony by Mr. Byerly, he referenced some activity by Mr. Toler: the parties stipulate that Mr. Toler did not engage in illegal activity.

10:55   Jury present. Stipulation regarding issue is read to jury by Mr. Cassidy.

10:57   Begin re-direct of witness Brook Byerly by Mr. Gonzalez. Exhibit 26 (drawing by Mr. Byerly) is marked for identification purposes.

11:05   Video (Exhibit 25) is played.

11:09   Continue re-direct of witness Brook Byerly. (Exhibit B).

11:34   Re-cross of witness by Mr. Cassidy.

11:36   Re-direct by Mr. Gonzalez.

11:38   Re-cross by Mr. Cassidy.

11:38   Re-direct by Mr. Gonzalez.

11:38   Nothing further, witness is excused.

11:38  Plaintiff calls witness **William Godwin** sworn/testified on direct by Mr. Springman. (Exhibit 5, G).
12:00  Court in recess.

1:30  Court in session with all counsel and jury present. Begin cross-examination of witness William Godwin by Mr. Cassidy. (Exhibit 7, 8, 9, H).
2:31  Re-direct of witness William Godwin by Mr. Springman.
2:47  Re-cross of witness by Mr. Cassidy.
2:50  Court in recess.

3:05  Court in session with all counsel and jury present. The Court informs the jury that witness Godwin has been excused. Plaintiff calls witness **Al Garza**, sworn/testified on direct by Mr. Gonzalez. (Exhibit 14, 6).
4:00  Jury is excused until 10:30AM 08/18/2009. Court and counsel to meet on 08/17/2009 at 4:00PM to review/finalize Jury Instructions.
4:10  Court in recess.