## United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER, | Civil Jury Trial Minutes |
| | CASE #:   CIV-S-06-0735 LKK |
| v. | DATE:   8/18/2009 |
| DAVID PAULSON, et al, | Deputy Clerk: A. Rivas |
| | Court Reporter: C. Bodene |

For the Plaintiff                                         For the Defendants

Matt Gonzalez, Matthew Springman          Terence Cassidy


Proceedings: Day 5 - Evidence.

10:30  Court in session with all counsel and jury present. The parties have agreed to take the next witness out of order.  Plaintiff calls **Marsha Johnson** sworn/testified on direct by Mr. Gonzalez. (Exhibit 3).
11:18  Cross-examination of witness Marsha Johnson by Mr. Cassidy. (Exhibits 3, 26, 3).
11:41  Re-direct of witness Marsha Johnson by Ms. Gonzalez.
11:50  Re-cross of witness by Mr. Cassidy.
11:51  Nothing further, witness is excused.
11:55  Court in recess.

1:30  Court in session with all counsel without jury present.  Plaintiff has a rebuttal witness that they wish to call out of order, Daniel Overby.
1:37  Jury present.  Plaintiff calls witness **Daniel Overby** sworn/testified on direct by Mr. Gonzalez.
1:40  Cross-examination of witness Daniel Overby by Mr. Cassidy.
1:45  Re-direct of witness by Mr. Gonzalez.
1:47  Re-cross of witness by Mr. Cassidy.
1:52  Nothing further, witness is excused.
1:52  Plaintiff calls witness **Warren Butler**, sworn/testified on direct by Mr. Springman. (Exhibit 4).
2:04  Cross-examination of witness by Mr. Cassidy.
2:12  Re-direct of witness by Mr. Springman.
2:17  Nothing further, witness is excused.
2:17  Continue cross-examination of witness **Al Garza** by Mr. Gonzalez. (Exhibits F, G, H, 6, 7).
2:35  Court in recess.

2:50  Court in session with all counsel and jury present.  Continue direct examination of witness Al Garza by Mr. Gonzalez. (Exhibit E, 3).
3:29  Jury excused.  Court and counsel remain regarding plaintiff's allegation that they have evidence concerning Mr. Byerly's providing false reports. Court wants a formal offer of proof of what the witness will say.

| | |
|---|---|
| 3:39 | Jury present. Jury is excused until 9:15AM 08/19/2009. Court and counsel remain regarding Jury Instructions and misc. items. |
| 6:05 | Court in recess. |