**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER, | Civil Jury Trial Minutes |
| | CASE #:  CIV-S-06-0735 LKK |
| v. | |
| | DATE:   8/19/2009 |
| DAVID PAULSON, et al, | Deputy Clerk: A. Rivas |
| | Court Reporter: C. Bodene |

| For the Plaintiff | For the Defendants |
|---|---|
| Matt Gonzalez, Matthew Springman | Terence Cassidy |

Proceedings: Day 6 - Misc. Motions in limine/Evidence

| Time | Event |
|---|---|
| 9:00 | Court and counsel meet regarding misc. motions in limine. Plaintiff makes an offer of proof regarding witnesses not in the pretrial order. Motion DENIED. |
| 11:37 | Objections to Jury Instructions are placed on the record. |
| 12:00 | Court in recess. |
| 1:00 | Court in session with all counsel and jury present. Plaintiff's counsel indicates he has concluded his direct examination of witness Al Garza. Parties agree to call next witness out of order. Plaintiff calls rebuttal witness **Bradley DeWall**, sworn/testified on direct by Mr. Gonzalez. |
| 1:14 | Cross-examination of witness Bradley Dewall by Mr. Cassidy. |
| 1:18 | Re-direct of witness Bradley Dewall by Mr. Gonzalez. |
| 1:18 | Nothing further, witness is excused. |
| 1:19 | Defense starts cross-examination of witness **Al Garza**. (Exhibit I) |
| 2:35 | Court in recess. |
| 2:54 | Court in session with all counsel and jury present. Re-direct of witness Al Garza by Mr. Gonzalez. |
| 3:41 | Re-cross of witness Al Garza by Mr. Cassidy. |
| 3:47 | Re-direct of witness by Mr. Gonzalez. |
| 3:49 | Nothing further, witness is excused. |
| 3:50 | Plaintiff recalls **Joel Thomas Toler**, previously sworn by Mr. Gonzalez. |
| 3:54 | Re-cross of witness Joel Thomas Toler by Mr. Cassidy. |
| 3:54 | Nothing further, witness is excused. |
| 3:55 | Jury excused. Court and counsel remain regarding witness Ned Stanley, who contacted Mr. Toler after reading an article. Court will allow plaintiff to put the witness on. |
| 4:10 | Court in recess until 9:15AM 08/20/2009. |

Case 2:06-cv-00735-LKK-DAD   Document 124   Filed 08/19/09   Page 2 of 2