**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER, | Civil Jury Trial Minutes |
| | CASE #:   CIV-S-06-0735 LKK |
| v. | DATE:    8/20/2009 |
| DAVID PAULSON, et al, | Deputy Clerk:  A. Rivas |
| | Court Reporter: C. Bodene |

For the Plaintiff

Matt Gonzalez, Matthew Springman

For the Defendants

Terence Cassidy

Proceedings: Day 7 - Evidence/Motions/Closing Argument/Jury Instructions.

9:15    Court in session with all counsel without jury present.  Defense moves to exclude witness from the courtroom. Witness is excluded.  Local newspaper in Fairfield has published all the details of the settlement agreement. Court will inquire of the jury to make sure they have not been corrupted.

9:22    Court inquires of the jury whether they have read this mornings Fairfield newspaper, the Daily Republic.

9:24    Plaintiff calls rebuttal witness **Ned Stanley** sworn/testified on direct by Mr. Gonzalez.

9:31    Cross-examination of witness Ned Stanley by Mr. Cassidy.

9:39    Re-direct of witness Ned Stanley by Mr. Gonzalez.

9:41    Re-cross of witness Ned Stanley by Mr. Cassidy.

9:41    Nothing further, witness is excused.

9:41    Plaintiff rests.

9:41    Jury excused. Defense moves for Judgment as a matter of law. Motion is DENIED.

9:49    Jury present.  Defense recalls **David Paulson**, on direct by Mr. Cassidy.

9:51    Cross-examination of witness by Mr. Gonzalez.

9:58    Nothing further, witness is excused. Defendants rest.

9:58    Defense calls rebuttal witness **William Godwin** on direct by Mr. Cassidy. (Exhibit H).

10:09   Cross-examination of witness William Godwin by Mr. Gonzalez. (Exhibit F, G, H, F).

10:33   Re-direct of witness William Godwin by Mr. Cassidy.

10:35   Nothing further, witness is excused.

10:35   Plaintiff calls sur-rebuttal witness **Joel Thomas Toler** by Mr. Gonzalez.

10:38   Cross-examination of witness.

10:39   Re-direct of witness Joel Thomas Toler by Mr. Gonzalez. Nothing further. Witness is excused.

10:40   Parties rest.

10:42   Jury is excused. Defense renew the motion for judgment as a matter of law. Motion is again DENIED.

10:45   Court in recess.

11:00   Court in session with all counsel without jury present. Defense moves to strike exhibits that were not used.

      Defense moves to withdraw their own exhibit.

11:03    Court inquires of Juror #6, Mr. Hoard, regarding issue with his employer.

11:05    Jury present.  Begin closing argument by Mr. Gonzalez.

11:55    Jury excused. Court and counsel remain regarding defendant's request to withdraw their own exhibit. Defense exhibit J is withdrawn.

12:00    Court in recess.

1:00    Court in session with all counsel and jury present.  Plaintiff indicates they will reserve time for rebuttal.

1:13    Begin defendants' closing argument.

2:20    Court in recess.

2:35    Court in session with all counsel and jury present.  Plaintiff begins rebuttal closing argument.

3:10    Court in recess.

3:15    Court in session with all counsel and jury present.  Begin reading Jury Instructions.

3:42    Oath to Marshal is administered.

3:45    Court in recess.

4:30    Court in session with all counsel without jury present re Jury Note No. 1:
1. Does the Solano County DA's office have a written policy on dealing w/ reports from Law enforcement, including how long they should take to respond to a report?
2. If yes, does the policy address how to handle a case in the event they feel it will take longer than the time delineated in the policy?
3. Is there a written policy in DA's office on how to handle when a member of the public reports a crime prior to the DA's receipt of a report?

4:32    Jury present.  Court informs the jury that they have received all the evidence that they will receive.

4:35    Jury resumes deliberating.

5:02    Jury present.  Court excuses the jury for the day, reminds them of the admonition. Court in recess until 9:00AM 08/21/2009.