UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

| |
|---|
| JOEL THOMAS TOLER |
| v. |
| DAVID PAULSON, et al, |

CASE #: __Civ. S-06-0735 LKK__

**NOTE #**
**FROM THE JURY**

Date: __8·20·9__

Time: __16:16 hes__

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

① Does the Solano Cty DA's Office have a written policy on dealing w/ reports from Law enforcement, including how long they should take to respond to a report?

② If yes, does the policy address how to handle a case in the event they feel it will take longer than the time delineated in the policy?

③ Is there a written policy in DA's office on how to handle when a member of the public reports a crime prior to the DA's receipt of a report?

Dated __8·20·09__      Foreperson __JENNIFER TIRDEZ__