| AO 432 (Rev. 2/84) | | Administrative Office of the United States Courts | | | |
|---|---|---|---|---|---|
| | | **WITNESS** | **RECORD** | | |
| DATE 08/12/09 - 08/20/2009 | CASE NUMBER Civ. S-06-0735 LKK | OPERATOR A. Rivas; C. Schultz | | | PAGE NUMBER 1 |
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS |
| Joel Thomas Toler  (08/12) | | 11:10 | 3:00 | | |
| Joel Thomas Toler  (08/13) | | | 9:22 | 9:46 | 10:11 |
| David Paulson  (08/13) | | 10:14 | 10:50 | 1:30; 3:05 | 1:44 |
| Linda Jones portions of deposition transcript read (08/13) | | 3:08 | ---------- | ---------- | ---------- |
| Brook Byerly  (08/13) | | 3:18 | 3:59 | | |
| Brook Byerly  (08/14) | | | 9:25 | 10:57; 11:36; 11:39 | 11:34; 11:38 |
| William Godwin  (08/14) | | 11:40 | 1:30 | 2:31 | 2:47 |
| Al Garza  (08/14) | | 3:05 | | | |
| Marsha Johnson  (08/18) | | 10:40 | 11:18 | 11:41 | 11:50 |
| Daniel Overby  (08/18) | | 1:37 | 1:40 | 1:45 | 1:47 |
| Warren Butler  (08/18) | | 1:52 | 2:04 | 2:12 | ---------- |
| Al Garza  (08/18) | | 2:17 | | | |
| Bradley DeWall (08/19) | | 1:00 | 1:14 | 1:18 | ---------- |
| Al Garza  (08/19) | | | 1:19 | 2:54; 3:47 | 3:41 |
| Joel Thomas Toler  (08/19) | | 3:50 | 3:54 | ---------- | ---------- |
| Ned Stanley  (08/20) | | 9:24 | 9:31 | 9:39 | 9:41 |
| David Paulson (08/20) | | 9:49 | 9:51 | ---------- | ---------- |
| William Godwin  (08/20) | | 9:58 | 10:09 | 10:33 | ---------- |
| Joel Thomas Toler  (08/20) | | 10:35 | 10:38 | 10:39 | ---------- |

**FILED**
AUG 20 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK