**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER, | Civil Jury Trial Minutes |
| | CASE #:  CIV-S-06-0735 LKK |
| v. | |
| | DATE:   8/21/2009 |
| DAVID PAULSON, et al, | Deputy Clerk:  A. Rivas |
| | Court Reporter: C. Bodene |

For the Plaintiff                                      For the Defendants
Matt Gonzalez, Matthew Springman         Terence Cassidy

Proceedings: Day 8 - Jury Deliberating.

9:00   Jury resumes deliberations.

3:30   Court in session with counsel, without jury regarding Jury Note #2:
      1. What happens if we cannot unanimously agree?
      2. If we are not unanimous, how long do we keep at it?
      3. Can we deliberate on Monday if we choose to?
3:31   Jury present. Court responds to the inquiry.
3:32   Jury excused.
4:00   Court in session with all counsel and jury present. Court reminds the jury regarding admonition. Court in recess until 08/25/2009 at 9:00AM.