UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA





| JOEL THOMAS TOLER | CASE #: Civ. S-06-0735 LKK |
| v. | |
| DAVID PAULSON, et al, | |

### NOTE # ___
### FROM THE JURY

Date: 8.21.9

Time: 1508 hrs

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

① What happens if we cannot unanimously agree?
② If we are not unanimous, how long do we keep at it?
③ ~~Can we return to~~
③ Can we deliberate on Monday if we chose to?

Dated 8.21.9          Foreperson J. Tipper