UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 25 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

JOEL THOMAS TOLER

v.

DAVID PAULSON, et al,

CASE #:   Civ. S-06-0735 LKK

NOTE # 3
FROM THE JURY

Date: 8.25.9

Time: 0933 Hrs

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

① We would like to review Linda Jae's deposition again.

② We would like to review Marsha Johnson's testimony once again.

③ We would like to hear Toler's testimony as to what was said with respect to the Uzi.

Thank you.

Dated 8.25.9

Foreperson _____