United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| JOEL THOMAS TOLER, | Civil Jury Trial Minutes |
| | CASE #:  CIV-S-06-0735 LKK |
| v. | |
| | DATE:  8/25/2009 |
| DAVID PAULSON, et al, | Deputy Clerk: A. Rivas |
| | Court Reporter: C. Bodene |

For the Plaintiff                                          For the Defendants
Matt Gonzalez, Matthew Springman          Terence Cassidy

Proceedings: Day 9 - Jury Deliberating.

9:00   Jury resumes deliberations.

10:39  Court in session with all counsel without jury present regarding Jury Note #3:
       1. We would like to review Linda Jones' deposition again.
       2. We would like to review Marsha Johnson's testimony once again.
       3. We would like to hear Toler's testimony as to what was said with respect to the uzi.
10:42  Jury present. Jury is informed that it will take some time to pull up items they have requested.
10:45  Jury is excused.

2:00   Court in session with all counsel without jury present. Record will reflect that the Court Reporter has produced the material to counsel and they have agreed on the portions that will be read.
2:03   Jury Present. Court Reporter begins reading.
3:00   Reading is concluded. Jury continues deliberating.
3:01   Court in recess.

3:52   Court in session with all counsel and jury present. Jury is reminded of the admonition.
3:55   Court in recess until 9:00AM 09/26/2009.