UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

JOEL THOMAS TOLER

v.

DAVID PAULSON, et al,

CASE #:  Civ. S-06-0735 LKK

NOTE # 4
FROM THE JURY

Date: 8.26.9

Time: 1318 Hrs

THE JURY HAS REACHED A UNANIMOUS VERDICT  YES

THE JURY REQUESTS THE FOLLOWING:

Dated 8.26.9                         Foreperson _____