FILED

AUG 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL THOMAS TOLER,

    Plaintiff,

v.

DAVID PAULSON; COUNTY OF SOLANO; AL GARZA; and BROOK BYERLEY,

    Defendants.

NO. CIV. S-06-735 LKK/DAD

V E R D I C T

We, the jury in the above-entitled case, find as follows:

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that any defendant retaliated against plaintiff, Joel Thomas Toler, because of his exercise of his First Amendment rights?

| | | |
|---|---|---|
| Defendant Paulson | Yes X | No ___ |
| Defendant Garza | Yes X | No ___ |
| Defendant Byerley | Yes ___ | No X |

////

////

1

**QUESTION NO. 2**:

Do you find by a preponderance of the evidence that any defendant conspired to retaliate against plaintiff, Joel Thomas Toler, because of his exercise of his First Amendment rights?

| | | |
|---|---|---|
| Defendant Paulson | Yes _____ | No ✗ |
| Defendant Garza | Yes _____ | No ✗ |
| Defendant Byerley | Yes _____ | No ✗ |

If you answered "No" in Questions 1 and 2 as to all of the defendants, your foreperson should date and sign the verdict form and return to court. If you answered "Yes" in Questions 1 or 2 as to any of the defendants, please answer Question No. 3.

**QUESTION NO. 3**:

What amount do you award as compensatory damages or nominal damages?

$ _90,000.00_ .

**QUESTION NO. 4**:

As to any amount awarded as compensatory or nominal damages, what portion, if any, is compensation to plaintiff for attorneys' fees?

$ _72,000.00_ .

DATED: _August 26, 2009_         _[signature]_
                                  FOREPERSON