UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

JOEL THOMAS TOLER

v.

DAVID PAULSON, et al,

CASE #:   Civ. S-06-0735 LKK

NOTE # 5
FROM THE JURY

Date: 1531 HRS  8/26/09
Time: _____

THE JURY HAS REACHED A UNANIMOUS VERDICT _____

THE JURY REQUESTS THE FOLLOWING:

: Your Honor, we have carefully considered the instruction package containing instructions #1-36 many times over the course of the 3 days of deliberation. We were not aware there would be other instructions. When we arrived at the sum of $90,000.00, our intention was to award $72,000.00 in compensatory damages, all of which should be for attorney's fees, and $18,000.00 in punitive damages. We referenced instruction #32 in making this decision. We (all 8 of us) were unaware we were to consider punitive damages in a separate penalty phase.

Dated _____   Foreperson _____

Respectfully Submitted,

8.26.09