UNITED STATES DISTRICT COURT

For The

EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

JOEL THOMAS TOLER

v.

DAVID PAULSON, et al,

CASE #:   Civ. S-06-0735 LKK

NOTE # 6
FROM THE JURY

Date:_____

Time:_____

We are ready Sir

Dated_____   Foreperson_____