

FILED
AUG 26 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL THOMAS TOLER,

       Plaintiff,

  v.

DAVID PAULSON; COUNTY OF SOLANO;
AL GARZA; and BROOK BYERLEY,

       Defendants.
_____/

NO. CIV. S-06-735 LKK/DAD

V E R D I C T

We, the jury in the above-entitled case, find as follows:

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that any defendant's conduct was malicious, oppressive, or in reckless disregard of plaintiff's First Amendment rights?

    Defendant Paulson    Yes  X       No ____

    Defendant Garza     Yes  X       No ____

////

////

////

If you answered "No" in Questions 1 as to all of the defendants, your foreperson should date and sign the verdict form and return to court. If you answered "Yes" in Questions 1 as to any of the defendants, please answer Question No. 2.

**QUESTION NO. 2:**

What amount do you award as punitive damages?

$ 9000.00 _____ For Paulson

$ 9,000.00 _____ For Garza

DATED: 8·26·09

_____
FOREPERSON

2