**FILED**

**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

AUG 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| JOEL THOMAS TOLER, <br><br> v. <br><br> DAVID PAULSON, et al, | Civil Jury Trial Minutes <br> CASE #: CIV-S-06-0735 LKK <br> DATE: 8/26/2009 <br> Deputy Clerk: A. Rivas <br> Court Reporter: C. Bodene |

For the Plaintiff
Matt Gonzalez, Matthew Springman

For the Defendants
Terence Cassidy

Proceedings: Day 10 - Jury Deliberating/Verdict/Arguments re Punitive Damages/Vedict

9:00   Jury resumes deliberations.

1:30   Court in session with all counsel without jury regarding Jury Note No. 4: Jury has reached a unanimous decision.
1:36   Verdict is read:
       Jury finds that defendant Paulson and Garza retaliated against plaintiff, Joel Thomas Toler, because of his exercise of his First Amendment rights.
       Jury awards compensatory damages or nominal damages of $90,0000.00.
       As to the $90, 000.00, awarded as compensatory or nominal damages, $72,000.00, is compensation to plaintiff for attorneys' fees.
1:37   Jury is polled. Court informs jury that they will now have to decide punitive damages.
1:38   Jury excused. Court in recess.

1:57   Court in session with all counsel without jury regarding verdict form. The verdict form will be updated to strike defendant Byerley and the second question will name each defendant individually.
2:00   Jury present. Begin plaintiff's argument regarding punitive damages by Mr. Gonzalez.
2:13   Argument by defense.
2:25   Begin rebuttal argument by plaintiff.
2:31   Begin reading Jury Instructions regarding punitive damages.
2:35   Jury resumes deliberations.
2:35   Court in recess.

3:54   Court in session with all counsel, without jury present re Jury Note No. 5: Court reads it as the jury has already done their determination of punitive damages. Defense would like to know how they will divide those punitive damages.
3:58   Jury present. Court confirms with the jury that they intended to award $18,000.00 in punitive damages (not

|      |      |
|------|------|
|      | compensatory damages). The Jury is informed that they must make a finding as to whether any defendant's conduct was malicious, oppressive, or in reckless disregard... and must allocate the 18K between the two defendants. |
| 4:01 | Court in recess. |
| 4:08 | Court in session with all counsel and jury present re Jury Note 6: the jury is ready. |
| 4:09 | Jury present.  Verdict is read.<br>Jury finds by a preponderance of the evidence that defendant Paulson and Garza's conduct was malicious, oppressive, or in reckless disregard of plaintiff's First Amendment rights.<br>$9,000.00 in punitive damages awarded as to defendant Paulson.<br>$9,000.00  in punitive damages awarded as to defendant Garza. |
| 4:15 | Court is adjourned. |