UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I" Street, Suite 4-200
SACRAMENTO, CAL 95814



FILED

AUG 26 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

## RECEIPT FOR TRIAL EXHIBITS

CASE NO.: __Civ. S-06-0735 LKK__

TITLE: __Toler v. Paulson, et al__

**EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:**

**Plaintiff's Exhibits:**

_____
_____
_____
_____
_____
_____

**Defendant's Exhibits:** _All Exhibits Submitted and Deposition_
_Transcripts that were logged_
_____
_____
_____

RECEIVED BY: _____ (SIGNATURE)

Name: __Terence J. Cassidy__

COUNSEL FOR: ~~Plaintiff~~/Defendant

DATE RECEIVED: __8.26.09__

_____
Courtroom Deputy

*************************************************************************
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I" Street, Suite 4-200
SACRAMENTO, CAL 95814

## RECEIPT FOR TRIAL EXHIBITS

CASE NO.:  Civ. S-06-0735 LKK

TITLE:  Toler v. Paulson, et al

EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:

**Plaintiff's Exhibits:** All Exhibits Submitted and deposition Transcripts that were lodged.

**Defendant's Exhibits:**

RECEIVED BY: _Matt_ (SIGNATURE)

Name: Matt Springman
COUNSEL FOR: Plaintiff/Defendant

DATE RECEIVED: 8/26/09

Courtroom Deputy

*************************************************************************
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.