UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                   **JUDGMENT IN A CIVIL CASE**

**JOEL THOMAS TOLER,**

              v.                         CASE NO: **2:06–CV–00735–LKK–DAD**

**DAVID PAULSON, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 8/26/09**

                                                     **Victoria C. Minor**
                                                     Clerk of Court

ENTERED: **August 27, 2009**

                                              by: /s/ K. Engbretson
                                                            Deputy Clerk