**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR Defendants COUNTY OF SOLANO, DAVID PAULSON, AL GARZA, and BROOK BYERLEY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **DEFENDANTS' MOTION TO AMEND JUDGMENT** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, | Date: October 13, 2009<br>Time: 10:00 a.m.<br>Ctrm: 4<br>Judge: Lawrence K. Karlton |
| Defendants. | |

Defendants COUNTY OF SOLANO, DAVID PAULSON, AL GARZA, and BROOK BYERLEY (hereinafter collectively "Defendants") hereby respectfully request the Court to amend the judgment dated August 27, 2009 pursuant to FRCP Rule 59(e).

File concurrently herewith, Defendants DAVID PAULSON and AL GARZA renew their motion for judgment as a matter of law pursuant to F.R.Civ. P. 50(b) and/or move for a new trail pursuant to F.R.Civ. P. 59. Regardless of the outcome of that motion, in its Order dated November 6, 2008, the District Court dismissed the COUNTY OF SOLANO as a defendant in ruling on Defendants' motion for summary judgment. Accordingly, Defendants submit the judgment should be amended to reflect that judgment in favor of Defendant COUNTY OF SOLANO and that it dismissed with prejudice.

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00716647.WPD

**DEFENDANTS' MOTION TO AMEND JUDGMENT**

1   In addition, to ensure clarity and without the need to reference separate documents, Defendant BYERLEY requests the judgment be amended to expressly state that judgment is entered in favor of Defendant BYERLEY and that he is dismissed with prejudice.

Lastly, yhe judgment dated August 27, 2009 states that judgment is entered in accordance with verdict of the jury dated August 26, 2009.  Insofar as there are two verdicts (Docket entries 134 and 138) which appear to reflect either $90,000 or $72,000 award, Defendants seek to clarify same. Assuming the court does not grant the motion for judgment as a matter of law or new trial, Defendants DAVID PAULSON and AL GARZA request the judgment be amended to reflect the jury's determination of damages award against DAVID PAULSON and AL GARZA of compensatory damages in the amount of $72,000 total, punitive damages of $9,000 each.

Respectfully submitted,

DATED: September 11, 2009    PORTER SCOTT
A Professional Corporation

By   /s/ John R. Whitefleet
Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendants COUNTY OF SOLANO, DAVID PAULSON, AL GARZA, and BROOK BYERLEY

**DEFENDANTS' MOTION TO AMEND JUDGMENT**

00716647.WPD