**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
|     Plaintiff, | **NOTICE OF DEFENDANTS' MOTION TO AMEND JUDGMENT** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive | **Date:**    **October 13, 2009**<br>**Time:**    **10:00 a.m.**<br>**Ctrm:**    **4**<br>**Judge:**    **Lawrence K. Karlton** |
|     Defendants. | |
| _____/ | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on October 13, 2009, at 10:00 a.m. or as soon thereafter as the matter can be heard, in the above-enumerated courtroom of the United States District Court for the Eastern District of California, 501 "I" Street, Sacramento, California, Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA and BROOK BYERLY, by and through their attorneys of record, will move this Court for motion to amend judgment.

Respectfully Submitted,

Dated: September 11, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By    /s/ John R. Whitefleet

Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendants

**P O R T E R | S C O T T**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00718205.WPD   **DEFENDANTS' NOTICE OF MOTION TO AMEND JUDGMENT**    **- 1 -**