**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants DAVID PAULSON, COUNTY SOLANO, AL GARZA and BROOK BYERLY

Matt Gonzalez, SBN 153486
Matt Springman, SBN 252508
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. CIV 06-0735 LKK DAD |
| Plaintiff, | **STIPULATION AND ORDER TO MOVE HEARING DATE** |
| vs. | |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive | |
| Defendants. / | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff JOEL THOMAS TOLER, by and through their undersigned counsel and Defendants DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, and BROOK BYERLY to continue the hearing date of Defendants' Motion for New Trial and Motion to Amend Judgment, from October 26, 2009 at 10:00 a.m. to December 7, 2009 at 10:00 a.m. in Courtroom 4.

///

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

00727124.WPD    STIPULATION TO MOVE HEARING DATE

Dated: October 12, 2009        GONZALEZ & LEIGH LLP


                               By   /s/ Matt Springman (as authorized on 10/12/09)
                                    Matt Gonzalez
                                    Matt Springman
                                    Attorneys for Plaintiff


Dated: October 12, 2009   PORTER SCOTT
                          A PROFESSIONAL CORPORATION


                               By    /s/   John R. Whitefleet
                                    Terence J. Cassidy
                                    John R. Whitefleet
                                    Attorney for Defendants DAVID PAULSON,
                                    COUNTY SOLANO, AL GARZA and BROOK
                                    BYERLY


**IT IS HEREBY ORDERED.**

Dated: October 14, 2009.


                               _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

00727124.WPD        **STIPULATION TO MOVE HEARING DATE**