CAE 2000214914

PAID 11/13/09.

## UNITED STATES DISTRICT COURT
*Eastern District of California*
Office of the Clerk
501 "I" Street, Suite 4-200
Sacramento, California 95814-7300
Phone: 916-930-4000
Fax: 916-930-4015
Website: www.caed.uscourts.gov

Victoria C. Minor
*Clerk*

Divisional Office:
2500 Tulare Street, Room 1501
Fresno, California 93721

Marianne Matherly
*Chief Deputy Clerk*

## NOTICE

**TO:** GONZALEZ & LEIGH LLP
2 SHAW ALY 3RD FLOOR
SAN FRANCISCO, CA 94105

**RE:** RETURNED CHECK #22208
SANCTIONS 206CV735 Toler v Paulson

    You are hereby notified that the check you remitted for payment of sanctions has been returned by your bank as "Not Sufficient Funds." Pursuant to the Guide for Judiciary Policies & Procedures, your failure to adequately provide for the amount of your check, results in a $45.00 "returned check processing fee" being added to the total fee amount. You have ten days within which to present to the Clerk's Office a total of $195.00 The amount tendered must be cash, a cashier's check or a money order, made payable to the U.S. District Court.

    Failure to respond to this notice may result in further action being taken by the Court.

VICTORIA C MINOR, CLERK

October 27, 2009

By _____
Financial Administrator

cc: LKK Chambers
File