**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
DAVID PAULSON and AL GARZA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER,<br><br>Plaintiff,<br>v.<br><br>DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. 06-0735 LKK DAD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS; SATISFACTION OF JUDGMENT; AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff Joel Thomas Toler and defendants David Paulson and Al Garza, by and through their respective counsel, that any and all remaining claims in this matter be dismissed, with prejudice, pursuant to the provisions set forth below:

1. Defendants David Paulson and Al Garza hereby withdraw their reservation that the payment of the judgment in the amount of Ninety Thousand and 00/100 Dollars ($90,000.00) and interest thereon was made under protest;

2. Defendants David Paulson and Al Garza hereby withdraw their Motion for Judgment and/or New Trial and waive any right they may have to any and all post trial motions and appeal;

3. Plaintiff Joel Thomas Toler hereby waives any and all rights he may have to any and all post trial motions and appeal;

4. The parties have further resolved any and all claims each of the parties may have as to attorney fees and costs;

**IT IS FURTHER STIPULATED AND AGREED** as follows:

Whereas, a judgment was entered against defendants, David Paulson and Al Garza on August 27, 2009, by the United States District Court for the Eastern District of California in the sum of Ninety Thousand and 00/100 Dollars ($90,000.00) and payment of that amount and interest thereon has been made to plaintiff Joel Thomas Toler and;

Whereas, plaintiff Joel Thomas Toler and/or Gonzalez and Leigh, LLP, his attorneys of record, were entitled to payment of reasonable attorney fees and costs and full payment to satisfy the claim for attorney fees and costs has been made by or on behalf of defendants David Paulson and Al Garza to Gonzalez and Leigh, LLP;

Wherefore, the foregoing judgment and any related claims have been fully satisfied by Defendants.

///
///
///
///
///
///
///
///
///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

STIPULATION TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS; SATISFACTION OF JUDGMENT; AND [PROPOSED] ORDER

00739070.WPD

**WHEREFORE**, all further proceedings in this case with respect to any and all remaining claims, motions, and any potential appeals are mutually waived, that this matter be and same hereby is dismissed with prejudice, and the Clerk of the United States District Court, Eastern District of California, is hereby directed to satisfy and cancel the judgment of record.

Dated: November 25, 2009

GONZALEZ & LEIGH LLP

By _____
G. Whitney Leigh
Attorney for Plaintiff
JOEL THOMAS TOLER

Dated: November 25, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
Terence J. Cassidy
Attorney for Defendants
DAVID PAULSON and AL GARZA

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT COURT JUDGE

---

3

**STIPULATION TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS; SATISFACTION OF JUDGMENT; AND [PROPOSED] ORDER**

00739070.WPD