**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
DAVID PAULSON and AL GARZA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL THOMAS TOLER, | Case No. 06-0735 LKK DAD |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS; SATISFACTION OF JUDGMENT; AND ORDER** |
| DAVID PAULSON, COUNTY OF SOLANO, AL GARZA, BROOK BYERLY, and DOES 1 through 10, inclusive, | |
| Defendants, | |
| _____/ | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff Joel Thomas Toler and defendants David Paulson and Al Garza, by and through their respective counsel, that any and all remaining claims in this matter be dismissed, with prejudice, pursuant to the provisions set forth below:

  1.  Defendants David Paulson and Al Garza hereby withdraw their reservation that the payment of the judgment in the amount of Ninety Thousand and 00/100 Dollars ($90,000.00) and interest thereon was made under protest;

  2.  Defendants David Paulson and Al Garza hereby withdraw their Motion for Judgment and/or New Trial and waive any right they may have to any and all post trial motions and appeal;

1

**P O R T E R | S C O T T**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916. 929.1481
FAX. 916. 927.3706
www.porterscott.com

**STIPULATION TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS;  SATISFACTION OF JUDGMENT; AND [PROPOSED] ORDER**

00739951.WPD

1    3.    Plaintiff Joel Thomas Toler hereby waives any and all rights he may have to

2          any and all post trial motions and appeal;

3    4.    The parties have further resolved any and all claims each of the parties may

4          have as to attorney fees and costs;

5    **IT IS FURTHER STIPULATED AND AGREED** as follows:

6          Whereas, a judgment was entered against defendants, David Paulson and Al Garza on

7    August 27, 2009, by the United States District Court for the Eastern District of California in

8    the sum of Ninety Thousand and 00/100 Dollars ($90,000.00) and payment of that amount

9    and interest thereon has been made to plaintiff Joel Thomas Toler and;

10         Whereas, plaintiff Joel Thomas Toler and/or Gonzalez and Leigh, LLP, his attorneys

11   of record, were entitled to payment of reasonable attorney fees and costs and full payment

12   to satisfy the claim for attorney fees and costs has been made by or on behalf of defendants

13   David Paulson and Al Garza to Gonzalez and Leigh, LLP;

14         Wherefore, the foregoing judgment and any related claims have been fully satisfied

15   by Defendants.

16

17

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL. 916. 929.1481
FAX. 916. 927.3706
www.porterscott.com

**STIPULATION TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS; SATISFACTION OF JUDGMENT; AND [PROPOSED] ORDER**

00739951.WPD

1    **WHEREFORE**, all further proceedings in this case with respect to any and all

2    remaining claims, motions, and any potential appeals are mutually waived,  that this matter

3    be and same hereby is dismissed with prejudice, and the Clerk of the United States District

4    Court, Eastern District of California, is hereby directed to satisfy and cancel the judgment

5    of record.

6

7    Dated:   __11/25/09_____            GONZALEZ & LEIGH LLP

8

9
                                            By _/S/ G. Whitney Leigh_____
10                                              G. Whitney Leigh
                                               Attorney for Plaintiff
11                                              JOEL THOMAS TOLER

12

13   Dated:   __11/25/09_____            PORTER SCOTT
                                            A PROFESSIONAL CORPORATION
14

15
                                            By  __/S/ Terence J. Cassidy_____
16                                              Terence J. Cassidy
                                               Attorney for Defendants
17                                              DAVID PAULSON and AL GARZA

18

19

20       **IT IS SO ORDERED.**

21

22

23   Dated:   December 1, 2009.

24

25   _____
     LAWRENCE K. KARLTON
26   SENIOR JUDGE
     UNITED STATES DISTRICT COURT
27

28
                                            3

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00739951.WPD